**From:** Melissa Vickers <melissav68@gmail.com>
**Sent:** 3/13/2016 9:54:36 AM
**To:** Chris Ragsdale <Chris.Ragsdale@cobbk12.org>
**Subject:** Re: Bullard Elementary (Concerns from a Bullard Employee)
**Attach:**

Mr. Ragsdale,
I did not include this in my original email about my concerns, but I think it's important that you know that Mrs. Cole is providing her services at school for pay. At least she was up until Friday. Thank you for allowing me to share my concerns.

Thank You,
Melissa Vickers

Sent from my iPhone

On Mar 13, 2016, at 8:28 AM, Chris Ragsdale <Chris.Ragsdale@cobbk12.org> wrote:

Melissa,

Thank you very much for sending such thorough information. We are addressing the situation, but this information helps tremendously.

Best Regards,
Chris

**From:** Melissa Vickers [mailto:melissav68@gmail.com]
**Sent:** Saturday, March 12, 2016 9:54 PM
**To:** Grant Rivera
**Cc:** randy.scamihorn@cobbk12.org; david.chastain@cobbk12.org; John Adams; Chris Ragsdale
**Subject:** Bullard Elementary (Concerns from a Bullard Employee)

Mr. Rivera,
I am a Special Education Parapro at Bullard Elementary, and I have a child that's been affected by Mrs. Cole's lesson on chakra alignment. It was so concerning that I withdrew my daughter from Bullard on Monday. I have spoken with David Chastain and voiced my concerns. He advised me to email you directly.
My daughter came home and told me that Mrs. Cole came to her classroom and did a lesson. I asked her what the lesson was about and she told me that Mrs. Cole did the following: Talked to the students about their Fire Chakra, breathing like a dragon, a crystal, and go zen.com. I had definite concerns, so the next day at school I approached my daughter's teacher (Katherine Philp) regarding the lesson. When I asked her about the lesson her response was "yes, there was a lesson, but it was nothing bad." I asked her what it was about, and she said "Mindfulness Stuff". I asked about the Fire Chakra, and I was told it was just breathing exercises to help the kids with their stress. I then asked about the crystal, and I was told it was a rock she told the kids she holds on to to calm her down. She said the lesson was really no big deal. I said I just wanted more information, and that was the end of our conversation. The next day I received an email from Mrs. Cole letting me know that Mrs. Philp had come to her to let her know that I had questions and concerns regarding the lesson she did, and If I had more questions to come talk to her about it. I went to meet with Mrs. Cole and Dr. Moore the same day. Mrs. Cole stated during this meeting that she had the students moving their negative energy, which is the stress they feel, from their brain to their stomach by deep breathing. It's called the fire breath. She said she told the students that they would have physical symptoms including headache, stomach ache, and burning in their stomach, and this is all the negative energy. Mrs. Philp told me on the day of the lesson that Kaylee, my daughter had gotten sick with a headache and stomach ache, and she wanted me to know. My daughter told me that after Mrs. Cole's lesson she felt weird, and had gotten sick with a bad headache, stomach ache, and burning in her stomach, and she had to go to the clinic. These symptoms are all the same symptoms Mrs. Cole told me the students would have during this lesson she did. My daughter experienced Mrs. Cole's energy services at school, without my consent. No permission forms ever went home regarding this. As a parent I am furious that this happened to my daughter! Mrs. Cole stated during the meeting: I tell students that it's ok to meditate, and that they can bring a stone or crystal to meditate. It's ok for who? It certainly is not ok for my child. We have a very strong Christian Faith, and we pray. My child does not need a crystal or stone to protect her from negative energy. She has the blood of Jesus. Mrs. Cole also stated the following: My mom has an hour long meditation time every day that she calls her Bible time. I think that people get so caught up in terminology and the meaning of words. Dr. Moore said the following: The pledge is the same thing. I tell parents who don't believe in doing the pledge that their child does not have to participate. They can stand silently. I told them during this meeting that I had been doing some research on my own and it is very spiritual in content and there are strong connections to Buddhism. I was told that they weren't and that's not what they are doing, however her Facebook page makes reference to everything Buddha. They brought up de-stressing activities that Mrs. Philp's class had been doing during "Mindfulness" time which was coloring, low lights, soft music, etc..., and that several students had actually fallen asleep during this time. Dr. Moore told me that I was at a disadvantage because I haven't been able to attend any of the staff meetings, and because I had done research on my own I was getting things hyped up in my head, and that wasn't what was going on. I was made to feel ignorant, and that my concerns were not important. Also during this meeting Mrs. Cole stated that the crystal my daughter mentioned is actually a stone she keeps with her all the time to keep her calm. She said she squeezed it and told the kids it helps her stay calm. She said one of the students asked her if it was like a stress ball, and she said exactly like a stress ball. Mrs. Cole stated that she was going to read a book during the lesson, but the kids wanted to talk about their stress, so they didn't have time. After the meeting I felt as if Mrs. Cole and Dr. Moore were trying to downplay the events that occurred, and that my concerns would not be addressed, because Dr. Moore is 100% involved in the support of Mrs. Cole's work and practices, and has allowed her to implement those practices at Bullard without getting prior approval from the Cobb County Board. The following is a post from Dr. Moore on Bonnie Cole Seven Seas Energy Therapy page.

