**From:** Darren Lamb <darren.d.lamb@gmail.com>
**Sent:** 3/14/2016 8:40:22 AM
**To:** <chris.ragsdale@cobbk12.org>
**Cc:** <grant.rivera@cobbk12.org>, <rscamihorn.boardmember@cobbk12.org>, <sthayer.boardmember@cobbk12.org>, <dchastain.boardmember@cobbk12.org>, <john.adams@cobbk12.org>, <lindsey.tippins@senate.ga.gov>, <bert.reeves@house.ga.gov>
**Subject:** Teaching Practices At Bullard Elementary
**Attach:** CobbCountyBoard1.pdf; BonnieColeBio.pdf

Dear Mr. Ragsdale,

A very disturbing activity is taking place at Bullard Elementary that I became aware of late last week that requires immediate action by the Cobb County School District.

In the attached PDF document, I have outlined the disturbing practices from information that I have gathered. Please contact me should you have any questions or wish to discuss this matter further. I will await the immediate response and action of the Cobb County School District.

Sincerely,

Darren Lamb

cc: Randy Scamihorn, Cobb County Board of Education – Post 1

Susan Thayer, Cobb County Board of Education – Chair

David Chastain, Cobb County Board of Education – Vice-Chair

Dr. Grant Rivera, Cobb County School District – Chief Leadership & Learning Officer

John Adams, Cobb County School District – Deputy Superintendent

Rep. Bert Reeves, Georgia House of Representatives – District 34

Senator Lindsey Tippins, Georgia State Senate – District 37

PLAINTIFF'S EXHIBIT 10
Ragsdale 11/2/18

Darren Lamb
3557 Sanderlings Pointe NW
Kennesaw, GA 30152
darren.d.lamb@gmail.com
(678) 525-1909

March 14, 2016

Chris Ragsdale
Superintendent
Cobb County School District
514 Glover Street
Marietta, GA 30060

RE: Teaching Practices At Bullard Elementary

Dear Mr. Ragsdale,

A very disturbing activity is taking place at Bullard Elementary that I became aware of late last week that requires immediate action by the Cobb County School District.

The disturbing activity is that children at the school are being taught how to meditate using a specific method called 'mindful meditation' also called 'mindful destressing practices' and 'mindfulness'. This teaching is pervasive in the school based on interviews I have had with other parents and an email acknowledgement from the Principal, Dr. Patrice Moore, this past Friday.

Mindful meditation is based on Buddhist and Hindu practices where a person is to turn into one's self to rid the body of stress and become at peace. These practices are also common in what has been termed 'New Age' religion. Part of mindful meditation is dealing with chakras. Chakra, as defined on Wikipedia, is:

> *"thought to be an energy point or node in the subtle body. Chakras are believed to be part of the subtle body, not the physical body, and as such, are the meeting points of the subtle (non-physical) energy channels called nadi. Nadi are believed to be channels in the subtle body through which the life force (prana) (non-physical) or vital energy (non-physical) moves. Various scriptural texts and teachings present a different number of chakras. It's believed that there are many chakras in the subtle human body, according to the tantric texts, but there are seven chakras that are considered to be the most important ones."*

To further define mindful meditation, accord to ChakraHealing.com:

> *Mindful meditation, better known as mindfulness meditation, is the practice of being completely present and engaged in the moment. It's a state of heightened awareness of what is going on right now, as opposed to the usual human habits of thinking ahead to the future or wallowing in the past. It is also a way to heal the chakras, because in this state of stability, calm and awareness, we are in*

> *harmony with the Source Energy. In this state, there is no resistance due to limiting and disempowering beliefs or negative emotions that hinder the flow of energy through the chakras.*

This practice is, plain and simple, teaching and promoting a specific religion in the school. It is the belief that turning inward to one's self for meditation and stress relief. **This teaching is in direct conflict with my beliefs and religion and are not congruent with what I teach in my home.** If this practice continues, I demand that the method that I believe in for relieving stress and meditation be taught in the school as an alternative method. Since the teaching of the religion in school has been declared unconstitutional, I demand that this practice and teaching of this religion stop immediately.

The teaching of this mindful meditation has come through teachers reading books like *Peaceful Piggy Meditation* and through exercises taught during P.E. class. Further, some teachers have purchased chakra energy crystals for their classrooms from what we, the concerned parents of Bullard, have discovered.

The ultimate source of this religious practice can be traced back to Vice Principal, Bonnie Cole. Bonnie is a therapist at the Breath of Life Center of Healing Arts. In her bio on the Center's website describes her as a "6th generation energy worker who learned the value and importance of chakras, intuitive work and healing as a young girl." The following sentences in her online bio gives me cause for great concern:

> *She's moonlighted as an assistant principal for 12 years at a local elementary school and in 2014, pioneering a voluntary staff program called "Me Time." It began with breathing exercises, moved into concepts for self-care, and has evolved into learning opportunities for chakras, meditation, and mindfulness. By popular demand, the program is now in its second year. She holds a vision for bringing her gifts to others in a desire to educate about chakras and how to balance, protect, and manage energy.*

The above text was taken directly from Bonnie's bio. I printed a hardcopy of her bio on Thursday, March 10th. By the end of the day on Friday, March 11th the **above-written text was removed from her bio.** A copy of her full bio, that I have printed from March 10th, is attached to this document.

