**From:** John Adams <John.Adams@cobbk12.org>
**Sent:** 3/18/2016 9:15:33 AM
**To:** Grant Rivera <Grant.Rivera@cobbk12.org>, Barbara Swinney <BARBARA.SWINNEY@cobbk12.org>
**Cc:** Chris Ragsdale <Chris.Ragsdale@cobbk12.org>
**Subject:** Fwd: Bullard ES concerns
**Attach:**

As Barbara and I discussed in our private debrief after the meeting, we will need to reassign the AP for next year in order for the school to get past this. We can discuss more next week.

Begin forwarded message:

> **From:** <John.Adams@cobbk12.org>
> **Date:** March 18, 2016 at 8:12:15 AM CDT
> **To:** Adam Glass <glass.adam@yahoo.com>
> **Cc:** HumanResources <HumanResources@cobbk12.org>, Misty Chapman <MISTY.CHAPMAN@cobbk12.org>, Mary Elizabeth Davis <MaryElizabeth.Davis@cobbk12.org>, Grant Rivera <Grant.Rivera@cobbk12.org>, Chris Ragsdale <Chris.Ragsdale@cobbk12.org>, Beth Glass <bethglass79@yahoo.com>
> **Subject: Re: Bullard ES concerns**
>
> Adam,
>
> I enjoyed speaking with you yesterday as well and appreciated your reasonable, balanced perspective. It was truly a pleasure meeting you,
> albeit under less than ideal circumstances.
>
> We are indeed continuing to closely monitor, review, and discuss the matter at the Executive Cabinet level and will take any additional action as may be needed. Like you, our shared goal is for the school to move forward as a united community and for it to reach even greater academic heights in the near future.
>
> Thank you for your passion, professionalism, and dedication to Bullard.
>
> Best Regards,
>
> John
>
> On Mar 17, 2016, at 9:26 PM, Adam Glass <glass.adam@yahoo.com> wrote:
>
> PLAINTIFF'S EXHIBIT 14 Ragsdale
>
>> Mr. Adams,
>>
>> Thank you again for taking the time to chat with me after the "Coffee & Conversation" meeting at Bullard today. I do feel the need to put my concerns in writing, and I have also copied some others because I feel that my concerns are also relevant to their areas.
>>
>> As I told you today, I am a former Cobb elementary teacher of 10 years and still do tutoring at Kincaid Elementary on a part-time basis, so I have fairly good knowledge of the academic demands being placed on our schools, and in turn, our students. I also serve on the Bullard School Council as a parent representative.

After today's meeting, I am more comfortable with the direction Bullard is now headed with respect to the "mindfulness" focus. I have no doubt in your assurances that there will be close oversight at the county level going forward with regard to how the school implements these strategies.

I think it became clear that 99% of the people who attended the meeting today were not there out of concern for "brain breaks", stretching, or stress-relief techniques. Most people were upset because of the actions and poor judgment of Assistant Principal Bonnie Cole. As you are aware, she is the one who chose to use crystals and teach children about their "chakra" in several of her classroom lessons. This is very clearly an extension of her part-time job at Breath Of Life Healing Center in Kennesaw. I certainly have no objections to her having a part-time job anywhere she chooses, as long as it does not affect her performance or judgment at my daughter's school. This has not been the case. She has posted multiple times on her Facebook business page (Bonnie Cole 7 C's Energy Therapy) referring to conflict at her school and how she is being treated unfairly. This certainly can't be healthy for the Bullard community who knows her as our Assistant Principal. I also see her promotion of "mindfulness" at the school as a conflict of interest that could potentially be driving business to her side job. I am aware of Bullard students who are also her clients, and at the very least, it raises questions about how that came to be. With the focus now being how we as a school community move forward and heal the divisions, I think it is going to be very difficult for that to happen with parents and staff if she is still an administrator at the school. I know several Bullard teachers on a personal level, and there is a great divide among the staff, and those teachers who have raised concerns have been shut down by Ms. Cole as well as Dr. Moore, and in some cases, blamed for the outcry that ensued when all of this came to light. I worry about their job security and how this will impact their ability to teach my daughter. One of these teachers happens to be my daughter's teacher, so I have a vested interest in how all of this is being handled.

My other concern is related to academics. I have seen Bullard's math and reading performance decline in recent years. Our CCRPI score has now fallen below the county average for the first time. It is evident that the vast majority of professional development this year has been spent on implementing "mindfulness" techniques, not on how to improve math and reading achievement. I do understand that "mindfulness" can have a positive impact on student learning and focus, but that does not help my child learn to read or do math. The differentiated professional development outlined in the school's SSP simply hasn't happened. The teachers have asked for specific professional development in academic areas but their requests have been ignored. Meanwhile, their email is constantly inundated with resources on how to implement "mindfulness" techniques in the classroom. My question to you (or possibly Ms. Davis) is how can I feel confident that moving forward with the current administration will yield better academic results since we have clearly seen a decline in academic performance at the school in recent years? As one gentleman said at the meeting today, "I have trust issues with this school now." We may be working toward a solution to this most recent setback, but due to the way it has all been handled up to this point, how can I feel confident that the focus moving forward will be on academics?

My wife is also a Cobb County teacher, so we have other school options for our daughter available to us through employee transfer, but we WANT to keep her at her home school. We love Bullard and take pride in it. It's our neighborhood school. She has been blessed with wonderful, caring teachers, and we want to do everything possible to make it a great place again, but I am not sure if the priorities of the current administration can allow that to happen.