| | |
|---|---|
| **From:** | Chris Ragsdale <Chris.Ragsdale@cobbk12.org> |
| **Sent time:** | 03/10/2016 09:13:46 AM |
| **To:** | Brian Clark <clarkbail@att.net> |
| **Cc:** | John Adams <John.Adams@cobbk12.org> |
| **Subject:** | RE: Follow Up on Our Concerns |

Brian,

Thank you for sending me the additional information, and I apologize for any information that was shared. I always work with my direct reports on all issues, but I did not forward your email to the principal. I will copy John Adams, Deputy Superintendent, on this email to ensure he has your contact information. He will be able to handle any and all HR related issues. We did take action to investigate the situation you described, and you are not the only ones to have brought it to our attention. John can make sure that there are absolutely no negative repercussions. I do appreciate you bringing this information to our attention.

Best Regards,
Chris

PLAINTIFF'S EXHIBIT 23 Ragsdale

-----Original Message-----
From: Brian Clark [mailto:clarkbail@att.net]
Sent: Wednesday, March 09, 2016 8:28 PM
To: Chris Ragsdale
Subject: Follow Up on Our Concerns

Good evening, Mr. Ragsdale! I wanted to follow up with you regarding the email I sent you last week about questions I had about the happenings at Bullard Elementary. We are very appreciative of all you do for the Cobb County School District and their families and respect your leadership! We have seen amazing things happen since you have been in leadership with this county.

That being said, I would greatly appreciate if this email stayed between you and I and you were able to respond to me directly. I sent my original email directly to you, as my wife, Heather, is on staff as a teacher at Bullard and I was hoping there would be no negative repercussions to her or our daughters. I simply wanted a few questions answered.

After I emailed you, my email was sent directly to Dr. Moore and my wife was called to a meeting by Dr. Moore on Tuesday afternoon. Dr. Moore did not contact me in any way. My wife told her that it was inappropriate to be speaking to her about my personal email questions and she did not want to be involved. Although Dr. Moore chose her words very carefully, she threatened my wife's position with the county as well as my daughters. My wife was told the county would always back her (Dr. Moore) and it had been unethical of me to not only contact you, but to mention Mrs. Cole's position at the Breath of Life Center. However, her biography on the website states she is only "moonlighting" as Bullard's assistant principal, so I am not sure why it was unethical of me to mention a position that is obviously affecting the teachers and children at Bullard Elementary. We have documentation of everything that was stated in the meeting that we will be happy to give you, but to be brief she made note of my youngest daughter not being in the classroom when Mrs. Cole taught her breathing lessons on the previous Friday, explained to my wife that my children were not allowed to be removed and they would sit, listen, and be respectful during any yoga or breathing sessions. My wife was also told 7 times that we had options if we did not believe in the direction the school was going. Dr. Moore told her it was ridiculous when my wife asked for a permission form for our children and for other parents.
After my wife was in the office for an hour and 25 minutes, she was told that she was commissioned to get me to resolve this. She was also told that Dr. Moore and Mrs. Cole were extremely hurt by my actions and that my wife would need to mend her relationship when all of this blew over with Mrs. Cole. She was also told multiple times this was not personal.
I requested an email with her written answers and she refused. We can provide that documentation stating she felt her answers could be misconstrued in an email. So, in order to avoid any future repercussions to my children or my wife, I opted to withdrawal my children and move them to their home school. I explained in writing that she would have no further contact from me as I had no issues or concerns with her policies or curriculum. We were willing to drop the subject, hoping to avoid any other issues.
Over the weekend we received several contacts wanting to know about the Mindfulness lessons, a Piggie Book about meditation read by Mrs. Cole, the crystals that Mrs. Cole produced in the 5th grade classrooms explaining they could use them to ward off negative energy, and the administrative intimidation to the Bullard staff. My wife has been approached by other teachers stating their concern and how they were also intimidated by the administration, feeling no other option but to have Mrs. Cole come in and teach her lessons.
Administration divulged information from my wife's meeting to other teachers who have been blaming

others for the withdrawal of my children (we have documentation of that). Many staff members are scared for their evaluations and their jobs should they confront the administration about the teachings they are promoting around the school. Staff members are being called out in staff meetings and pictures and praise sent in emails from the administration to the staff for those that are practicing the administrations agenda. Teachers are receiving emails from parents wanting to know if they are teaching it in their classrooms, thanking them if they are not, wanting to know the benefits. Others are looking for transfers and some have pulled their children as well. Again, we were hoping that this was not going to reap any more repercussions for my wife, but today, Dr. Moore came for her formative evaluation. My wife has been on Dr. Moore's leadership team for 2 years, has had nothing but stellar remarks on her evaluations for the last 13 years she has worked for Cobb County, handpicked to start Bullard, being hired and released from student teaching early and today Dr. Moore docked her on her evaluation.

We are afraid you may be unaware of all that is being taught, promoted, and actions by the administration at Bullard. Not only are they promoting their own agenda with healing at the school building, but Mrs. Cole is training their next intern (she has been chosen to be the Student Leadership Intern) at the Breath of Life Center to be a healer as well, you can find them coloring mandalas in Dr. Moore's office most days, or find them coloring in a room they call "Australia". We have ample documentation and are willing to give you teachers' names who are also concerned about the administrative intimidation and direction the school is taking.

We are very concerned about the hostile work environment that has been created for my wife and others in the school building. We are concerned that parents are not able to have access or knowledge of what is being taught in the classrooms and we are very concerned about the repercussions that will continue to come from an administration that has been extremely unprofessional and discriminating towards staff that simply want to do what's right for students. We are willing to meet with you, speak with you, and provide any documentation you may need. We were hoping to be able to let this go and not be fearful for my wife's position as she is a respected leader and teacher in Cobb County. We are confident that you will be able to resolve this situation and ensure there will be no further intimidation towards this staff, who I personally know work so hard every day and care about the school and its families. I would greatly appreciate your response as soon as possible and again, not forwarding this to administration at this time.

Thank You,
Brian and Heather Clark

---

Note: "This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and/or e-mail."

---