PLAINTIFF'S EXHIBIT 46 Adams

**EXECUTIVE SESSION MINUTES**
**THURSDAY, MARCH 24, 2016**

The Cobb County Board of Education met in Executive Session on Thursday, March 24, 2016, with the following members present: Messrs. Banks, Chastain, Morgan, Scamihorn, Sweeney, Wheeler, Mrs. Thayer, Mr. Ragsdale and Mr. Clem Doyle, Board Attorney.

**CALL TO ORDER – 5:44 p.m.**

**PERSONNEL REPORT – Mr. Adams**

- Adam R. Hill, Principal, Timber Ridge Elementary School recommended for reassignment to Principal, Nickajack Elementary School effective July 1, 2016

- Dr. Angela Huff, Chief of Staff, retirement effective June 1, 2016

**LEGAL**

- Mr. Doyle gave an update on litigation - Lisa Koch, Teacher, Milford Elementary School – case dismissed.

**LAND**
No land.

**Mr. Ragsdale and Mrs. LaRosa left the meeting.**

**SUPERINTENDENT'S CONTRACT**

**AFFIDAVIT** – Signed by all Board Members present pursuant to Open Meetings Act of Georgia.

**RECONVENE INTO OPEN MEETING**
Without objection, the Board reconvened to the open meeting at 6:40 p.m.

# COBB COUNTY BOARD OF EDUCATION
# AFFIDAVIT FOR EXECUTIVE SESSION

The undersigned chair or presiding officer, under oath, certifies that at a meeting of the Board of Education held on THURS. MARCH 24, 2016, the Board closed its meeting as permitted by the Open Meeting Act of Georgia. The only matters considered or discussed during the closed portion or executive session of its meeting is as checked below:

______ To review an appeal from a Student Disciplinary Tribunal (Hearing Officer, Panel); (O.C.G.A 20-2-757)

______ To discuss that portion of a record made exempt from public inspection or disclosure where there are no reasonable means by which the Board can consider the record without disclosing the excerpt portions, if the meetings were not closed (O.C.G.A. 50-14-3(b)(4) including, without limitation, to discuss or consider a matter involving the disclosure of personally identifiable information from a student's educational records; (20 U.S.C. 1232g)

______ To discuss the future acquisition of real estate; Authorize negotiations to purchase, dispose of or lease property; Authorize the ordering of an appraisal related to the acquisition or disposal of real estate; Enter into a contract to purchase, dispose of, or lease property subject to approval in subsequent public vote; or Enter into an option to purchase, dispose of, or lease real estate subject to approval in subsequent public vote.{O.C.G.A. 50-14-3(b)(1)}

✓ To discuss or deliberate upon the appointment, employment, compensation, hiring, disciplinary action or dismissal or periodic evaluation or rating of a public officer or employee or interviewing applicants for the position of the executive head of an agency; {O.C.G.A. 50-14-3 (b)(2)}

✓ To consult and meet with legal counsel pertaining to pending or potential litigation, settlement, claims, administrative proceedings, or other judicial actions brought by or against the school district or an officer or employee or in which the officer or employee may be directly involved; (O.C.G.A. 50-14-2(1)

This 24 day of MARCH, 20 16.

Sworn to and subscribed before me
on the above indicated date.

Denise R. LaRosa
Notary Public, State of Georgia
Commission Expires:________

DENISE R. LaROSA NOTARY PUBLIC EXPIRES GEORGIA AUG. 11, 2016 COBB COUNTY

[signature]
Chair or Presiding Officer

[signature]
Vice Chair

[signature]
Board Member

Randall A. Scamihorn
Board Member

[signature] Post 5
Board Member

Brad Wheeler
Board Member

________________
Board Member

**Executive Session**

**HUMAN RESOURCES PERSONNEL REPORT**
**March 24, 2016**

The administration recommends the approval of the identified employment actions of those individuals listed on the Personnel Action Report and as amended in the Addendum including those listed below in Section I and Section II as discussed in Executive Session.

**Section 1- Principal Level and Higher Position Recommendation**

a. Hill, Adam R., Recommendation for Reassignment to Principal, Nickajack Elementary School from Principal, Timber Ridge Elementary School effective July 1, 2016.

b. Huff, Dr. Angela M., Chief of Staff, Retirement effective June 1, 2016.

**Section II – Position Recommendations Below Principal Level**

**Elementary School**

a. Cole, Bonnie B., Recommendation for Reassignment to Assistant Principal, Mableton Elementary School from Assistant Principal, Bullard Elementary School effective July 11, 2016.

b. Curry, Michelle W., Recommendation for Reassignment to Assistant Principal, Clarkdale Elementary School from Assistant Principal, Dowell Elementary School effective July 11, 2016.

b. Doolittle, Dr. Sage E., Recommendation for Reassignment to Assistant Principal, Rocky Mount Elementary School from Assistant Principal, Eastvalley Elementary School effective July 11, 2016.

c. Hendrix, Tangela, Recommendation for Reassignment to Assistant Principal, Dowell Elementary School from Assistant Principal, Clarkdale Elementary School effective July 11, 2016.

d. Kogan, Victoria A., Recommendation for Reassignment to Assistant Principal, Eastvalley Elementary School from Assistant Principal, Rocky Mount Elementary School effective July 11, 2016.

**Middle School**

a. Bailey, Derrick C., Recommendation for Reassignment to Assistant Principal, Pine Mountain Middle School from Assistant Principal, Lindley 6th Grade Academy effective July 11, 2016.

b. Giles, Dr. Dana C., Recommendation for Reassignment to Assistant Principal, Dodgen Middle School from Assistant Principal, Floyd Middle School effective July 11, 2016.

c. Stanley, Donald C., Recommendation for Reassignment to Assistant Principal, Daniell Middle School from Assistant Principal, Dickerson Middle School effective July 11, 2016.

d. Stokes, Michael D., Recommendation for Reassignment to Assistant Principal, Lindley 6th Grade Academy from Assistant Principal, Pine Mountain Middle School effective July 11, 2016.

e. Stump, Amy R., Recommendation for Reassignment to Assistant Principal, Dickerson Middle School from Assistant Principal, Daniell Middle School effective July 11, 2016.