Bonnie is a fabulous healer who does amazing work. She works with my 15 year old daughter, K, who's a soccer player. Although K has played since the age of 4 and has athletic abilities, we saw her confidence level declining and her level of play decreasing. Over the months of work with Bonnie, we have seen her confidence level grow on and off of the soccer field. Through her work, my daughter is learning how to channel her energy so that she remains focused and confident when playing soccer, studying school work or dealing with teen drama. Just this past week, I watched her pull out a healing stone, say she was "channeling her inner warrior goddess" and then step onto the soccer field to score two goals! Bonnie has cultivated the best relationship with my daughter that I am positive she is the reason for K's continuous growth.

It's very clear from the above post that Dr. Moore believes that Mrs. Cole is an amazing healer, and she is the reason for her daughter's success.

There has been a great divide this week in our school. It has come down to the staff members that are on board with this or not. This post is a teacher that has joined the revolution.

PLAINTIFF'S EXHIBIT
3
Ragsdale

image1.png

If you are not on board and you've made it known you will suffer extreme persecution. Persecution comes in many forms. A bad mark on an evaluation that wasn't warranted, a staff member that's on board, directly attacking a staff member that's not on board's character, by voicing a formal complaint that stands no grounds, eye rolls, not speaking, ignoring, making unreasonable demands, etc...
Mrs. Cole has been promoting her services at our school. The following is a post to prove this.

<image002.jpg>

I was in Art waiting on the art teacher 2 weeks
ago, and she walked in and said in passing that she had just come from a meeting with Mrs. Cole about stones and crystals. Mrs. Albright one of the PE coaches at our school shares a very special relationship with Mrs. Cole, because of the services Mrs. Cole. Is providing to her. Mrs. Albright is now making it her mission to directly attack those who are not on board. I know for a fact she is going around our school and gathering information for Mrs. Cole. This has created a very hostile and uncomfortable work environment.

The following is an email sent out by Dr. Moore on Friday night, and staff were never informed that this email would be going out.

This meeting is being held during the day when most parents cannot attend. I know of many parents who would attend, but because of work obligations they are unable to. In several classrooms Mrs. Cole read a book called Peaceful Piggies Meditation. She has also pulled out the same stone that was used in the lesson in Mrs. Philp's classroom. For younger classes she has called it her lucky rock. I have a good friend who's children attend Bullard, and they were able to tell her about this book and the lucky rock, yet when her husband calls and talks with Dr. Moore she states that only parts of this book are being read, and there are no stones or crystals being used during the lesson. Really? That's not what Mrs. Cole told me in the meeting I had with her and Dr. Moore. Children have been talking to their parents about what's been going on at school. These children have not talked to each other, yet they all have told their parents the same story about a book where piggies are meditating, and a lucky rock or stone. Dr. Moore and Mrs. Cole have gotten caught, and they are scrambling to cover this up. Parents are furious, because their children have been exposed to something that they have given no consent to. How very inconsiderate and unethical. I have a list of staff members that are willing to talk and share everything they know if it's done in a confidential manner. They have fear of losing their job if they are seen talking to anyone from the District. It has been confirmed that Jennifer Lawson the Director of Curriculum and Instruction thinks this is a joke, and has mailed Mrs. Cole a statute of Buddha, a shot glass, and a strand of garlic. If a Director at the County office thinks this is a huge joke, and funny then what are we up against? Dr. Moore and Mrs. Cole have crossed so many ethical and professional boundaries, and it is very concerning that all they receive is just a little slap on the wrist. I appreciate you taking the time to read this. It is my hope that you know that parents and staff members want an end to all of this. Mrs. Cole is taking all of this very personal, and she will stop at nothing to continue to brainwash people to get them in her corner. The practices might have been stopped, but she will continue to promote her strong belief in her energy work.

Sincerely,
Melissa Vickers

Sent from my iPhone

Sent from my iPhone

Sent from my iPhone

Note: "This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and/or e-mail."