It appears that Bonnie has had a plan to infiltrate and teach her New Age religion in the school. On Bonnie's Facebook page there is a post from Dora Locklear, the owner of the Breath of Life Center of Healing Arts, about teaching mindfulness to the "babies at Bullard". There is another Facebook post on Bonnie's page indicating about teaching mindfulness in the classroom:

March 14, 2016
Page 3

Bonnie Bray Cole

Dora Locklear shared a video to Bonnie Bray Cole's Timeline.
February 19 at 10:17 PM

Thought of you and those babies at Bullard.

NowThis added a new video: 'Baby Yoga' As Helpful As It Is Cute.
February 14 at 5:30 PM · New York, NY

"Baby Yoga" can help kids learn to focus and combat behavioral and developmental issues




2.7M Views

AT&T 9:29 PM 84%

Bonnie Bray Cole

Valerie King ▶ Bonnie Bray Cole
July 26, 2015

This blog made me think of you. :) I use Mindfulness in my classroom and have found some great books here that I use to help guide my littlies! You need to write a book. :)




Posts about What Does it Mean to Be Present on The Mindful Classroom
themindfulclassroom.wordpress.com

2 · 1 Comment

Dr. Patrice Moore is very aware of her Vice Principal's second vocation. She has employed the services of her Vice Principal for members of her own family as Dr. Moore has given very positive online review of Bonnie Cole's services (see below).

Verizon 8:13 PM 42%

Bonnie Cole Seven C's Energy Th...

5.0 of 5 stars from 1 ratings

Write a Review

Patrice Paul Moore reviewed Bonnie Cole Seven C's Energy Therapy —
February 27 at 11:48 AM

Bonnie is a fabulous healer who does amazing work. She works with my 15 year old daughter, K, who's a soccer player. Although K has played since the age of 4 and has athletic abilities, we saw her confidence level declining and her level of play decreasing. Over the months of work with Bonnie, we have seen her confidence level grow on and off of the soccer field. Through her work, my daughter is learning how to channel her energy so that she remains focused and confident when playing soccer, studying school work or dealing with teen drama. Just this past week, I watched her pull out a healing stone, say she was "channeling her inner warrior goddess" and then step onto the soccer field to score two goals! Bonnie has cultivated the best relationship with my daughter that I am positive she is the reason for K's continuous growth.

Any lawful activity that any administrator or educator engages in outside of their place of work on their own time is none of my concern. However, when the administrator or educator begins to impose their own belief system within the school during business hours with my children, it becomes my concern. Their job is to teach my children reading, writing, arithmetic, science and history. It's my job, as a parent, to teach how to deal with the stress of life and keep them focused on their studies. The administration at Bullard Elementary has stepped out of line by introducing their mindful meditation practices.

Based on the small amount of evidence that I have presented here and from what I am hearing from other parents, the evidence suggests that there is a premeditated and purposeful strategy to teach this mindful meditation in the classrooms at Bullard Elementary, therefore indoctrinating the children, my children, with their New Age religion.

I have heard from other parents that teachers who had crystals in their classrooms are now removing them and with the recent modification to Bonnie's bio at the "Healing Center" makes it appear there is a cover up of to how pervasive and imbedded this practice it taking place.

There has been acknowledgment of this practice by the Principal as Dr. Moore sent an email communication to all parents this past Friday. In the email it states:

> *Over the last week, many questions and concerns have surfaced regarding the mindfulness de-stressing practices in place here at Bullard. I invite you to attend a "Coffee and Conversations" with us Thursday, March 17, 10-11 AM. During this hour,* ***we will share the many practices we have in place and the positive impact those practices have had on our staff and students.***

I have questions that need to be immediately answered by the administrators at Bullard Elementary AND the Cobb County School District:

1. Why is this religion and religious practices being taught in the school?
2. Why is this being taught without my knowledge?
3. Who approved the curriculum?
4. How long has this been in place?
5. If this practice is so benign, why is there an attempted cover up of this religious practice?

The knowing act of approving this religious teaching and practice in the school should require the immediate termination of both Bonnie Cole and Dr. Patrice Moore. They both willfully deceived the parents of children in this school and have betrayed the public trust. I have no confidence that either of them can be trusted with properly leading the other educators in the school and do so in a manner that protects the hearts and minds of the children – especially mine. Further, since Bonnie Cole has referred to her job as Vice Principal at Bullard Elementary as a moonlighting job (as noted in her bio mentioned above), she should resign or be terminated. I do not want any administrator or educator viewing their job in the school as a secondary line of work.

Should the school district fail to address this serious issue at Bullard Elementary and not stop this practice, I will remove my child from the school's enrollment. Further, if this matter is not dealt with promptly I will escalate this matter with the Georgia Department of Education and/or with the Governor's office.

Please contact me should you have any questions or wish to discuss this matter further. I will await the immediate response and action of the Cobb County School District.

Sincerely,

Darren Lamb

cc: Randy Scamihorn, Cobb County Board of Education – Post 1
Susan Thayer, Cobb County Board of Education – Chair
David Chastain, Cobb County Board of Education – Vice-Chair
Dr. Grant Rivera, Cobb County School District – Chief Leadership & Learning Officer
John Adams, Cobb County School District – Deputy Superintendent
Rep. Bert Reeves, Georgia House of Representatives – District 34
Senator Lindsey Tippins, Georgia State Senate – District 37