**High School**

a. none

**Central Office**

a. Bates, Barbara A., Recommendation for Appointment to Assistant Director, Procurement Services Department from Senior Buyer, Procurement Services Department effective March 25, 2015.

**Section III – Position Evaluation Recommendations**

a. none

**THESE MINUTES ARE UNOFFICIAL UNTIL APPROVED BY THE BOARD AND SIGNED BY THE CHAIRMAN & EXECUTIVE SECRETARY**

**BOARD MEETING**
**COBB COUNTY, GEORGIA**
**THURSDAY, MARCH 24, 2016**

The Cobb County Board of Education met in a regularly scheduled Board Meeting on Thursday, March 24, 2016, at 5:30 p.m., 514 Glover Street, with the following members present: Messrs. Banks, Chastain, Morgan, Scamihorn, Sweeney, Wheeler, Mrs. Thayer, and Chris Ragsdale, Executive Secretary.

All official meetings of the Cobb County Board of Education conform to state law and are open to the public. The minutes of this meeting are available for public review anytime during the regular office hours or on our website at: www.cobbk12.org. Additionally, video of the Board Meeting is available at http://www.cobbk12.org/board/video/

**CALL TO ORDER** - Mrs. Thayer, Board Chair, called the meeting to order at 5:30 p.m.

**EXECUTIVE SESSION** – A motion was made by Mr. Scamihorn, seconded by Mr. Banks, and unanimously approved by the Board to convene to Executive Session to discuss legal and personnel matters. Motion carried 5-0. Mr. Sweeney and Mr. Morgan were absent for the vote.

**Mr. Sweeney and Mr. Morgan arrived to the meeting during Executive Session.**

**RECONVENE FROM EXECUTIVE SESSION** – Without objection, the Board reconvened from Executive Session at 7:00 p.m.

**INVOCATION AND PLEDGE OF ALLEGIANCE** – Mr. Banks

**BOARD RECOGNITIONS**

- AAAAAA Boys 200 Yard Medley Relay (Swim and Dive) – Brady Fields, Cullen Fields, Max LaRocque and Tory Bartlett, Hillgrove High School
- AAAAAA Girls 100 Yard Breaststroke – Lexi Glunn, Lassiter High School
- AAAAAA Girls 200 Yard Freestyle Relay (Swim and Dive) – Evan Arsenault, Gabbie Gauntt, Melissa Cox and Emma Cole, Walton High School
- AAAAAA Wrestling 195 lb. State Champion – Carlin Powell, Hillgrove High School
- AAAAAA Wrestling 160 lb. State Champion – Abe Elias, Pope High School
- AAAAAA Girls State Basketball Champions, McEachern High School
- National Youth Art Month
- National Music in Our Schools Month
- School Social Worker Week – March 7-11, 2016
- Cobb County School District's School Social Worker of the Year, Petrina Fowler
- Foreign Language Association of Georgia (FLAG) 2016 Teacher of the Year – Aida Flores-Ortega, Campbell High School
- Foreign Language Association of Georgia (FLAG) Administrative Support of the Year Award – Susan Thayer, Board Chair

**PUBLIC COMMENT** – There were four (4) public speakers.

**APPROVAL OF MINUTES** - A motion was made by Mr. Sweeney, seconded by Mr. Wheeler and unanimously approved by the Board to approve the Wednesday, March 9, 2016 Board Work Session minutes. Motion carried 7-0.

**BOARD BUSINESS**

- **Facilities and Technology Citizen's Oversight Committee Report (Mr. Sweeney)**
  - Mr. Sweeney reported that the committee met on Monday, March 14, 2016 and approved all SPLOST agenda items.

**APPROVAL OF AGENDA** – A motion was made by Mr. Morgan, seconded by Mr. Scamihorn and unanimously approved by the Board to approve the agenda as presented. Motion carried 7-0.

**SUPERINTENDENT'S REPORT**

- Read Across America Board Member Video
- Youth Art Month Video

**Items Requiring Action following Executive Session**

- **Personnel Report** - Mr. Adams recommended approval of the Personnel Action Report and as amended in the Addendum including those listed in Section I and Section II as discussed in Executive Session including:
    - Section I – Principal Level and Higher Position Recommendations
        - Adam R. Hill, reassigned to Principal, Nickajack Elementary School from Principal, Timber Ridge Elementary School effective July 1, 2016
        - Dr. Angela M. Huff, Chief of Staff, retirement effective June 1, 2016

    A motion was made by Mr. Sweeney, seconded by Mr. Banks and approved by the Board to approve the Superintendent's Personnel Action Report and addendum as presented. Motion carried 6-1. Mr. Banks voted 'NAY' in opposition to Dr. Huff's retirement.

- **Superintendent's Employment Contract**
    - A motion was made by Mr. Chastain, seconded by Mr. Sweeney to approve the amendment to the Superintendent's Employment Contract to extend the contract term through March 23, 2019. Motion carried 7-0.

**CONSENT AGENDA ITEMS**

**CONSENT AGENDA ITEM #1** - Recommendation for Authorization of School Properties Disposal per District Administrative Rule DO-R

**CONSENT AGENDA ITEM #2** – Recommendation for the Approval of Georgia Department of Education Capital Outlay Project Closeout for various schools

**CONSENT AGENDA ITEM #3** – Recommendation to Approve Rights-of-Way and Easements for the following schools: (1) Pope High School, (2) Lovinggood Middle School, (3) Still Elementary School, and (4) Addison Elementary School

**CONSENT AGENDA ITEM #4** – Recommendation for adoption of revisions to Policy IFBGE in Section I, Instructional Program, of the Policy Manual of the Cobb County Board of Education, dealing with Internet Safety

Without objection, the Board unanimously approved all Consent Agenda Items as presented.

**DISCUSSION AGENDA ITEMS**

**DISCUSSION AGENDA ITEM #1** – Recommendation for Authorization to Purchase One Hundred Twenty-Five (125) School Buses from Bluebird/Yancey and Thomas/Peach State Freightliner

A motion was made by Mr. Scamihorn, seconded by Mr. Sweeney and unanimously approved by the Board to authorize the purchase of One Hundred Twenty-Five (125) School Buses from Bluebird/Yancey and Thomas/Peach State Freightliner for an estimated total cost of $11,105,032.00. Motion carried 7-0.

**DISCUSSION AGENDA ITEM #2** – Recommendation for Approval to Award a Contract for Freezer and Cooler Replacements at Various Schools

A motion was made by Mr. Scamihorn, seconded by Mr. Chastain and unanimously approved by the Board to award a contract to Shirah Contracting, Mableton, GA for $585,490.00 for freezer and cooler replacements at various schools and authorized the Superintendent to execute the contract. Motion carried 7-0.

**DISCUSSION AGENDA ITEM #3** - Recommendation for Approval to Award a Contract for Roof Replacement at Frey Elementary School

A motion was made by Mr. Scamihorn, seconded by Mr. Sweeney and unanimously approved by the Board to award a contract to Tecta America Southeast LLC, Cumming, GA for $1,572,000.00 for roof replacement at Frey Elementary School and authorized the Superintendent to execute the contract. Motion carried 7-0.

**DISCUSSION AGENDA ITEM #4** - Recommendation for Approval to Award a Contract for HVAC Replacement at Hayes Elementary School

A motion was made by Mr. Scamihorn, seconded by Mr. Banks and unanimously approved by the Board to award a contract to Bon Building Services, Inc., Conyers, GA for $3,195,000.00 for HVAC replacement at Hayes Elementary School and authorized the Superintendent to execute the contract. Motion carried 7-0.

**DISCUSSION AGENDA ITEM #5** - Recommendation for Approval of Architect Appointment for the Osborne High School Replacement School

A motion was made by Mrs. Thayer, seconded by Mr. Banks and unanimously approved by the Board to approve the appointment of CGLS Architects, Inc., Atlanta, GA for the Osborne High School Replacement School and authorized the Superintendent to execute the contract. Motion carried 7-0.

**BOARD NEWSLETTER** – Ms. Lauretta Hannon stated the newsletter will be updated and distributed to all staff the week of March 28, 2016.

**BOARD MEMBER COMMENTS** – All Board Members commented on the retirement of Dr. Angela M. Huff, Chief of Staff (effective June 1, 2016) and expressed their sincere appreciation for her dedication and service to the Cobb County School District. The Board then commented on various events occurring in their posts, throughout the District, county, state and nation.

**ADJOURN** – Without objection, the Board adjourned the meeting at 8:16 p.m.

**CHAIR**

**EXECUTIVE SECRETARY**

**EXECUTIVE SESSION**

EXHIBIT 1

PERSONNEL ACTION REPORT

March 24, 2016

The personnel action report includes the administration's recommendations for new assignments, rehires, reelections, reassignments, transfers, requests for leave of absence, resignations, retirements, termination of personnel, and budget neutral position evaluation recommendations. This report is submitted under separate cover as an official part of the agenda.

____________________________

John Adams
Deputy Superintendent

____________________________

Chris Ragsdale
Superintendent

**EXECUTIVE SESSION**

# COBB COUNTY SCHOOL DISTRICT
# HUMAN RESOURCES

## PERSONNEL ACTION REPORT

**CERTIFIED PERSONNEL**

| | NUMBER OF ACTIONS | PAGE NUMBER |
|---|---|---|
| NEW ASSIGNMENTS | 09 | 1 |
| REHIRES | 01 | 1 |
| REASSIGNMENTS | 02 | 2 |
| RE-ELECT | 00 | N/A |
| TRANSFERS | 00 | N/A |
| REQUESTS FOR LEAVE OF ABSENCE | 02 | 3 |
| RESIGNATIONS, RETIREMENTS, TERMINATIONS | 217 | 4-10 |

**CLASSIFIED PERSONNEL -** PROFESSIONAL/TECHNICAL, CLERICAL, PARAPROFESSIONAL

| | NUMBER OF ACTIONS | PAGE NUMBER |
|---|---|---|
| NEW ASSIGNMENTS | 07 | 11 |
| REHIRES | 02 | 11 |
| REASSIGNMENTS | 01 | 12 |
| RE-ELECT | 00 | N/A |
| TRANSFERS | 00 | N/A |
| REQUESTS FOR LEAVE OF ABSENCE | 00 | N/A |
| RESIGNATIONS, RETIREMENTS, TERMINATIONS | 18 | 13 |

# EXECUTIVE SESSION

**CLASSIFIED/AUXILARY PERSONNEL –** CUSTODIAL, MAINTENANCE, SCHOOL FOOD SERVICE, TRANSPORTATION, CAMPUS POLICE OFFICERS

| | NUMBER OF ACTIONS | PAGE NUMBER |
|---|---|---|
| NEW ASSIGNMENTS | 04 | 14 |
| REHIRES | 00 | N/A |
| REASSIGNMENTS | 00 | N/A |
| RE-ELECT | 00 | N/A |
| TRANSFERS | 02 | 15 |
| REQUESTS FOR LEAVE OF ABSENCE | 00 | N/A |
| RESIGNATIONS, RETIREMENTS, TERMINATIONS | 06 | 16 |

**BUDGET NEUTRAL POSITION EVALUATION RECOMMENDATIONS**

| NUMBER OF ACTIONS | PAGE NUMBER |
|---|---|
| 00 | N/A |

**CERTIFIED PERSONNEL**
**NEW ASSIGNMENTS**

| | Name | Location | Degree | College/University | Date Employed | Salary |
|---|---|---|---|---|---|---|
| 1 | BULLOCK, JULIA M | LOVINGGOOD MIDDLE SCHOOL<br>.5 TEACHER | BCH | KENNESAW STATE UNIVERSITY | 3/7/2016 | $20,664.88 |
| 2 | DREW, YVETTE A | EAST COBB MIDDLE SCHOOL<br>SUPPLY TEACHER | BCH | UNIVERSITY OF THE VIRIGIN ISLANDS | 3/11/2016 | $101.00 |
| 3 | FERON, MARINE M | HILLGROVE HIGH SCHOOL<br>SUPPLY TEACHER | BCH | GEORGIA STATE UNIVERSITY | 4/11/2016 | $101.00 |
| 4 | JOHNSON, TAYLOR | SMYRNA ELEMENTARY SCHOOL<br>SUPPLY TEACHER | BCH | BERRY COLLEGE | 3/18/2016 | $101.00 |
| 5 | JONES, ERIC | SOUTH COBB HIGH SCHOOL<br>SUPPLY TEACHER | BCH | UNIVERSITY OF WEST FLORIDA | 3/14/2016 | $101.00 |
| 6 | ROCKWELL, MEREDITH * | MOUNT BETHEL ELEMENTARY SCHOOL<br>TEACHER | MST | GEORGIA STATE UNIVERSITY | 3/30/2016 | $45,698.33 |
| 7 | SCHATZ, KATHLEEN M | POWDER SPRINGS ELEMENTARY SCHOOL<br>SP ED TEACHER | BCH | MERCER UNIVERSITY | 3/9/2016 | $41,330.28 |
| 8 | WHITTON, ARICIA W | ACWORTH ELEMENTARY SCHOOL<br>.5 COUNSELOR | BCH | CARSON-NEWMAN COLLEGE | 3/7/2016 | $22,849.16 |
| 9 | YOUNG, KATIE L | COMPTON ELEMENTARY SCHOOL<br>TEACHER | BCH | UNIVERSITY OF NORTHERN IOWA | 3/14/2016 | $41,330.28 |

* REHIRE

**CERTIFIED PERSONNEL**
**REASSIGNMENTS, REELECTIONS AND TRANSFERS**

| | Name | From Location | From Position | To Location | To Position | |
|---|---|---|---|---|---|---|
| 1 | ASARE, FESTUS O | RIVERSIDE PRIMARY SCHOOL | PARAPRO | LINDLEY MIDDLE SCHOOL | TEACHER | REASSIGNMENT |
| 2 | PETTY, LISA A | DUE WEST ELEMENTARY SCHOOL | TEACHER | MABLETON ELEMENTARY SCHOOL | TEACHER | REASSIGNMENT |

**CERTIFIED PERSONNEL**
**REQUESTS FOR LEAVE OF ABSENCE**

| | Name | Location | Position | Dates of Leave | |
|---|---|---|---|---|---|
| 1 | BROWN, MEGHAN W | WHEELER HIGH SCHOOL | TEACHER | 3/10/2016-4/21/2016 | SHORT TERM |
| 2 | DONELLI, AMBER L | SPECIAL STUDENT SERVICES | OCC THERAPIST | 3/12/2016-4/23/2016 | SHORT TERM |

**CERTIFIED PERSONNEL**
**RESIGNATIONS**

| | Name | Location | Position | Effective Date |
|---|---|---|---|---|
| 1 | ALBRITTON, KATHLEEN E | MCCLESKEY MIDDLE SCHOOL | LIBRARIAN | 6/1/2016 * |
| 2 | AMSLER, EMILY B | EAST COBB MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 3 | ANANIA, WES A | NORTH COBB HIGH SCHOOL | TEACHER | 3/11/2016 |
| 4 | ANDERSON, DONNA J | PITNER ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 5 | ANGEL, KATHERINE E | CHEATHAM HILL ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 6 | BAILEY, JANET J | DOWELL ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 7 | BAKER, NANCY L | DICKERSON MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 8 | BALLITCH, JONI L | BRYANT ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 9 | BARINGER, RHONDA L | ALLATOONA HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 10 | BARKLEY, KRISTINE L | MT BETHEL ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 11 | BATIE, VALERIE D | OSBORNE HIGH SCHOOL | SLP | 6/1/2016 * |
| 12 | BAXLEY, AUSTIN C | DANIELL MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 13 | BEAL, CYNTHIA K | LASSITER HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 14 | BELL, SHARON K | SEDALIA PARK ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 15 | BENIFIELD, ROBIN | CHEATHAM HILL ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 16 | BENNETT, CYNTHIA W | HARMONY LELAND ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 17 | BERRY, MARY J | MILFORD ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 18 | BERTA, JANE W | BRUMBY ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 19 | BITTER, MEREDITH M | WALTON HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 20 | BODIE, PATRICIA B | MCEACHERN HIGH SCHOOL | TEACHER | 7/1/2016 * |
| 21 | BOWLDEN, ROSSIE C | BELLS FERRY ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 22 | BRACKETT, ARDEN R | DOWELL ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 23 | BRADLEY, WHITNEY M | COMPTON ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 24 | BRANCH, PATRICIA E | GREEN ACRES ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 25 | BRENDEL, MARTHA A | SOPE CREEK ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 26 | BRENT, GWENDOLYN A | CAMPBELL HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 27 | BROCK, JILL D | CLARKDALE ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 28 | BROUSSARD, ANGELA | COOPER MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 29 | BROWN, JONATHAN D | SMITHA MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 30 | BROWN, MARY J | MABLETON ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 31 | BURLE, ABIGAIL B | TAPP MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 32 | CAGLE, DIANE C | KELL HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 33 | CAMP, TERESA J | KING SPRINGS ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |

* Anticipated Future Retirement/Resignation Date

**CERTIFIED PERSONNEL**
**RESIGNATIONS**

| | Name | Location | Position | Effective Date |
|---|---|---|---|---|
| 34 | CAPLAN, DIANA M | POWDER SPRINGS ELEMENARY SCHOOL | TEACHER | 5/1/2016 * |
| 35 | CARAWAY, JAMIE S | KENNESAW ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 36 | CARRIER, SHELBY B | HARMONY LELAND ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 37 | CARRIER, TRACEY Y | NORTON PARK ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 38 | CARROLL, JENNIFER M | CLARKDALE ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 39 | CAUSEY, VERA A | HARMONY LELAND ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 40 | CHASKO, PENNY S | HIGHTOWER TRAIL MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 41 | CHAWGO, RENE E | SMITHA MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 42 | COLVIN, HELEN W | DURHAM MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 43 | COOPER, HOLLEY E | PALMER MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 44 | COX, SHARON C | CHEATHAM HILL ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 45 | CROCK, BRIAN M | HILLGROVE HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 46 | DANCAUSE, NICOLE M | COOPER MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 47 | DAVIDSON, MARY L | DUE WEST ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 48 | DEMENT, MARY ANN | MABLETON ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 49 | DENSON, SHELLY M | HAYES ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 50 | DERRY, KIMBERLEE T | LOVINGGOOD MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 51 | DILLINGHAM, HAROLD M | LEWIS ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 52 | DIMARE, LINDA A | TIMBER RIDGE ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 53 | DISCEPOLA, NAOMI K | POWERS FERRY ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 54 | DOAK, MICHELLE | RIVERSIDE INTERMEDIATE | TEACHER | 6/1/2016 * |
| 55 | DUDA, WILLIAM E | NORTH COBB HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 56 | DUGGAR, JENNIFER M | NORTH COBB HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 57 | DUVALL, AMBER L | POWDER SPRINGS ELEMENTARY SCHOOL | SLP | 6/1/2016 * |
| 58 | EAKES, LORA G | NORTON PARK ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 59 | EISNITZ, ELIZABETH | GREEN ACRES ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 60 | ELLINGSEN, HELEN B | PEBBLEBROOK HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 61 | ENGLER, PAUL B | POPE HIGH SCHOOL | TEACHER | 4/1/2016 * |
| 62 | ESLER, KATHY H | ROCKY MT. ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 63 | ESTES, KIMBERLY A | ALLATOONA HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 64 | FITCH, ANGELA L | PALMER MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 65 | FITCH, REBECCA S | SEDALIA PARK ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 66 | FLOOD, DONNA S | HIGHTOWER TRAIL MIDDLE SCHOOL | TEACHER | 6/1/2016 * |

* Anticipated Future Retirement/Resignation Date

**CERTIFIED PERSONNEL**
**RESIGNATIONS**

| | Name | Location | Position | Effective Date |
|---|---|---|---|---|
| 67 | FLYNN, LYNDSIE M | RIVERSIDE INTERMEDIATE | TEACHER | 6/1/2016 * |
| 68 | FOSTER, PAMELA B | MOUNTAIN VIEW ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 69 | FOUNTAIN, ALEXANDER L | GRIFFIN MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 70 | FREE-GRANT, WHITNEY A | BIG SHANTY ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 71 | FRISCH, JENNIFER W | LOVINGGOOD MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 72 | FULLER, TED E | SIMPSON MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 73 | GARDNER, MAYNARD C | HIGHTOWER TRAIL MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 74 | GILBERT, DONTE Q | HOLLYDALE ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 75 | GOODMAN, DEBORAH L | SHALLOWFORD FALLS ELEMENTARY | TEACHER | 6/1/2016 * |
| 76 | GRAISER, MORGAN S | MOUNTAIN VIEW ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 77 | GRANT, DENISE H | GRIFFIN MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 78 | GREGORY, CARLA D | SMITHA MIDDLE SCHOOL | LIBRARIAN | 3/11/2016 |
| 79 | GRIZZLE, AMANDA M | DANIELL MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 80 | GUAY, CANDICE L | SHALLOWFORD FALLS ELEMENTARY | TEACHER | 6/1/2016 * |
| 81 | GUILLORY, LINDA S | LOST MOUNTAIN MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 82 | HARRELSON, KIMBALLY Y | CHEATHAM HILL ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 83 | HENRICKS, PETER L | NORTH COBB HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 84 | HERRING COBB, PATRICIA B | KINCAID ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 85 | HERRING, BUENA M | TRITT ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 86 | HESTER, AMY R | BIG SHANTY ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 87 | HICKS, JULIAN L | SPRAYBERRY HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 88 | HIPPS, JORDAN L | COMPTON ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 89 | HOLCOMB, SHERRI R | KENNESAW MOUNTAIN HIGH SCHOOL | LIBRARIAN | 6/1/2016 * |
| 90 | HOLDEN, LEKIA C | LABELLE ELEM SCHOOL | TEACHER | 6/1/2016 * |
| 91 | HOMBORDY, ANN M | NICKAJACK ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 92 | HUIE, NANCY S | SHALLOWFORD FALLS ELEMENTARY | TEACHER | 6/1/2016 * |
| 93 | IVIE, MEREDITH J | COMPTON ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 94 | JACOBS, SUSAN J | SMYRNA ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 95 | JAMES, WANA S | POPE HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 96 | JOHNSON, JEROLYN G | RIVERSIDE PRIMARY SCHOOL | COUNSELOR | 6/1/2016 * |
| 97 | JONES, ALESIA F | GRIFFIN MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 98 | JONES, AMANDA M | DICKERSON MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 99 | JONES, JAMES W | SOUTH COBB HIGH SCHOOL | TEACHER | 6/1/2016 * |

* Anticipated Future Retirement/Resignation Date

**CERTIFIED PERSONNEL**
**RESIGNATIONS**

| | Name | Location | Position | Effective Date |
|---|---|---|---|---|
| 100 | JONES, SAMANTHA K | SOPE CREEK ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 101 | JONES-CONNOR, KELIE A | PINE MOUNTAIN MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 102 | KANE, JOHN C | PINE MOUNTAIN MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 103 | KEIGER, DANIEL L | OSBORNE HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 104 | KILGORE, LILA B | DICKERSON MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 105 | KING, KERRY L | HOLLYDALE ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 106 | KINNAIRD, ELIZABETH N | MABLETON ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 107 | KOUVELAS, ROSA A | BULLARD ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 108 | KRAUSE, ERIN H | WHEELER HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 109 | LABAGH, DONNA | CAMPBELL HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 110 | LAMB, NANCY L | SMITHA MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 111 | LEEZER, BRENDAN C | LASSITER HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 112 | LEMONS, RITA N | HOLLYDALE ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 113 | LEVERETT, KATHLEEN M | SIMPSON MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 114 | LITTLE, STEPHANIE L | HIGHTOWER TRAIL MIDDLE SCHOOL | TEACHER | 4/1/2016 * |
| 115 | LOUDERMILK, TIFFINY P | STILL ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 116 | LOWDER, SARAH M | SMYRNA ELEMENTARY SCHOOL | SLP | 3/10/2016 |
| 117 | LURIE, DIANE R | ADDISON ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 118 | MAHRE, TERRA L | PALMER MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 119 | MAINOR, ROBERT | TEASLEY ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 120 | MANDERANO, MARGARET R | DICKERSON MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 121 | MANN, ANN J | POWERS FERRY ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 122 | MARRERO, HEATHER B | HAYES ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 123 | MATTHEWS, JANICE L | CAMPBELL HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 124 | MCCLAIN, CRYSTAL G | MT BETHEL ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 125 | MCDONALD, ANNE L | KEHELEY ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 126 | MCDONALD, PEGGY CAROL | MOUNTAIN VIEW ELEMENTARY SCHOOL | LIBRARIAN | 6/1/2016 * |
| 127 | MCFATHER, JEFF T | BAKER ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 128 | MCGEE, BRENNAN J | PINE MOUNTAIN MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 129 | MCLAUGHLIN, CAROL S | KENNESAW MOUNTAIN HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 130 | MCMULLAN, TWILA L | EAST COBB MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 131 | MCNAIR, MYRA A | LOST MOUNTAIN MIDDLE SCHOOL | COUNSELOR | 6/1/2016 * |
| 132 | MEINTS, KELLY A | EASTSIDE ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |

* Anticipated Future Retirement/Resignation Date

**CERTIFIED PERSONNEL**
**RESIGNATIONS**

| | Name | Location | Position | Effective Date |
|---|---|---|---|---|
| 133 | MERCHEN, DENA M | DOWELL ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 134 | MINER, REBECCA L | PINE MOUNTAIN MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 135 | MONTGOMERY, LINDA L | MCEACHERN HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 136 | MOORE, LAURA P | KENNESAW ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 137 | MOORE, MELISSA L | KEMP ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 138 | MORRIS, JACQUELYN J | NORTON PARK ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 139 | MULLALLY, ASHLEY S | KING SPRINGS ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 140 | MULLING, BETH TIBBITTS | POPE HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 141 | MURDOCK, DONALD C | WALTON HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 142 | MURPHY, MARIANNE C | WHEELER HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 143 | NEEDHAM, MARK E | HARRISON HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 144 | NELSON, KRISTEN K | GARRISON MILL ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 145 | OBERKOFLER, TAMARA D | HILLGROVE HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 146 | O'DONNELL, MARY D | NICHOLSON ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 147 | O'KELLEY, MANDY E | FAIR OAKS ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 148 | OSBURN, JUDITH E | EASTVALLEY ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 149 | PALMINTERI, JESSICA L | GARRETT MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 150 | PAVLAK, BRENDA R | PALMER MIDDLE SCHOOL | COUNSELOR | 6/1/2016 * |
| 151 | PAYNE, CASEY J | NORTON PARK ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 152 | PEARCE, JESSICA A | DUE WEST ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 153 | PEARSON, SHANNON E | EASTSIDE ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 154 | PEOPLES, TYWANNA S | MABLETON ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 155 | PERRY, JAYLIN W | MT BETHEL ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 156 | PETERSEN, AMANDA T | DURHAM MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 157 | PHARR, LAVERNE | DOWELL ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 158 | PICOU-GRAJEDA, ROBIN D | MCEACHERN HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 159 | POLONEC, ROBIN M | DICKERSON MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 160 | POOLOS, SUSAN C | FAIR OAKS ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 161 | POTTHAST, GREG A | SIMPSON MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 162 | PREZZANO, LAUREN J | MOUNTAIN VIEW ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 163 | RADEMACHER, WANDA M | STILL ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 164 | REECE, MARGARET P | DOWELL ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 165 | REIN, KEVIN M | SPRAYBERRY HIGH SCHOOL | TEACHER | 6/1/2016 * |

* Anticipated Future Retirement/Resignation Date

**CERTIFIED PERSONNEL**
**RESIGNATIONS**

| | Name | Location | Position | Effective Date |
|---|---|---|---|---|
| 166 | RENSHAW, AMY J | MCCLURE MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 167 | REYNOLDS, CAITLIN | FAIR OAKS ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 168 | ROBERTSON, CAROLYN G | GARRISON MILL ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 169 | ROBINSON, AYISHAH T | RIVERSIDE INTERMEDIATE | TEACHER | 6/1/2016 * |
| 170 | ROGERS, CARLY R | GREEN ACRES ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 171 | RUIZ, VEDA | BARBER MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 172 | SAJID, FARHAT N | MCEACHERN HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 173 | SANTIAGO, DAVID | GRIFFIN MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 174 | SCHMID, CHARLES T | HIGHTOWER TRAIL MIDDLE SCHOOL | COUNSELOR | 6/1/2016 * |
| 175 | SCHMID, LISA M | FREY ELEMENTARY SCHOOL | SPT SVC ADMIN | 6/1/2016 * |
| 176 | SCHREINER, BEVERLY A | SHALLOWFORD FALLS ELEMENTARY | TEACHER | 6/1/2016 * |
| 177 | SCHUMACHER, JOYCE T | BAKER ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 178 | SEWELL, BILLIE L | CAMPBELL MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 179 | SHAFFER, CATHY L | MILFORD ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 180 | SHALAVUTA, CORINNE M | SIMPSON MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 181 | SHAW, MARIKO R | MT BETHEL ELEMENTARY SCHOOL | TEACHER | 3/29/2016 |
| 182 | SHEFFIELD, JANE B | TIMBER RIDGE ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 183 | SHEPARDSON, MARYANN C. | STILL ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 184 | SHIELDS, SHERYL E | MABLETON ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 185 | SIKKELEE, AMY B | DOWELL ELEMENTARY SCHOOL | SLP | 6/1/2016 * |
| 186 | SIKKELEE, WILLIAM L | BARBER MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 187 | SIMPSON, JULIE A | CLARKDALE ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 188 | SLOCUM, HANNAH L | EASTSIDE ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 189 | SMITH, MARIAN W | MT BETHEL ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 190 | SMITH, TIFFANY O | WHEELER HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 191 | SPENCE, CHARLES V | MCEACHERN HIGH SCHOOL | TEACHER | 3/11/2016 |
| 192 | SPENCER, GWENDOLYN G | RIVERSIDE PRIMARY SCHOOL | TEACHER | 6/1/2016 * |
| 193 | STANBACK, TINA | LINDLEY 6TH GRADE ACADEMY | TEACHER | 6/1/2016 * |
| 194 | STEGALL, SANDRA S | TEASLEY ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 195 | STEPHENS, DEARL S | PALMER MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 196 | SWAIN, KATHERINE D | HARRISON HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 197 | TASHIRO, PATRICE A | KEHELEY ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 198 | TATE, BRITTANY J | CAMPBELL HIGH SCHOOL | TEACHER | 6/1/2016 * |

* Anticipated Future Retirement/Resignation Date

**CERTIFIED PERSONNEL**
**RESIGNATIONS**

| | Name | Location | Position | Effective Date |
|---|---|---|---|---|
| 199 | THIELMAN, MARY | HUMAN RESOURCES | COORDINATOR | 6/1/2016 * |
| 200 | THURMAN, SHERRI P | AWTREY MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 201 | TIPTON, MARCIA F | PSYCHOLOGICAL SERVICES | SCHOOL PSYCH | 6/1/2016 * |
| 202 | TOMLIN-KREPPS, KERI G | CAMPBELL HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 203 | TRIPLETT, JIM O | NICKAJACK ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 204 | TRUELOVE, ELIZABETH W | DICKERSON MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 205 | TURNER, ANNA S | RIVERSIDE PRIMARY SCHOOL | TEACHER | 6/1/2016 * |
| 206 | TURNER, YVONNE N | LOST MOUNTAIN MIDDLE SCHOOL | TEACHER | 6/1/2016 * |
| 207 | UZOKA WALKER, IFEOMA | CAMPBELL HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 208 | VERNER, SERENA S | BAKER ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 209 | WALKER, DENISE D | LASSITER HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 210 | WARDELL, KIMBERLEY K | ADDISON ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 211 | WATTS, MADELYN C | FORD ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 212 | WELLS, DENISE L | MILFORD ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 213 | WILEY, ALEXANDRIA N | MCEACHERN HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 214 | WILSON, SEEMA K | BRUMBY ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |
| 215 | WOMBLE, ANNBRYAN A | TRITT ELEM SCHOOL | TEACHER | 6/1/2016 * |
| 216 | YOUNG, ANTHONY P | SPRAYBERRY HIGH SCHOOL | TEACHER | 6/1/2016 * |
| 217 | ZIMMERMAN, PAMELA S. | FAIR OAKS ELEMENTARY SCHOOL | TEACHER | 6/1/2016 * |

* Anticipated Future Retirement/Resignation Date

**CLASSIFIED PERSONNEL**
**NEW ASSIGNMENTS**

| | Name | Location | Date Employed |
|---|---|---|---|
| 1 | HARRIS, LAFAYE S | HUMAN RESOURCES<br>CLERK 4 | 3/9/2016 |
| 2 | HESTER, SHANNON L | GARRETT MIDDLE SCHOOL<br>BOOKEEPER | 3/7/2016 |
| 3 | MERIAUX, STACY L * | BELLS FERRY ELEMENTARY SCHOOL<br>.5 CLERK 1 | 3/16/2016 |
| 4 | PITTS, MIKKI L | HUMAN RESOURCES<br>CLERK 4 | 3/9/2016 |
| 5 | STAMPS, KIERRA N * | KENNESAW ELEMENTARY SCHOOL<br>.5 PARAPRO | 3/7/2016 |
| 6 | THACKSTON, SHARON R | HUMAN RESOURCES<br>HR MANAGER | 3/14/2016 |
| 7 | WAGNON, ELIZABETH A | KING SPRINGS ELEMENTARY SCHOOL<br>SECRETARY | 3/9/2016 |

* REHIRE

**CLASSIFIED PERSONNEL**
**REASSIGNMENTS, REELECTIONS AND TRANSFERS**

| | Name | From Location | From Position | To Location | To Position | |
|---|---|---|---|---|---|---|
| 1 | GEIGER, KAREN P | MOUNTAIN VIEW ELEMENTARY SCHOOL | .5 CLERK/ .5 PARAPRO | PSYCHOLOGICAL SERVICES | SECRETARY 4 | REASSIGNMENT |

**CLASSIFIED PERSONNEL**
**RESIGNATIONS**

| | Name | Location | Position | Effective Date |
|---|---|---|---|---|
| 1 | BENSON, MOLLY R | CAMPBELL HIGH SCHOOL | PARAPRO | 6/1/2016 * |
| 2 | CAIN, KATHRYN A | TIMBER RIDGE ELEMENTARY SCHOOL | PARAPRO | 6/1/2016 * |
| 3 | COOPER, PATRINA R | ADULT BASIC EDUCATION | SECRETARY 5 | 4/1/2016 |
| 4 | DEVINE, DEBORAH M | HAYES ELEMENTARY SCHOOL | PARAPRO | 6/1/2016 * |
| 5 | GOSSETT, DONNA S | RIVERSIDE INTERMEDIATE | PARAPRO | 3/22/2016 |
| 6 | GREEN, WALTER D | GREEN ACRES ELEMENTARY SCHOOL | PARAPRO | 6/1/2016 * |
| 7 | HALLBERG, CATHY J | MOUNTAIN VIEW ELEM SCHOOL | PARAPRO | 6/1/2016 * |
| 8 | HASKETT, BREON J | HAVEN AT SKYVIEW | PARAPRO | 3/18/2016 |
| 9 | HENDERSON, GAY | BELMONT HILLS ELEM SCHOOL | CLERK 1 | 6/1/2016 * |
| 10 | HOLLAND, CHERYL M | HAYES ELEMENTARY SCHOOL | BOOKKEEPER 3 | 6/1/2016 * |
| 11 | HUGHES, LINDA G | SPECIAL STUDENT SERVICES | SECRETARY 4 | 6/1/2016 * |
| 12 | LEWELLEN, CASSANDRA L | TRANSPORTATION CENTRAL OFFICE | CLERK 3 | 3/15/2016 |
| 13 | PATTON, SHEILA A | NICKAJACK ELEMENTARY SCHOOL | PARAPRO | 6/1/2016 * |
| 14 | ROBINSON, KAREN D | EAST COBB MIDDLE SCHOOL | PARAPRO | 3/14/2016 |
| 15 | SANDERS, DELORIS W | SANDERS ELEMENTARY SCHOOL | PARAPRO | 6/1/2016 * |
| 16 | SUDDRETH, DEBRA A | HILLGROVE HIGH SCHOOL | BOOKKEEPER 4 | 6/1/2016 * |
| 17 | THERRELL, THERESA A | STILL ELEM SCHOOL | SECRETARY | 6/1/2016 * |
| 18 | WITHERINGTON, SARA A | MT BETHEL ELEM SCHOOL | PARAPRO | 6/1/2016 * |

* Anticipated Future Retirement/ Resignation Date

**CLASSIFIED/AUXILARY PERSONNEL**
**NEW ASSIGNMENTS**

| | Name | Location | Date Employed | Salary |
|---|---|---|---|---|
| 1 | CASTILLO, MARIA | BRUMBY ELEMENTARY SCHOOL CUSTODIAN | 3/10/2016 | $11.77 |
| 2 | MARBERT, JOHN W | MAINTENANCE GROUNDSKEEPER | 3/7/2016 | $13.46 |
| 3 | RAYBORN, ASHLEY N | MCCLESKY MIDDLE SCHOOL CUSTODIAN | 3/21/2016 | $11.77 |
| 4 | WILLIAMS, AVERY L | MAINTENANCE GROUNDSKEEPER | 3/7/2016 | $13.46 |

## CLASSIFIED/AUXILARY PERSONNEL
## REASSIGNMENTS, REELECTIONS AND TRANSFERS

| | Name | From Location | From Position | To Location | To Position | |
|---|---|---|---|---|---|---|
| 1 | CATO, SHARINA K | HOLLYDALE ELEMENTARY SCHOOL | FOOD SVC ASST | FLOYD MIDDLE SCHOOL | FOOD SVC ASST | TRANSFER |
| 2 | HERNANDEZ, LUZ | SOUTH COBB HIGH SCHOOL | FOOD SVC ASST | MCEACHERN HIGH SCHOOL | FOOD SVC ASST | TRANSFER |

**CLASSIFIED/AUXILARY PERSONNEL**
**RESIGNATIONS**

| | Name | Location | Position | Effective Date |
|---|---|---|---|---|
| 1 | CLARK, RACQUEL F | MCCLURE MIDDLE SCHOOL | FOOD SVC ASST | 3/11/2016 |
| 2 | DAVIS, GLENN R | DEPARTMENT OF PUBLIC SAFETY | CAMPUS POLICE OFFICER | 6/1/2016 * |
| 3 | PADGETT, DIANNE H | AWTREY MIDDLE SCHOOL | CUSTODIAN | 4/1/2016 |
| 4 | RICHARDS, ANDY S | PALMER MIDDLE SCHOOL | CUSTODIAN, HEAD | 5/1/2016 * |
| 5 | ROGERS, JOHN D | ACWORTH ELEMENTARY SCHOOL | CUSTODIAN | 3/7/2016 |
| 6 | SMITH, MELISSA D | BRUMBY ELEM SCHOOL | CUSTODIAN | 3/9/2016 |

* Aniticpated Retirement/Resignation Date