**In the Matter Of:**

Cole vs Cobb County School

**Bonnie Cole**

*September 11, 2018*

Trustpoint.One
3200 Cobb Galleria Parkway
Suite 265
Atlanta, GA 30339

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BONNIE COLE, )
)
Plaintiff, )
)
v. )CIVIL ACTION
)
)FILE NO.
COBB COUNTY SCHOOL )1:17-cv-01378-WSD-AJB
DISTRICT and CHRIS RAGSDALE, )
Individually and in his capacity as)Jury Trial Requested
Superintendent of COBB COUNTY )
SCHOOL DISTRICT, )
)
Defendants. )

The deposition of BONNIE COLE, taken at the instance of the Defendants pursuant to stipulations contained herein; the reading and signing of the deposition reserved before Janine Hohm, Certified Court Reporter, at 9:30 a.m. on September 11th, 2018, at Buckley Beal, 600 Peachtree Street, NE, Suite 3900, Atlanta, Georgia.

APPEARANCES

FOR THE PLAINTIFF:

BRIAN GREEN, Esq.
BUCKLEY/BEAL
600 Peachtree Street NE
Suite 3900
Atlanta, Georgia 30308
404-920-0341
bgreen@buckleybeal.com

FOR THE DEFENDANTS:

CHARLES L. BACHMAN, JR.,Esq.
GREGORY DOYLE CALHOUN & ROGERS
49 Atlanta Street
Marietta, Georgia 30060
770-422-1776
cbachman@gregorydoylefirm.com

CONTENTS


| DEPONENT | PAGE |
|---|---|
| BONNIE COLE | |
| Cross-Examination by Mr. Bachman | 4 |
| Direct Examination by Mr. Green | 141 |

| EXHIBITS: | | Page |
|---|---|---|
| Defendants' | 1 | 111 |
| Defendants' | 2 | 123 |
| Defendants' | 3 | 128 |

P R O C E E D I N G S

9:44 a.m.

(Whereupon, the witness is duly sworn.)

Whereupon,

BONNIE COLE

was called as a deponent herein and, having first been duly sworn, was examined and deposed as follows:

CROSS-EXAMINATION

BY MR. BACHMAN:

Q Could you state your full name for the record, please.

A Bonnie Cole.

Q Ms. Cole, we just met. My name's Chuck Bachman. I'm one of the attorneys representing Cobb County School District in a lawsuit that you filed against it. This is the time we scheduled to take your deposition in this matter. Have you ever been deposed before?

A No, sir.

Q Okay. So I suspect your attorney went over some of the general stuff, but just so we're on the same page the court reporter is taking down what we're saying, both you and I, so because of that it's important that we don't talk at the same time. So if you'll let me finish my questions even if you know

what it's going to be before you start your answer, and I'll do my best to let you finish your answer before you start -- before I start my next question. Okay? By that same reason, it's important that you use words in your answers, not uh-huh, uh-uh. The yeses, no, I don't know, and also just, you know, speak loudly enough, there's an air conditioner running that -- that both the court reporter and I can hear you. Okay?

A Yes, sir. I'm sorry. Pollen is not my friend.

Q And it doesn't seem like it's rained in weeks.

A I know.

Q Except for these little isolated showers. If you need to take a break at any point, just let me know. I don't tend to take unduly long depositions. At least I don't think so, you may disagree at the end. But if you need to take a break, please let me know, we're happy to accommodate you. If you don't understand one of my questions, if I use a word you don't know or I'm using it in a context that you don't -- doesn't make sense to you, can you just let me know that and I'll try to rephrase it in a way that does make sense to you?

A Yes.
Q These are a couple questions that I ask at every deposition. Most lawyers do, so don't think I'm asking for any particular reason, but are you taking any medications today that would affect your ability to give accurate and truthful testimony?
A No.
Q Okay. Are you currently employed?
A Yes.
Q Okay. By whom?
A Cobb County School District.
Q And what school are you currently assigned to?
A Mableton Elementary.
Q How long have you been employed by the Cobb County School District?
A Since 1998.
Q Okay. Where did you attend college?
A I graduated from Troy University, but before that I attended Auburn.
Q When did you graduate from Troy?
A 1989.
Q Okay. What was your degree in from Troy?
A It was 1990. It was not '89. Elementary education.

Q Do you have any graduate degrees?
A Yes, master's from West Georgia, master's in leadership.
Q And when did you obtain the master's degree?
A In 2004.
Q Any degrees beyond master's?
A No, sir.
Q I probably should know this more than I do because my wife's a teacher, but let -- let me ask you this, when -- when did you first become certified to teach?
A To teach? Oh, my goodness, 1990 in Alabama.
Q When did you move to the Atlanta area?
A Cobb County in 1998.
Q Did you start with the Cobb County School District in '98?
A Yes.
Q Okay. When you started, what -- what was your job?
A I was a fourth grade teacher at Vaughan Elementary.
Q How long did you stay as a fourth grade teacher at Vaughan?
A I was a fourth grade teacher for four years, and then two years at Vaughan as an EIP teacher.

Q You said the first four years at Vaughan you taught fourth grade?
A Uh-huh.
Q And just if I can remind you it's yeses or nos, please.
A Yes.
Q Okay.
A Yes.
Q And after those four years you became an EIP teacher?
A Yes, multiple grades.
Q Okay. What does EIP mean?
A Early Intervention Program.
Q Okay. And just from a general matter, what -- what's Early Intervention Program? What does that mean?
A Students who need remediation in reading and/or math.
Q Was it your decision to transition from teaching fourth grade to being an EIP teacher?
A Yes, sir.
Q Why did you decide to do that?
A To have more experiences in different grade levels.
Q Was there a reason at that time you wanted

experience in different grade levels?

A I had decided to pursue my leadership degree.

Q And I think you said that you stayed as an EIP teacher for two years?

A Two years.

Q Okay. What did you from there?

A And then I left to become an -- at that time it was called an administrative assistant, which was a beginning level of an administrator, assistant principal.

Q At which school?

A Bullard.

Q And then I think you -- you were transferred from Bullard at the end of 2016 school year?

A Yes, sir.

Q Did -- did you stay as a -- maybe the job title changed, but were you in the same position --

A Yes.

Q -- throughout that --

A 2006 it changed to assistant principal. I was promoted.

Q Okay. So just to get a couple of clarities in 2006 you became an assistant principal --

A Yes.

Q -- at Bullard?
A At Bullard.
Q Okay. And you stayed in that position until the end of the 2016 school year?
A Yes.
Q How many assistant principals were there at Bullard while you worked there? Not in terms of names, but in terms of positions?
A Early on there were two to three of us, and then it just became one.
Q So in 2016 you were the only assistant principal at Bullard?
A Yes, sir.
Q The other assistant principal positions, what happened to them?
A It was the rezoning to Pickett's Mill Elementary and the -- the student distribution moved around.
Q Is -- is it -- is that student population at Bullard decreased?
A Yes, the population decreased.
Q Okay. And so as a function of that, whoever made a decision that there weren't as many assistant principals needed?
A Yes.

Q Okay. As the assistant principal at Bullard and again, in terms of position not name, who did you report to?
A Throughout my time?
Q Correct.
A Tom Mathis.
Q Well, I think I --
A Well --
Q I'm sorry. I -- who in terms of -- did you report to the principal?
A I reported to the principal.
Q And so let me ask you this question then. So at the time you were transferred from Bullard, who was the principal at the school?
A Dr. Patrice Moore.
Q How long had she been the principal at Bullard?
A I believe four years at that point.
Q Did Dr. Moore work at Bullard before she became the principal?
A No, sir.
Q Okay. Do you know where she worked before she came to Bullard?
A Bryant.
Q Is that --

A Bryant, it was primary then.
Q Is that in the Cobb County School District?
A Yes, sir.
Q I went to Cobb County schools and I used to feel like I knew all of them, but it's just exploded. So was Dr. Moore the -- the principal at Bryant?
A Yes.
Q Prior to -- to Dr. Moore, do you remember who the principal was at Bullard?
A Sharon Hardin.
Q I'm probably taxing your memory at this point, but do you have any memory of how long Ms. Hardin was at Bullard?
A Okay. Can you -- yes. She was there from 2005 until the year Dr. Moore came.
Q So that -- while you were at Bullard there were two principals?
A Three.
Q Okay. Who was the other one?
A Tom Mathis.
Q Okay. So he was there when you first got there?
A Yes, sir.
Q So, okay -- so is it Dr. Mathis or Mister?
A No, sir. It's Mister.

Q Okay. Did -- I think you just answered this, but just so I'm clear, Mr. Mathis was the principal when you moved to Bullard Elementary School?
A Yes, sir.
Q Okay. When you moved to Bullard, was that your decision to apply for a position there?
A Yes, sir.
Q Was there a particular reason you wanted to work at Bullard?
A At that time I wanted to be an administrator. So it was -- I -- I interviewed at -- at several schools, or two schools.
Q Okay. Were you offered a job at the other school?
A No, sir.
Q While you worked at Bullard, did you apply for jobs at any other school within the district?
A Yes, sir. My first -- at the end of 2000 -- the -- well, it would have been the end of the 2004/'05 school year, I applied for an assistant principal job, which would be, you know, a promotion, at Brown Elementary, which was in Cobb.
Q What about after you became an assistant principal?
A I applied for an interview for a

principalship at Vaughan and at Nicholson.

Q Was it the same year?

A Two -- one year apart. I don't remember the years.

Q Were you offered either of those jobs?

A No, but I was a close second is what I was told.

Q Any other jobs within Cobb County that you applied for after you became an assistant principal at Bullard?

A No, sir.

Q What about since you've been transferred to Mableton? Have you applied for any jobs within Cobb County?

A No, sir.

Q Okay. We can kind of get to, I guess, where a lot of this lawsuit's about. At some point when you were the assistant principal at Bullard, you started -- I don't want to use words you're not comfortable with. So let me use some words, and if you don't like them let me know, but the word I've heard is mindfulness programs at Bullard?

A Yes, sir.

Q Is that how you would describe the program that you implemented?

A Brain-based mindfulness.
Q Okay. And would you also agree with my characterization that you were responsible for implementing it?
A With Dr. Moore's support, of course.
Q When did -- when did you start implementing -- implementing brain-based mindfulness to Bullard?
A In 2015 we -- at some point that year, there were a lot of studies based on the affect stress has on children and their teachers. And we were looking to do something to alleviate that.
Q Was there something particular you were seeing at Bullard that caused you to think that the stress levels were -- needed to be addressed?
A Yes, sir. The students tend to have more behavior issues when -- when they are struggling, when they are sleepy, when their brains are tired. Teachers are the same way. Teachers tend to be a bit more weepy in the -- in their conversations with administrators, you know, just expressing the stress of -- of teaching these days.
Q Was that based on observations and reports that were -- were given to you as opposed to some type of data or surveys that were -- were done at the school?

A We did not do surveys at the beginning and we did not have data at the beginning, only our behavior data that was in the CSIS program.

Q Now, by 2015 you had been at Bullard for close to a decade?

A Uh-huh. 11 years, yeah.

Q Okay. From your personal observation, did you feel like you were seeing an increase in stress among the students and teachers at the school?

A Yes, the population at Bullard by that point had changed. It was starting to change. Whereas, at the beginning, it was I would say, middle- to upper-middle income families, and after -- and slowly, but surely, the -- we had more low-income families moving in, but they did not look like the children that were at Bullard. They did not live in the types of houses that -- that the other children lived in, and teachers really struggled with having -- going from average-ability students to below -- below average just based on their exposure.

Q When you said "did not look like" is that demographically or socioeconomically?

A Both, demographic and socioeconomically. And it -- it was a mindset. It was a mindset with community members that everybody lived in house -- it

was an assumption. Everybody lived in houses like the ones around the school and they didn't.

Q And in reality, some of the kids were living in different --

A There's a mobile home park on 41 and we -- they -- they came there, and they didn't. And they lived three, four families all together.

Q Was that a function of the redistricting you mentioned earlier?

A No, sir. That was just I think them moving from the south part of the county, north. I think demographics -- I think it would be safe to say demographics in a lot of our schools in that area changed.

Q And again, I don't want to put words in your mouth, but would it -- you're making it sound like is it -- that the population was dealing with different types of stresses --

A Uh-huh.

Q -- that in years past the students weren't necessarily having to deal with?

A Yes, sir. And more so the teachers were not having to deal with.

Q And just so I'm clear, the -- the teachers were having to deal with a different type of student?

A Yes. A lower-ability student then what they were used to, or more of them.
Q Did the -- the teachers themselves change?
A I don't understand what you're asking.
Q Sure. Was it generally the same type of teacher, but a different student or -- or did the teachers change along with the students changing?
A No. The transition rate of the teachers is pretty stable there. But the -- the -- some of the teachers that had come from Title I schools or schools on the south side of the county tended to do better. Except that or -- or flow with the change in demographics and demands better than some of the other ones that had not ever had that population before.
Q Was this something that was a subject of conversations that you were involved with at the school?
A Yes, over the years.
Q And some of these questions may be intuitive. Part of what I'm just trying to make sure I -- I ask and both it gets in the record, but when you're -- when you're talking about the students changing and dealing with different types of stresses, can you give me some examples of the stresses that the students that were in Bullard in the 2015 time frame

were dealing with that might have been different than -- and I understand we're talking in generalities, but --

A Yes.

Q -- what -- what were you seeing that the students were facing?

A We had students who -- who could not read, and they might be the -- one of the -- they might be the only one in the classroom that could not read on grade level. So there were more disruptions. Students tend to disrupt to divert attention when they need -- when they don't understand.

Some of it was cultural. They -- they were not, you know, they were in a room full of children who were a part of extracurricular activities, you know, sports, things, and they didn't have that at home. And so we saw a lot of those kids in the office, and we worked with our counselors to help them adjust, and it showed in our academic data.

Q And with respect to academic data, is there a specific test or battery of tests that you'd look at from year to year to see a trend like that?

A Yes, we look at the Georgia Milestones. We look at the reading inventories, the -- but -- and they've been called different names. Do you need all

the names?
Q No.
A Okay. Math inventories, teacher records.
Q Did you have any -- and prior to 2015, did you have any discussions with anyone above the principal at your school about these changes you were seeing at -- at Bullard?
A It would -- it would come up, not necessarily just with me, but at AP meetings with district reps it would come up because I -- I believe those -- those are children problems. So children are children wherever you are.
Q Who did the -- in 2015, who did the principal at Bullard report to?
A Oh, gosh. Hold on.
Q If you don't remember a person, if it's just a position.
A I -- I want to -- excuse me. It was the -- the area superintendent, who I believe at that point in 2015 was either Barbara Swinney or it was Tracie Doe, Dr. Doe. One of the two.
Q How did you become aware of the -- the brain-based mindfulness programs?
A We actually -- there were -- Dr. Moore was a brain-based learning certified school at -- when she

was at Bryant Primary, and it filtered its way up. And back -- back then I believe there were some professional learning days when we still had some money for that in the budget, and we went to a -- we attended a training that was like a cluster training for the district, but it was at Acworth Intermediate.

Q Do you remember what year that was?

A It would have been '14 -- '13, '14. Somewhere around in there.

Q Do you remember who conducted that training?

A I don't because that was the -- that was back when we had a lot more support from our -- from -- instructional support in the district.

Q Do you remember whether it was somebody inside the district or whether they brought in an outside person?

A No, sir. It was within the district.

Q Okay. Had you had any exposure to the brain-based mindfulness programs prior to that?

A No, sir.

Q Was it your understanding at the time -- and again, 2013, '14 when you went to this professional learning day, that this was something that was already being used at some schools in the district?

A Yes, sir.

Q Was there a particular point in time that you would say this is when we implemented brain-based mindfulness programs at Bullard or was it more of a process of --
A It was a process.
Q Okay. When would you say that process started?
A Well, after that meeting, whenever that -- the -- the learning day, the teachers were -- teachers were -- were told and were -- we let them know, take these brain-based -- research brain-based learning strategies that help students feel more relaxed in the classroom and use it how you need to.
So some -- a lot of teachers, even back in 1998, used lamps in the classroom because of the fluorescent lights. They tend to -- to be more -- it's just a softer environment. Plants in the -- on the tables, rearranging seating to where students feel more like communities than in straight rows. It -- playing soft music in the background. Things like that have been going on for years, but those of us who weren't at a, quote, brain-based school, did not know that's what we were doing.
But there is research that shows the effects of those types of things on student brains. And I

don't recall his name, but these -- who these schools that did that, and hosted trainings on behalf of the district.

Q When you mentioned earlier teachers were told about -- was that teachers at Bullard?

A Teachers at -- whoever was at that training.

Q Okay.

A But we encouraged our teachers to do the things that made -- that was easy for them to do, that made them comfortable in doing. Most of them already had light lamps, soft lighting, music playing in the background. The only thing a lot of them added were corners for students to decompress and plants on the tables.

Q Was that training -- were teachers -- let me ask you a better way. Was that training available for teachers as well?

A Oh, yes, sir.

Q Okay.

A It was really for teachers.

Q After that training, did -- did you come back to Bullard and have any discussion with teachers about the types of mindfulness programs they could implement in the classroom?

A At that point in time, mindfulness was not

the buzzword.

Q Okay. Was there a different word that y'all were using?

A It was brain-based.

Q Okay.

A It was just brain-based. And -- and honestly, the teachers were really excited about it. We saw a lot of teachers repositioning their classrooms, bringing in more lamps. They -- they saw the -- or believed in what the presenters were instructing them on and they used it.

Q When did the -- the buzzword of mindfulness start being used?

A I start -- we started seeing research in about 2014. There were some -- typically it was -- it was coming from the UK and then there were some in the -- in the United States too as well. A lot -- and as we read about these things, I don't know the exact year when it started becoming mindfulness, but -- but the way we understood it and the way the -- the research showed it was just understanding yourself when you're stressed.

Q Was this a subject that you were becoming more interested in during the 2014, 2015 time frame?

A Yes, sir, because it makes sense. It made

sense for our students.

Q So to the extent you can kind of compartmentalize school years, if I take you to the 2015-2016 school year, at the beginning of that year, what was the -- what types of brain-based mindfulness programs were being utilized at Bullard?

A We really didn't. Well, I mean, other than what I've already explained, there really wasn't anything else. We had -- your wife is a teacher, so I'm sure you -- you know, there can be -- when you work in a building with 100 woman, things get a little tense sometimes and emotional because everyone's so protective over their time and their -- and their students.

So what we -- what we started seeing -- Dr. Moore had used one of the brain-based implementations, was the music in the hallways. So at the beginning of that year they starting piping -- well, we had the music on the -- the intercom just in the hallways. So the county came out and fixed our -- our systems to where it would do that to keep the -- the kids calmer in the hallways. The teachers were, you know, having some issues with keeping kids quiet and orderly, which is also a safety issue.

But we started having some teams of teachers

that weren't getting along with each other. And what it all boiled down to was their stress levels of what they thought they should and should not do or what they could or could not do due to an increase in the number of standards that they were required to teach each year, and we were working to help alleviate that.

Q What type of music was being played in the -- the school?

A It was classical music. I would say -- I think it was like the Baroque period. There's a certain -- based on the research, there's a certain type of classical music that it registers with your brain to kind of just lower your heartbeat and calm your -- and that's what it was. So I would say, not elevator music, but it was -- it was classical. But nothing -- nothing other than that.

Q No chanting or anything?

A No, sir. There was no -- there were no vocals in those tracks.

Q So as the -- the 2015-2016 school year moved on, were there additional mindfulness programs that were implemented at Bullard?

A Yes, sir. At the winter of 2015, some of the teachers had been, as we sit around and talk in -- in meetings and -- and just in passing said, we need a

-- I just, you know, you would hear a lot, I want to take a nap. I just need to sleep or I just want to go somewhere and not hear anything. And as we started talking about what that could look with just different teachers and informal conversations, we knew we had a space. We had an empty classroom, and we thought it might be nice if we set up somewhere for teachers to go during their planning periods and/or after school just to relax. Just to go in there and, you know, we encouraged them to use it as that.

We set it up with water bottle -- well, a little refrigerator with water bottles and a Keurig and Keurig cups and different kinds of chairs and tactile like kinetic sand. Something that teachers use to fidget. Kids use stress balls a lot. We had stress balls in there. Just different ways for them to have just a short period of time to collect themselves.

Q Was there any type of memo or e-mail that was sent out kind of announcing the availability of this room?

A Sure. And it -- and it was clear in there that there was -- it was for them. It was not for students. It was for them to go in. They were free to go at any time that they were not supervising their

students. And if they wanted to take a break and close their eyes, as long as they were back on track before it was time to pick up their kids. But it was -- it was all just -- it was made for them and it was clear that it was for them to use should they want to.

Q This may be a dumb question, but for somebody who's not in a school day to day, what would -- what would the teachers otherwise be doing? Where -- like in other words, what -- where would they be at the time that they now have the opportunity to go to this room you're describing?

A Uh-huh. They are probably either back in their classrooms talking with the other teachers just about non-school related things. Sometimes they're planning. Sometimes they're grading papers. Sometimes they're talking to parents or having parent meetings. That's about the only time they had during the day to themselves.

Q So this would -- at least one of the opportunities would -- would be during the regular school day when the teacher doesn't have a class that period?

A Yes, sir.

Q Okay. Did you receive any negative feedback from teachers about the room being available?

A No, sir.
Q Okay. Did you find the teachers were using the room?
A Yes, they were. Some -- some teachers would go in there just to sit to grade papers together, and some just went in there to chat just to be in a different place.
Q So kind of going back to the main theme here, is the -- the 2015 school year.
A Yes.
Q What other -- what other mindfulness techniques were implemented at Bullard?
A The only thing in that school year was with teachers, and we started what we called a Wellness Thoughtful Thursday voluntary meeting after school. We talked about the need for -- it was really a time for me as I had -- as I wanted to present to make the teachers feel more confident in what they were doing and -- and to help them destress at the end of the day.
So like I said, it was not mandatory. They came in, we talked about -- as they were waiting on everybody, some of them grabbed up color sheets that they -- they wanted to color. They -- we -- we did -- we never did book studies, but we did talk about, you

know, there -- there was a book of The Four Agreements by Don Miguel Ruiz, I think is the author. We did not buy the book. We didn't -- we just talked about the four principles, and one of which is like to -- to be -- this is not -- I'm paraphrasing. Be honest with your words to yourself, you know, treat yourself better. You know, don't -- don't take everything to heart. Don't take other things personal.

It -- it was meant to encourage. And we had about 40 the first week and it dropped to 30, and then there were about 15 that came on the ones we had. And there were no, you know, we just said, if you want to come, come. And then we'd let teachers lead discussions and --

Q Did -- was Dr. Moore at those Thoughtful Thursday sessions?

A Some of them, but not all.

Q Okay.

A But some of the teachers asked for a -- like a words of encouragement kind of an e-mail. And not like the other one that was going around with the bible verses, but you know, like if I wanted to make announcements. And so to keep teachers who either had other obligations on Thursdays or who had no interest in it, teachers let me know who wanted to be a part of

that, you know, announcements on those Thursdays when we were doing it. And we did not do it every Thursday. But -- and so they -- we created a distribution list for just those people and sent out information as well as little, you know, have a great day kind of quotes.

Q And I -- I think you kind of referenced this, but I've seen in some of the e-mails that -- that maybe a weekly devotional that were sent out to some teachers at the school?

A Yes. And that was done -- that was started by a teacher, and -- and you could -- you could ask to be on the -- the list or not. And she sent out daily like bible verses and little lessons. But only the people who had signed up for it received it.

Q And I saw your name on at least some of those e-mails.

A Uh-huh.

Q Did -- did you sign up to receive it?

A Uh-huh.

Q And again, if I could get you to say yes or no?

A Yes. I'm sorry.

Q Thank you.

A I'm sorry. It's habit.

Q I -- I understand. It's very common in -- in regular conversation. To your knowledge, did any of the teachers complain about the e-mail that you were sending out?
A Not to my knowledge.
Q Okay. Did you ever ask to be taken off of the daily devotional e-mail that was sent around?
A No, sir.
Q Okay. This may be a good point to ask this, and it's in your lawsuit, but you would consider yourself a Christian?
A Yes, sir.
Q So as the 2015-2016 school year progresses, were there other mindfulness -- brain-based mindfulness techniques that -- that were implemented at Bullard?
A I learned about one that teachers were using. It was a -- a program called, GoNoodle. It is a -- it is a website utilized in many special ed classes. It is across the district. And they -- they -- teachers could choose to do different exercises, sing, and dance. There might be some breathing. Like following balloons on the screen and slowing your breathing down. Teachers were doing a variety of those and that's how I learned about that one.

Q Were you involved in implementing any brain-based mindfulness techniques that students were involved in?

A Yes.

Q Okay.

A Well, we -- breathing, breathing techniques was the main issue of -- of students and that's what we were teaching them to do. And how -- and what the intent was, was to help them recognize when they were approaching that level of stress that caused them to break down in tears, throw a tantrum, get sick, physically sick. That was the intent.

Q Were you working directly with students on those techniques?

A I worked with students, but teachers were always in the room.

Q Okay. And I guess what I'm just trying to perhaps differentiate is, you know, were you working with students, and teachers may have been there, as opposed to kind of you training the teachers and then the teachers working themselves with students?

A The teachers who invited me to come in, I -- I only went where I was invited, were already using -- using those different techniques. But because of some I had shared with them, such as breathe like a frog,

just relaxing and to -- and just being still for a second, that's what they called in just for -- for additional strategies.

Q At some point in time did you start to take some outside training on mindfulness techniques?

A I did. Through -- it was -- it was mindful schools, I think it's mindfulschools-dot-org. I'm not sure. But we -- as I trained in that, we were not using much of it. The main part was helping -- it was all about -- the focus was all about helping students recognizing themselves when they were about to melt down.

Q When did you start taking some training from mindfulschools-dot-org?

A Probably in the -- it would have been the fall of '15.

Q Were these formal classes or training that you were --

A It was online trainings.

Q Were you working through some type of certification or license?

A It was just to be certified that you had taken the first level. And how to -- it was how to enhance teacher -- most of the people taking it were teachers. So what we found -- if we found things that

we wanted to do or -- or that we felt would help teachers, then we would train them in doing so. But honestly, what was in the training was what they were already doing in the room.

Q Who -- who runs the mindfulschools-dot-org website?

A Don't know. I don't know.

Q Did you have to pay money to undergo those trainings?

A I believe, and the school paid for it out of one of the funds that it was allowable.

Q Was it a yearly subscription or?

A No, sir. It was just a course that lasted maybe three months. It was one hour a week.

Q Was it online?

A Online.

Q Was it live or did you play videos?

A No, it was -- there were live sessions that when they were after working hours I could do it. Most of the time, though, they were not and I went back into the archives.

Q So this is something that Dr. Moore approved?

A Yes, sir.

Q Okay. What about anyone above Dr. Moore to

your knowledge?
A I don't know. To my -- I don't know the answer to that except that that was part of our school improvement plan was what this -- as part of the steps we were taking.
Q Were you aware of any other Cobb County School District employee that was taking the course while you were?
A No, sir.
Q Okay. Did you obtain the first level certification?
A Yes, sir.
Q Is there a level beyond first level?
A Do you know, honestly, I think there is. I did not pursue it because after we -- as in most programs that come along, you take what you need and what works. And then we did not see the need in spending more money on that when our teachers were already doing much of what was in that program.
Q Did you end up receiving some type of certificate from them?
A There may have been one to print off. I don't even know if I still have it.
Q At some point in time you opened up an outside business?

A Yes, sir.
Q When was that?
A 2015.
Q What type of business was it?
A It was at a -- the umbrella business, I guess. I don't know how -- what the correct term is, was the Breath of Life Healing Center. And within that were -- there were life coaches, a massage therapist. We had some Kennesaw State University professors that were coaching high school -- high schoolers, and I went in as a Reiki practitioner.
Q Could you spell that for me?
A R-E-I-K-I.
Q You weren't -- you didn't own Breath of Life, did you?
A No, sir.
Q Okay. What does a Reiki practitioner do?
A It is -- Reiki is a Japanese-based reduction -- stress reduction technique. It is not massage. It is -- the thought behind it is that the person receiving that will become relaxed enough and calm enough to let their body just -- and I don't mean heal in cure, I just mean heal in be more -- be more relaxed. Because when you're not stressed -- when you're stressed you don't think clearly, and when

you're relaxed you tend to think a little bit better.
Q If I pronounce it incorrectly it's not because I'm trying to be negative, my college dorm was Renki (ph) Hall, so my mind goes to that --
A That's okay.
Q What -- what qualifications did you have at the time to be a Reiki instructor?
A There are -- there are four levels. And at the level two, you are qualified then to administer Reiki. Which I was a level three before I started. And then -- then after that, I am now a level four Reiki teacher, or master teacher, so I can teach others. I now have that certification to do that.
Q When did you start pursuing the Reiki certifications?
A I think I did my first one in 2000 -- it was right after I got married. 2010, '11.
Q And you had to have at least a level two to be able to -- I'm not sure what the right word is, administer to --
A Work on a client.
Q Okay.
A Yes, sir.
Q When did you obtain the level two certification?

A 2014.

Q Did the -- the training you went to, did the school district kind of reinvigorate your interest in pursuing the Reiki certification?

A No, sir because they were two different things.

Q From your perspective, is the -- is the mindfulness that was being implemented at Bullard separate from the Reiki practice that you had on the outside?

A Yes.

Q Why did you decide to start working at the Breath of Life Healing Center?

A I had hired the owner to -- as a life coach trying to figure out, you know, where I was headed, and from that she -- we became good friends after all the coaching was over. And I wanted to start practicing and that's where I started.

Q Were you responsible for generating your own clients?

A Yes, sir.

Q Were you -- how were you paid?

A By the client.

Q And did you have to pay some of that to Breath of Life or?

A I paid -- I rented my room.
Q From your perspective, does the Reiki practice have any religious overtones to it?
A No, sir.
Q From your perspective does the -- the brain-based mindfulness techniques that you were involved with at Bullard have any religious implications to them?
A No, sir.
Q Were there any before or after school mindfulness activities that you were involved with at Bullard?
A There was the Thoughtful Thursday. Teachers -- a group of teachers, of three teachers, and asked if I had -- because the -- the joke was around the school. We all just wanted to sleep. Everybody wanted to sleep. And so they asked if we would do a -- if there was some kind of recording that we could do like a guided meditation. And so I said, sure. And so people who wanted to do it, they stayed. And most of the time they would come just to do that because they would say that's how they rested before they went on their afternoon. But that was after school and it was voluntary.
Q What about before or after school programs

that involved students? Were you involved in any mindfulness --

A No, sir.

Q We've been going about an hour, do you want to take a break or do you want to keep going?

A I'm good.

Q Okay.

MR. BACHMAN: You good, Brian?

MR. GREEN: Oh, I'm good, yes.

MR. BACHMAN: Okay.

BY MR. BACHMAN:

Q At some point did you become aware that people in the community were concerned about the mindfulness programs at -- at Bullard?

A On February 29th.

Q How did you learn about that?

A The e-mail that our teacher, Heather Clark's husband sent to Mr. Ragsdale. And it was e-mail-chained back down to Dr. Moore and that's when we knew that they weren't happy. So far, we had not had any community reaction.

Q All right. And when you say that, any community reaction positive or negative?

A We had had positive.

Q Okay. What -- what types of positive

reactions have you had just generally prior to February 29th of 2016?

A Parents saying that their son came home -- fifth grade son came home because -- and he was so proud. He had not gotten in a fight because somebody called him, I don't know, some name because he remembered Ms. Cole said, you just got to breathe. You just take a deep breath and walk away. Mainly things like that. Kids sleeping better.

Q Prior to February 29th, was there any communication to parents about the programs that were -- the mindfulness programs at Bullard?

A I believe there's a -- there was -- there was a letter in the -- I mean, a little note in the February newsletter. I don't remember what it exactly said, but I know it was in that.

Q Did you receive any response to that letter from any parents?

A No, sir.

Q And so who is -- who is Heather Clark?

A She is a second-grade teacher at Bullard.

Q Did you have any indication that she had concerns about mindfulness programs prior to February 29th?

A No, sir.

Q Did you know Ms. Clark?
A Yes, sir.
Q How long had she taught at Bullard?
A She had been there since the school opened in 2003, so I've been knowing her since 2004.
Q Had you had any negative interactions with her prior to February 29th?
A No, sir.
Q So how did you -- how did you learn about the e-mail?
A Dr. Moore shared it with me.
Q From -- from your just memory, what did the -- what did the e-mails say?
A He was concerned about the instructional time being lost. I remember that. I remember some -- the fear that there were some religious overtones Based on my work as a Reiki master where he -- he talked a little bit about my side business. I don't -- I don't remember beyond that.
Q Okay. Did you have any discussions with -- with Dr. Moore about the e-mail at that time?
A Yes, sir.
Q What did --
A We were shocked. We were both shocked. We had no idea. Heather Clark had never asked me to come

into the classroom. I had never -- like I said, everything was voluntary. Just before that, I believe it was just before that time or right after it, we were doing breathe like a frog lessons with K1 and 2, kindergarten, first, and second. And most everybody signed up, and she was one of -- one of about two or three that did not, and that was okay. But she never came to me or to Dr. Moore to my knowledge.

Q Again, just kind of on a high level, what is breathe like a frog?

A You -- there's a -- you tell them -- you talk to the -- it's better for younger students because you're talking to them about taking that deep breath. And when you take a deep breath, you let your belly go out like a frog. And so we have little frogs on sticks, and they would -- when they got really quiet, you could hear the -- you could hear the air conditioner. What could you hear? And so when they got scared or when you -- or when you just were tired and you didn't want to do math, what could you do? You could take a deep breath and make -- be like a frog. And so they sat there and did their breath in and out like a frog. And they focus more on feeling their bellies go out, which is cool for kindergarten and first.

Q Did -- did Ms. Clark ever tell you why she didn't sign up for breathe like a frog?

A No, sir because I never asked.

Q So after -- well, was -- was Dr. Moore a recipient of that e-mail?

A I don't remember.

Q Okay. So what happened from there?

A In respect to?

Q Well, Ms. Clark's husband's complaint.

A It -- well, first as -- as Dr. Moore tended to do when there was -- when there was, you know, an issue where there was a husband -- and it's not uncommon for teachers' husbands want to get involved some ways. She called her in and just said, hey, what's going on; can you tell me?

I was not a part of that conversation. And that's when Ms. Clark said she disagreed with it and -- and she said she just wanted to know why it -- why they were doing yoga. Which, once again, goes back to the GoNoodle. I never led yoga. But that her husband felt like we were not doing our due diligence and service to the children. That she was friends with Mr. Ragsdale at church and she convinced her husband it was better for him to send an e-mail on a Monday than talk at church about it.

Q Okay. Let me deconstruct a couple things you -- you just said. So just to be clear, you -- you didn't talk to Ms. Clark directly?
A I would -- no, I did not.
Q Okay. So what you're --
A But --
Q What you're describing is what Dr. Moore relayed to you about --
A Yes.
Q -- the conversation?
A Yes.
Q Okay.
A And at that time she said, do not talk to her about these things.
Q Did the Clarks have any students at Bullard at that time?
A They had two daughters.
Q Okay. And the reference to yoga, were -- and I forget exactly what you said, something about a noodle?
A GoNoodle --
Q Yes.
A -- the program I told you about with the breathing and yoga. I -- I know -- well, that would be one of them. There was another one that was used.

It was called cosmicyoga-dot-com. And that month of February I think our children never go to go outside because it rained the whole month, and so they would -- it was a way to move with the story of Frozen. And that's what some first-grade teachers chose to do during their recess time.

Q Is like the GoNoodle and the cosmic yoga, were these based on anything that you provided as examples of things teachers could do?

A No, sir. I did forward -- one of the teachers -- a third-grade teacher sent the link and said, please send this -- if you don't mind, can we send this out to teachers who may need something to do to get their kids moving during recess? They get a little squirrely when they can't go out. And so I -- I may have forwarded that just on as a here you go, here's another resource.

Q And again, I apologize. I just don't see it right off, but the Clark's e-mail, Mr. Clark's e-mail to -- to your memory, did it single you out as being responsible for what he was concerned about?

A To the best of my knowledge, it made me feel like I was singled out, yes. I know he -- he references me in there.

Q From -- well, so Dr. Moore indicated to you

that she talked to Ms. Clark about the situation?
A Yes.
Q Okay. To your knowledge, was there any further discussion about the Clarks' complaint?
A There was, to my knowledge, conversations between her and our assistant superintendent, Swinney. I -- Dr. Moore told me that she made multiple attempts to set up a meeting with Mr. Clark to discuss his concerns and he would only do that in e-mail and she was more comfortable wanting a meeting. So that did not happen.
Q Does Mr. Clark work for the school district?
A No, sir.
Q The -- the church that you referenced, do you know what church that the Clarks go to?
A They -- at that time, Burnt Hickory Baptist Church.
Q Do you know anything about that church?
A No, sir.
Q Do you know anything about its reputation in the community for what type of church it is?
A It's a -- it's a large church. It's a Baptist church. That's -- that's about all I know about it.
Q In terms of conservative, progressive,

anything like that? And again, I'm just asking you from a reputational standpoint, do you know --
A Conservative.
Q Have you ever attended a service there?
A I went probably back in 2003 just to one service for a baptism.
Q Did you have any discussions with the assistant superintendent or anyone above that level about the mindfulness programs at Bullard?
A Multiple ones --
Q Okay. Who --
A -- for that letter. Dr. Swinney, Jeff Dess.
Q Who is he?
A He's -- he's in the Prevention -- Prevention Intervention department. I'm not sure of his exact title. They sent him -- they being, Cobb leadership sent him to, you know, kind of figure things out and help out. I talked with Grant Rivera, John Adams. I believe that's all.
Q What about Mr. Ragsdale?
A No, sir. I've never talked to him about it.
Q Okay. And what about any of the school board members?
A No, sir.
MR. BACHMAN: If we go off the record just a

second.

- - -

(Whereupon, a short break ensued.)

- - -

BY MR. BACHMAN:

Q So Ms. Cole, before the break you had listed off some -- some folks you had discussions with. Was there some point in time -- well, let me ask you this. The discussions you had with Dr. Swinney -- is it Mr. Dess --

A Yes.

Q -- mr. Rivera and Mr. Adams, were those at meetings at the school or at the central office or just telephone?

A At the school.

Q So when's the -- when's the first meeting you remember with any of those folks about the mindfulness programs?

A With Dr. Swinney, it would have been -- and Jeff Dess both, it would have been right after the 29th. Not long after that.

Q Were both of those individuals at the meeting?

A Yes, sir.

Q Okay. Anyone else?

A No, sir. And I was not always in meetings that Dr. Moore had with Dr. Swinney and Mr. Dess.
Q Okay. And so when you -- when you met with Dr. Swinney and Mr. Dess, the first meeting you remember, was -- was it your understanding at the time that the complaint was limited to the Clarks or had it expanded?
A At the beginning -- those first meetings, it was the Clarks. Mr. Dess was there because of some -- and I think I mentioned it earlier, some teams of teachers not getting along and -- and how -- the perceptions between what was happening in the school between the -- the teachers who were choosing to do different types of brain-based mindfulness and the ones who were not. And most of the ones -- and -- and honestly, Heather Clark was not shy about telling anybody who would listen that -- that -- what was going on with her husband's point of view.
So Dr. Swinney, I believe, thought it would be good to have Mr. Dess come out just to kind of survey the situation from a counselor perspective, and -- and see what the -- get a general feel of what the school -- the climate of the school.
Q At -- at least at the point you initially met with Dr. Swinney and Mr. Dess, what -- what did

you understand the Clarks' complaint was?
A It -- at that point, it -- because we -- and I wouldn't have -- because we, being Dr. Moore and I, really Dr. Moore, could not get Mr. Clark to come in and discuss -- because I think there was a reference in the letter to loss of instructional time. That's the angle, curriculum angle they were going at, and that was untrue. There was no loss of instructional time.
My understanding was -- was that it became a little more personal. And I think he -- and he kind of slid it in, although what he said was not untrue, but it -- it -- I don't think he was trying to portray me in a -- it didn't feel like he was -- he was trying to portray me in a positive light.
Q But was it your understanding that kind of underlying their complaint was a complaint that what you were involved with was indoctrinating students into non-Christian-based practices?
A Yes, sir. Yes.
Q So tell me what -- what you remember about the meeting with -- the initial meeting with Dr. Swinney and Mr. Dess.
A She, at some point, early, early on, so this would have been around the first meeting, I guess

someone had made her aware at the county level that I was supposedly encouraging children to color only in green for Buddhism. I was chanting in the halls. And when kids would come to the office I was making them color green for Buddhism. And --

Q Had you heard those accusations before?

A No.

Q Okay.

A No, I had not. When she went to look at -- she walked the building by herself different times of the day to -- to see what -- what was going on, what these practices looked like in the classroom, and she found no -- nothing that was not research-based. And there was no truth to a lot of the -- the other rumors either. There -- so we discussed that, Jeff Dess was in on that meeting because he -- there was starting to be contention with Heather Clark and two other -- another teacher and staff member, and pretty much anyone who was vocal enough to stand up to her.

Q I think I asked you this before, but I just don't remember the answer. How -- how long had Ms. Clark taught at -- at Bullard?

A Since 2003.

Q So is there -- at some point, you and Dr. Swinney and Mr. Dess all met in a room?

A Yes, with -- Dr. Moore was there too.
Q Okay. How long was that meeting?
A I -- I don't think it was very long. I don't recall and there were a lot of them.
Q Lots of meeting with the four of y'all?
A Yes.
Q And --
A And other, meaning, lots being maybe -- I honestly don't remember. It's a blur, but there were meetings that I was not included in.
Q Of the meetings you were included in, were there more than 10?
A Oh, no. I don't think so. I don't that many, maybe five, six.
Q And over what period of time?
A Up until -- I believe the community meeting was March 11th. I would say between March 1st and March 11th.
Q And between that timeframe, March 1st and March 11th, did you -- did you meet with Mr. Rivera and Mr. Adams?
A I met with Mr. Rivera. He came on a Friday, Thursday or a Friday, the first week of March. He came in and said he was there -- and Dr. Swinney was there, but Jeff Dess was not. He said he was there

because someone had called -- a staff member had called the -- the district and said that on the news that morning we had made the change from a moment of quiet reflection, which is in all -- all schools' morning announcements, to a moment of mindful meditation. And he asked to have the tape available to him when he got there, so the four of us met.

Q Was there a moment of meditation?

A No, sir.

Q Did -- what was -- I can't remember, is it Dr. Rivera? Does he have a doctorate?

A I don't know. I have no idea. Probably.

Q Well, nobody gets offended if you call them something more, so let's call him Dr. Rivera.

A Let's do.

Q Did -- what was -- what was his position at that time in March of 2016?

A He walked in and --

Q I'm sorry. What in terms of at the school district? What -- what position was he?

A Oh, what position was he? I believe he was -- I would call him number two in charge maybe. Like an assistant deputy superintendent. I'm not exactly sure.

Q Okay. To your knowledge, did -- did Dr.

Rivera listen to the morning announcement tape?
A To my knowledge he did.
Q Okay. Were you there when that happened?
A I don't think I was.
Q And you referenced a community meeting on March 11th, right?
A Yes.
Q What was that?
A That was the -- after we met with Dr. Rivera on -- or whatever date, that -- that was -- the solution was to try to present what was happening to the community just to help the rumors to die down.
Q And so what -- what rumors had you heard were being circulating before the community meeting?
A Based on what Dr. Swinney was told and she repeated to us, were that we were -- I was leading chants in the hallway. I was having children pay me for Reiki. I was putting rocks on them. I was indoctrinating their children into a religion, a different religion. It just got very -- it was very far-fetched. And they were in an effort to just try to stop that.
Q Who -- well, when in terms of what time of day was the community meeting held?
A My best guess around 9:00 in the morning.

Q Where was it held?
A In the media center at the school.
Q Were you asked to attend that meeting?
A Originally, but then it was determined that due to the -- by that time we knew the Daniels were over-the-top angry with me and it was agreed that it would not be in my best interest to be in there.
Q Who are the Daniels?
A Kate and Brad Daniel. They are -- that have children at Mableton -- I mean, I'm sorry, Bullard, and she was an acquaintance of Heather Clark's. They really believed that I was doing -- they -- they sent multiple, I think letters. They talked with the staff. They stood up in front of the -- the community meeting and my perception was that if they could have put me on a stick they would have.
Q What was your understanding about what the Daniels were so upset about?
A That -- that I was -- I was indoctrinating a different religion onto their children. That they had been washed in blood of Jesus; therefore, they were not able to be.
Q Who -- who asked you not to attend the community meeting?
A I don't know that it was -- I think it could

have been me that said, I'm not so sure I should attend based on the fact that just before the meeting I had been downstairs helping with a discipline issue, and as I walked up, a parent growled at me when I spoke. So we felt -- and -- and I don't remember at that time if Mr. Adams was there. But I think whoever was there, Mr. Dess, Dr. Swinney said, no, let's just leave you out of it.

Q Someone above Dr. Moore?

A Dr. Swinney.

Q Well, no. Dr. Moore is the principal?

A Yes.

Q So what I was trying to get at is, was there somebody at the district level who was at least informed of the fact that you were not going to attend the community meeting?

A Yes, and -- and John Adams knew I was not. He was there and he -- he was aware before the meeting that I would not go in there and he agreed.

Q Okay. So let me ask you kind of the converse question. Was there anybody who objected to you not attending the meeting?

A The Daniels.

Q Was there anybody at the district who objected?

A No, sir.
Q Was the meeting video or audiotaped?
A You know what, I don't know.
Q Okay. And by your answer I take it you've never seen a video?
A I don't know. I have never seen a video of it. I don't -- I don't want to based on what I've -- some notes or I know teachers in there taking notes and -- and based on what they said, it was -- it was not -- and what Dr. Moore relayed to me.
Q Okay. What -- what was relayed to you about the meeting?
A They -- I think she was -- Ms. Daniel was very vocal in wanting her -- in wanting me fired. Wanting her voice to be heard, wanted me in there. That she made some references to -- when someone asked her to sit down -- and I don't even think -- I think it was community member, I don't think it was -- I know it was not in the district because Mr. Adams and Dr. Swinney's viewpoints were to let her speak, just to contain, and so she was allowed to. And I think things got a little heated with her being angry that I wasn't there.
Q Had you had any interaction with the Daniels prior to this?

A A lot of interaction with the Daniels. They knew me.
Q Okay. Under what circumstances?
A They were -- she was active in the PTA. She was at the school a lot doing PTA things. But she also had had conferences with me about her children for different reasons. The husband was a -- a WATCH DOG, a parent volunteer, and was at the school a lot of the time.
Q And I just don't know what you mean when you say WATCH DOG. You mean that pejoratively or is that like some kind of program?
A No, it's a program. It's a -- to get more males and father figures into the schools.
Q Okay. Was -- how did you feel your relationship was with the Daniels prior to this?
A It was -- it was -- I don't know the word I'm looking for. It was fine. There -- there were no issues. We were friendly. Whether they disagreed with us or not, it was very respectful. It was a good working relationship.
Q How long was that community meeting that -- at least how it was reported to you?
A Forty-five minutes, maybe an -- I don't even think it was an hour. I'm not sure.

Q Was there -- and again, I understand you weren't there so what you're -- what you're relaying is things that were relayed to you, but was there an -- was there an agenda or a talking point that Mr. Adams or anyone else went in there to kind of start the meeting off with?

A I think the attempt -- I don't know about an agenda, like a physical paper agenda, but I think they -- the attempt and the purpose was to squelch the rumors, to stop them, and to let's move on.

Q Again, as relayed to you, did somebody from the district kind of give an opening statement or a description

Of the situation?

A I am not sure how that -- how that happened.

Q How many -- how many people were you told intended?

A I know there were not -- I would say around a hundred. There were -- it was standing-room only in there.

Q Were you surprised that many people attended?

A No, not so much. There -- there was a lot of parent participation at Bullard.

Q How was the -- the meeting -- how was that

the meeting was being held communicated to the public?
A I believe there was a -- a callout through our system, announcement system. It went home. I think a notice went home. It was put on the -- a notice on the website, paper notices.
Q Were members of the public informed that weren't parents of students?
A I -- I don't know unless they had word of mouth by the parents, but I know there were some. There was at least one I know was there that was a -- that was there as a community member.
Q Was -- again, just to your knowledge, were any members of the media there?
A Not to my knowledge.
Q Were you given any sense of, from kind of a percentage standpoint, where attendees stood on the issue?
A It was relayed to me that the majority in there knew these things were not happening, but that the minority were so vocal that not many others spoke up.
Q And some of these questions may seem kind of silly. I'm just trying to get a -- get a feel for what this meeting was like, again, at least as it was relayed to you. Were there people that had posters or

t-shirts about --

MR. GREEN: And I'm just going to -- and I don't mean to interrupt you, sorry. But to just kind of object to your general answer. I probably could've objected a little bit more earlier about to the extent this calls for speculation. So I just wanted to get that on the record, but you -- you can answer.

THE WITNESS: Okay. I -- I don't know. I don't think so.

BY MR. BACHMAN:

Q So after the -- the community meeting, did you have any type of debriefing meeting with any of the school personnel or district personnel?

A Yes, sir. I met with John Adams and Jeff Dess. And by this point I was -- I was pretty upset.

Q Was it the same day?

A Yes.

Q Why were you upset?

A I'm going to get a tissue.

Q Okay.

MR. GREEN: Here.

THE WITNESS: I'm sorry.

MR. GREEN: It's all right.

THE WITNESS: Actually, one of those little

napkins will be fine, Brian.

MR. GREEN: Okay.

THE WITNESS: Yeah, it'll be fine.

MR. GREEN: All right.

THE WITNESS: Thank you. When they came back in and informed me -- I don't remember the -- I do not remember if -- if they came in as a group with Dr. Moore and spoke to me and kind of gave me the heads-up or if it was -- I think -- I think they did. Somehow, I knew that she had gotten -- Ms. Daniel had gotten very vocal and very much -- for lack of a better word, she was a zealot in my opinion.

But John Adams -- Jeff Dess was in my -- in my office and John Adams came in and we were talking and he said, I know you're upset. That was not -- that was not an easy meeting. I know you weren't in there, but based on the turmoil that it might cause, then perhaps you might, you know, you can take a day and just go on home and collect yourself and be ready for Monday. He said, I would understand that. I wouldn't -- you would not be charged your day. But it was -- it was pretty evident that I did not need to be seen out in the halls.

BY MR. BACHMAN:
Q Did Mr. Adams say anything more than that?
A Not to my -- not to my recollection.
Q Through that point in time, and again through the community meeting and then the meeting with Mr. Adams afterwards, had anyone at the district -- and again, I mean anybody above the school level, indicated to you that they felt like you had done anything wrong?
A Before that, Grant Rivera, when he came to meet with us the day of the video, he came in, and I had not ever met him. And he introduced himself and said, first and foremost, let me tell you, Chris, John and I all three agree you've done nothing wrong. There's nothing that's been substantiated, but we don't want -- we need to fix this because we don't want -- and I am paraphrasing -- we don't want what is happening here to spread to the rest of the county and cause other programs to stop.
Q Was there anything that anyone at the -- the district level -- again, prior to the community meeting, asked you to change about the mindfulness programs at Bullard?
A Can I answer in two parts to that?
Q Sure.

A The -- one of the requests before then was that I had a freelancer write up my bio on the Breath of Life website and I made a comment. That was stupid in hindsight. But it was that it was moonlighting as an assistant principal and it was stupid. But as soon as that was brought to my attention, it was removed from the site. I also was notified that the county had -- and I think probably Dr. Swinney was relaying all of this to me -- that there had been some personal screenshots taken from Facebook. But at that time Heather Clark was a friend of mine on Facebook, and -- and of my daughter's page. And just some bizarre pictures that were not inappropriate in any way, but they had been sending those to the county. And so that's pretty much when -- that was prior to Grant Rivera coming.

And at that point when he came in, he instructed me not to go into anymore classes, which I -- I had not been in any classes to do my -- to the breathe like a frog. And I had not been in classes leading yoga. And he instructed me not to go into classes unless it was to do my observations, my final end-of-year evaluations.

Q Other than the -- the GoNoodle -- did I say that right?

A Yes.
Q Other than that, was there any other yoga-based activity that you were leading in the classrooms?
A Myself leading?
Q Yes.
A No, sir. I never led yoga.
Q So let me go back to the question I asked just to make sure I got --
A Okay.
Q -- kind of a full answer because you gave a good one. Prior to the community meeting, meeting afterwards, had anyone in the -- at the district level indicated to you that you were doing anything inappropriate at the school?
A No, sir.
Q Up until the community meeting, were you satisfied with how the district was handling the situation?
A Somewhat. But the -- in there -- I have to remember that it was a very short space of time. It feels like really long. At first, I felt that with the response back to Mr. Clark, who would not come in for a meeting, and there was no, that we were aware of response that we ever saw, an e-mail response, back to

him. It -- my perspective was that it empowered Heather Clark to continue because every -- the e-mails that I've seen, everyone is -- a lot of people are connected back to her. And although I understand as an administrator, we have to be very careful not to be retaliatory, you know, like in our -- when we meet with about unpleasant subjects with teachers or staff members. I felt like things were allowed to continue based on the -- the two people in the building that were really stirring it up and we knew it, but were told to back off. They were untouchable. That was by Grant Rivera.

Q When you say two people, it's Ms. Clark and --

A There was another teacher, Kathy Wolfe. She was a PE teacher and she was having a personnel issue with the other PE teacher who was a friend of mine, but I was not that other PE teacher's evaluator. No, I was not Kathy Wolfe's evaluator. I'm sorry. They had not gotten along. I know this sounds crazy, it's -- it's, but it gets me back. Her brother was one of the community members that showed up that did not have children in our school. And when he would come to the school, he was known to take out his business card because he owned a hardware store at Brookstone, and

talk about his neighbor, Randy Scamihorn. And so there were some personal issues at the time with Kathy Wolfe that -- and we felt -- I felt might have contributed to some of -- a lack of support.

Q Okay. So the brother you're talking about is Kathy Wolfe's brother?

A Yes.

Q How often was he at the school?

A He would show up, we found out -- we didn't know. He would sometimes come to the gym to the backdoor and not sign in, but it was viewed probably as more of an attempt to be a little intimidating to the other PE teacher. But he did start coming to the front. But when he did, he would put his, you know, card down and remind us who he was and that he could be there.

Q Well, why could he be there?

A Well, because he wanted us to know he was Randy Scamihorn's friend. And -- but he said he could be there anytime he wanted to see his sister, which is not exactly true, but --

Q I guess that's what I'm confused by.

A Uh-huh.

Q It's -- I mean, it's not appropriate for the sibling of the teacher just to come by the school and

--
A No, sir. No, sir. But we were told not to address that.
Q Okay. So when you -- you mentioned earlier about these folks being -- I think the word you used was untouchable?
A Uh-huh.
Q Who -- who told you that?
A I was -- we had a -- both PE teachers were on a professional plan for their attitude with each other. And there was a meeting with Kathy Wolfe that became quite -- she was very insubordinate. And Erika Owens was in that meeting. And she was a little bit insubordinate with Erika Owens as well. And when Erika took it back to HR, whoever she talked to, I don't know, came back and said we -- we will not suspend for a day because she is untouchable, basically. There's just nothing we can do.
Q Who is Erika Owens?
A She was -- she was an investigator at that time in HR.
Q Was that after the March 13th meeting?
A Probably, yes. Because more and more they started -- she and -- and I know this is my perspective. She and Heather Clark became pretty

tight around the school and it -- before that there was -- they were not -- they were civil, but they were not friends.

Q Did anyone ever tell you that Heather Clark was untouchable?

A No, not those words. It was do not talk to Heather Clark about this or it will appear that you are retaliating. So I did not. I have not spoken to her since that e-mail was sent.

Q Is Ms. Clark someone that in the 2015-2016 school year came under your area of responsibility?

A I don't think so. I think -- we trade up every year, that's how most schools do it. I don't think she was. I don't remember that. I'm -- no, she would not have been. And if she had of been, it would have been sent to Patrice, but it was not me.

Q What do you mean by trade up?

A Like, one year I may do certain teachers on a grade level and you may do the other half, and then the next year we just swap them out so we can see everybody in our evaluations.

Q So did you end up taking off the rest of the day of March 11th?

A I left at about 1:00. I stayed for a little bit.

Q Do you remember what day of the week that was?
A It was on a Friday.
Q Okay. So after that meeting, you came back to school the next -- did you come back to school the next week?
A Yes.
Q Okay. How did you find the -- the situation at the school?
A At that point it was -- people who would normally come to the office and chat with me, you know, during their planning on their way to the restroom or the mailroom, avoided me. I think they didn't know what to say, you know. The ones I knew who didn't like me they, you know, of course they stayed away and I stay away from them. But it -- it was very -- I felt very ostracized and Mr. Daniel, as I said, was a WATCH DOG dad and I honestly, based on the comments that he had made, was scared to go out in about the halls, because I -- they -- they are all over the building and I didn't know where he was.
Q So as a WATCH DOG, he was actually inside the school?
A Yes, sir. He -- they -- they come in and go to different classes and help with lunch and help with

bus duty, and just the different things. Just to be a presence, not just in their own child's room.

Q Okay. Was he on a -- as a WATCH DOG like that, was he on a schedule each week?

A They had schedules, but I don't know -- I don't know how they figure them out. It was a PTA project.

Q After that March 11th community meeting, did you have further discussions with district staff about the mindfulness programs at Bullard?

A No, sir. But -- but we did -- it was the interview -- not interview. It was the meeting with Grant Rivera when we were instructed to stop doing certain things.

Q And that was before --

A That was before the meeting.

Q Before March 11th?

A Yes, sir.

Q Okay. And what did Mr. Rivera direct you to stop doing? Well, let me ask you this. Was it just -- was it just you and Mr. Rivera or was it --

A No, Dr. Moore and Dr. Swinney were in there as well.

Q Okay. Let me just ask a more general question.

A Okay.

Q I mean, were you surprised that this mushroomed to the place it had by March 11th?

A Absolutely.

Q Were you surprised that you were the focal point of peoples' complaints?

A Yes, sir.

Q Okay. So let me get back to the other question. What -- what did Dr. Rivera direct you to stop doing in -- at the school?

A We were to -- we showed him the GoNoodle program that was under scrutiny. He did -- during while he was there, he called Dr. Doe, special ed director, and she told him that it was a -- it was a brain-based program that are being used. She said it's every -- in every school, especially in special ed.

And so when he asked us to pull that up, we do, and it is a purple alligator, monkey, something. I don't know who he is with a white suit and he says, come on kids, let's get up. And the kids like it because they move around, but then they get points. And so at the very beginning -- and he talks in a -- in a voice and he's like, we -- we shall begin. That's how he talks, and he does that. That's all he

says. So he told us that if the teachers wanted to keep doing that, we had to cut that part out. They had to fast-forward through that, fast-forward at the end.

Q Okay. And just for the record, when you're -- when you're doing that --

A I'm sorry.

Q -- no, no, it's important to describe what you're doing.

A Okay. I am --

Q So you're --

A He bows, thank you. And I talk with my hands. That's why I keep -- keep them in my lap. He bows to the -- on the screen. Just bows and says, let us begin.

Q With his hands?

A With his hands --

Q Palms pressed together?

A Palms pressed together. Yes, thank you. And I think that may be at the end too, I'm not sure. But we decided it would be probably just best to even -- just to cut that one because that -- that didn't make -- it didn't -- it would be more -- more work for the teacher when there were other things they could do.

In the cosmic yoga, Frozen story, the lady at the beginning says namaste and then the kids go right to it. In music, the music teacher rings a gong. I don't know -- I think it's at the end of her -- it was at the end her lesson with second graders and they would bow and say sayonara. It was just part of the -- the end of the day procedure. And we were told to stop that. So pretty much we stopped. We did not -- we told teachers to cease with any coloring activities they were doing. Everything we were directed to do. I don't even remember what all that was.

Q Is the -- is the GoNoodle something you could find on YouTube?

A You can or you can go to the website and find it, yes.

Q Is it something that the school had purchased?

A No, sir. It was just a resource that -- that was -- had positive results.

Q And all I'm really trying to ask is, is there -- did the school have to pay to be able to show the GoNoodle --

A No, sir.

Q With respect to the -- the Frozen activity,

you mentioned that -- and I always pronounce this word wrong, namaste?
A Uh-huh.
Q What is -- what is that? What does that mean?
A To my knowledge, it means, you know, bless you. The good in me honors the good in you. But that -- that was not a part of her -- her thing was, let us begin namaste and then they go into being the Elsa or whatever.
Q And that was -- that was a question I had. You said after that they'd go right to it, you mean go right to the end?
A They go right to the movements. But they are not called yoga movement. She doesn't refer to them. She's -- they act out the story.
Q And then if -- my limited knowledge in foreign language, is -- sayonara is like goodbye in Japanese?
A I think so, yes.
Q When -- and these were all directives that Mr. [sic] Rivera gave to you?
A Yes.
Q Would -- did you feel that the meeting with Dr. Rivera was interactive? In other words, were you

able to -- was he asking for your opinion about things that should or should not be included or did you feel like he was the one making the decisions?

A He did ask some. He did ask some, but for the most part we were directed.

Q And this was before the March 11th community meeting?

A Yes, I think it was the Thursday or Friday before.

Q Did you feel like the parts that Dr. Rivera asked you to cut out impacted the effectiveness of the activities?

A Yes.

Q How so?

A The teachers had already seen -- the teachers that were using it had already seen -- by that point word had spread through the community, and they already knew the reaction it was getting and they were afraid. They were afraid to get -- they were going to get in trouble too. Because when you -- when you think about a teacher, they -- they only want to do their best in the class, so they don't want to stray outside the lines.

So when they saw what was perceived of me, you know, happening with me, then they just stopped

it. It just wasn't worth it. They found other ways to just not to even have it.

Q Okay. So -- let me ask the question again because I -- I think I had a slightly different question than you answered. The -- the parts that Dr. Rivera asked you to cut out of these activities, had those been cut, but still be used in the classroom, did you feel like that would limit the effectiveness of those activities?

A I mean, technically, no. It would have just been a few extra steps for teachers.

Q But what I understand you to say, is it kind of a practical reality of Dr. Rivera asking that these things be cut in the community -- some community members having issues with them caused teachers to stop using these activities?

A Some of them, yes. Yes. Teachers for the most part are rule followers.

Q I just didn't hear the second part of what you said.

A Teachers for the most part are rule followers and they just want to do things right.

Q I experience that through my everyday life.

A I'm sure you do.

Q Right. So after the March 11th community

meeting, did you have further discussions with people at the district level about mindfulness programs at Bullard?

A No, sir.

Q After March 11th, was the -- was the way mindfulness programs at Bullard being utilized, did it change?

A I would say probably so.

Q Did -- to your knowledge, did the school or the district continue to receive complaints about mindfulness programs after March 11th?

A Yes.

Q To your knowledge, was there any announcement to the parents or the community from the school, the district, about what mindfulness programs were being utilized or how they would be changed to address concerns?

A There was and I'm not sure the exact date it went out. It may have gone out right after that March 11th meeting.

Q Were you in involved at all in drafting that communication?

A No, sir. I was in for the discussion, but not for the drafting.

Q Who was part of the discussion that you were

involved in?

A Dr. Moore and Dr. Swinney. And to some point, a lot of that was discussed with Dr. Rivera.

Q Who did the communication come from?

A I'm sorry, what?

Q Who -- who -- what did the communication -- was there somebody that was kind of the person that it was said -- from Dr. Rivera, from Dr. Swinney or was it just a memo to the community?

A I think it went out from Dr. Moore.

Q So you described earlier that in the days following this March 11th meeting you felt ostracized at the school?

A Uh-huh.

Q Did that continue throughout the rest of the school year?

A I think for me, and I'm not sure the dates, but when the -- the article came out in the AJC and then got picked up by the news, I think that was after the meeting, because it was the -- from my best understanding, it was the Daniels that were kind of leading that charge. The Daniels were very vocal with wanting me fired. And I -- John Adams even said that to me in our meeting.

But it became more difficult because on an

emotional level it was -- it felt like I was having a breakdown, but as a professional it's hard to be a leader in a building when you don't know what parents are telling their children about you. When you don't know which teachers are calling in the county, and I don't think they -- there were some e-mails I saw, but most part calling in just with lies. And -- and when things didn't go the way of the -- of the Daniels and Ms. Clark and they -- they just resorted to, you know, it went to another news agency until it was picked up, and it was embarrassing.

Q From what you saw was -- was your name used in those news articles?

A No, I was always referred to as the assistant principal from Bullard, but then my face was on them. Anybody investigated they would see it.

Q Because at that time you were the only assistant principal at Bullard?

A Yes, sir.

Q Did anybody from the district ever tell you that you had done anything wrong with respect to the mindfulness programs at Bullard?

A No, sir.

Q Did anyone from the district ever tell you that your job was in jeopardy?

A No, sir. I asked Mr. Rivera -- Dr. Rivera and I asked John Adams both and -- are you going to move me. And they both said no, you've done nothing wrong. We have no reason to move you. That was -- the conversation with John Adams was right after the meeting.

Q Why did you ask those folks about would you be moved?

A Because based on the inaccurate information that was out there I didn't know if they would move me or not. And especially with them telling me I had done nothing wrong and I asked why they would not defend me. Why they would not remain neutral. And I never was answered on either one of those by both men. Because I was very clear in asking, if you're telling me I'm doing nothing wrong, why are you not defending me?

Q How did you feel that Mr. Adams and Dr. Rivera were not remaining neutral?

A Because the -- in my -- in my opinion, the directives that went out, that went out to the community in that memo, were these practices will no longer take place. And to me, that inferred or implied that they were taking place, but we've stopped them. We are no longer -- and I'm -- I don't -- I

don't have it in front of me. But we are no longer doing this, is like saying well, well, we were doing it, but we're not going to stop -- we are now going to stop.

Q And did that go beyond the items you referenced earlier? For example, the -- taking out the -- the namaste and the Frozen activity?

A Yes, I just -- I just wanted a defense. I just wanted them to remain neutral. I understand the basis of school law is to remain neutral and you don't promote religion, but to me I felt like they were not -- they were telling me they knew I was not promoting a religion, but nothing was said to tell those people to stop this. Or to say, we support Dr. Moore and Ms. Cole in this endeavor.

Q So there's -- there's two words that you -- you said. I just want to ask a couple deeper questions about them. You said you didn't feel like they supported you.

A Uh-huh.

Q And you said that you didn't feel like they remained neutral, right?

A Uh-huh.

Q So in terms of supporting you -- the thing I heard you say was, you know, sending out something

saying that -- to the community that we don't think that Ms. Cole did anything wrong here?

A Not exactly those words, but, yes. Something to say this -- these are unfounded and you know, we look forward to moving on. Nothing ever said these were unfounded.

Q Is that a message that they've communicated to you?

A Yes.

Q And then the other phrase that I had written down was remaining neutral. And that -- you referenced that they did send an e-mail out to the community identifying certain practices that would not happen at the school?

A Would no longer happen, yes.

Q Okay. What -- what do you remember they had identified in that e-mail?

A I -- the only thing that comes to my mind right now is just the namaste, the -- I don't even -- I don't remember.

Q But at least with that, that was something that had happened and --

A Yes, yes. But when I say remain neutral, I meant I really, truly felt the -- the more things amped up with the -- the small group that were just --

had people that had known me for, you know, 10 years or more. I have never -- although the county told me we know you have never promoted any other religion, you know, it felt to me like they were siding with this other -- because I couldn't get them to tell why they would not say, tell the community these things have not happened.

Q Did you feel like the district was siding with the community members who were complaining about you?

A By the time of the move, yes, I did.

Q Okay. What had caused you to feel that way?

A Because I had been told twice by the HR director and -- and by Dr. Rivera that I would not be moved, that I had done nothing wrong. And I get a phone call an hour before the board meeting telling me -- that next board meeting whenever day that was, I don't know, March 17th, 18th that I was being moved and they did not know where they were going to put me, but that I would be put in on the board -- it would be a part of the board highlights.

Q Did I hear you right, March 17th or 18th?

A Some day in there, yes. Yes, sir.

Q So that's approximately a week after the community meeting?

A Yes.
Q Who -- who called you to inform you of the fact you were being transferred?
A Dr. Swinney was told. She called Dr. Moore, Dr. Moore called me. And then Dr. Brazil, who was -- she was the area superintendent at Mableton at the time, she was also my principal at Vaughan. But she called me to tell me that at the -- just before the board meeting, she offered to put me in a position that was -- it was a -- it had not been made public, but it was open as an assistant principal.
Q So at the time Dr. Swinney was the area superintendent over Bullard?
A Bullard.
Q The Bullard area, right?
A Yes, sir.
Q Okay. Is -- to your knowledge, is it standard district protocol for the area superintendent to inform a principal of a transfer, the principal then informs the person being transferred?
A The only -- the only call I've ever gotten, you know, prior to that one was when I was announced that I was going to Bullard and that was done by HR.
Q So between the -- the time of the community meeting on the 11th and the time you were informed you

were being transferred, again, approximately a week later, right?

A Yes.

Q Was -- did you have any meetings in that time frame with Dr. Rivera or Dr. Swinney?

A I don't believe so. Dr. Swinney may have come out just -- I know she and Mr. Dess were coming out to -- to check the climate because that had been a concern about the division. I'm not sure what day it was, but there was a day when I think -- I think it was prior to the meeting, but it was before my announcement that they, Dr. Swinney and Dr. Dess -- or Mr. Dess thought it would be a good idea if I just made a comment to the staff at our staff meeting that, you know, just stand in front of them and speak to what I had done and why we were doing that. And -- and then they wanted to talk with the staff without Dr. Moore or myself in there.

When I stood up there and best as I could said that I was doing that for them, there was never meant to be any infringement on anyone's beliefs. That's why we had kept it voluntary. I would not do that. Basically, I apologized for the stress that it had caused. And we walked out based on the -- because teachers can't -- can't not talk, Heather Clark stood

up and in front of Jeff Dess and Swinney and said, everybody knows I started this; I am friends with Chris Ragsdale, and we are friends at church and that's why this all got started.

And when I heard that I -- I, you know, kept doing my job, but it -- it was hurtful.

Q Did you feel like the community meeting had helped?

A No, I think it inflamed.

Q Did you feel like the community meeting was a good idea at the time?

A I didn't -- I didn't think it was a bad idea, but I felt like, you know, at first when the discussion first came about with Rivera, he wanted it done at night and I remember Dr. Moore and I both going, no. What if -- because parents are crazy sometimes. But we would have police officers there, campus officers there. And then they thought it probably would be best to do it during the day and there was a campus officer on campus at the time.

MR. BACHMAN: Let's take a break for a second.

\- - -

(Whereupon, a break ensued.)

\- - -

BY MR. BACHMAN:
Q All right. Ms. Cole, before lunch we talked a little bit about you being informed that you were going to be transferred at the end of 2015-2016 school year, and I wanted to ask some more questions about that. It was Dr. Moore that you learned that you were going to be transferred?
A Yes.
Q Okay. Did she tell you a reason you were being transferred?
A No.
Q Did anyone at the district give you a reason why you were being transferred?
A No, sir.
Q Did Dr. Moore tell you whether or not she was involved in the decision to transfer you?
A She was not. Well, I infer that because she was surprised.
Q And is that because she told you she was surprised or you just inferred it?
A No, she told me. She was -- she was in a state of shock because she did not see it coming.
Q When -- when Dr. Moore told you that you were being transferred, did she also tell you where you were being transferred?

A She said that Dr. Swinney had informed her, that she had just found out, and at that point it would be to be determined as there were no openings.
Q So the first message you got from Dr. Moore was, you're being transferred, we don't know where?
A Uh-huh. And I said, is this going to be a TBD? And she said, yes. And -- and that -- at that moment, I -- I can't even describe because we all know when someone is TBD, unless they're coming in from another district, there's some drama somewhere, unless there's a trade, you know, they trade out all the time. But that was -- and that hurt.
Q I think this is intuitive, but when you say, "trade," you mean just assistant it's just a principal from one school --
A Will go to another to get new experiences, yes.
Q So from your perspective, the fact that there was not -- you were not told where you were being transferred, there's a negative connotation associated with that?
A Yes.
Q Okay. When did you learn where you were being transferred?
A Probably a few hours later, Dr. Brazil

called. She was the area superintendent down at Mableton, in that area. And she called and said, I want you to know I have -- I know you're surprised. I have picked you up because I had an allotment nobody knew about, so you will be coming to Mableton.

Q Did you know -- did you know Dr. Brazil? Was it Brazil?

A Brazil, uh-huh.

Q -- prior to -- prior to her call?

A She was the principal at Vaughan.

Q Okay. Back when you taught there?

A Back when I taught there, yes.

THE COURT REPORTER: Can you just give me a minute and let me change my mask --

THE WITNESS: Sure.

- - -

(Whereupon, a short pause in the testimony ensued.)

- - -

BY MR. BACHMAN:

Q Okay. So Dr. Brazil called you and I think you -- the word used was "allotment." That she had an allotment. What does that mean?

A When -- when in the -- in the spring, at about that time, we -- the central office, I believe, has the allotments before we do because they're

looking -- verifying how many teachers based on the number of students, how many assistant principals you get. And she knew that they -- the numbers at Mableton had gone up enough to warrant a second assistant principal.

Q Okay.

A It just had not been released. I don't think we had had her allotments yet.

Q And so the same day you were told you were being transferred, you were later that day told that you would be transferred to Mableton?

A Yes. She did ask if I accepted it and to let her know. She would give me time to think on it. I -- but I had to let her know by first thing the next morning so she could notify Mr. -- Dr. Rivera and I don't know who else. She said another name, but just to verify.

Q Was it -- was it your understanding that the choice being given to you was whether or not to accept the transfer to Mableton as opposed to given a choice about whether or not to stay at Bullard?

A No. To me it was, you're going there. You might want to look somewhere else. That was not -- that was how I took it. That's how I took it. To me it was not the choice of staying at Bullard.

Q Okay. That was really what I was trying to ask is, did you understand you were given a choice about whether or not to stay at Bullard?

A No.

Q Okay. Did you call Dr. Brazil back?

A I did the following morning.

Q What --

A And accepted the position.

Q Did you make any inquiry to Dr. Brazil or anyone else whether there were other options of schools you could be transferred to?

A No, at that time I did not.

Q Did you later?

A No. I was still in a state of shock and -- and just emotional turmoil. It didn't sound to me like I had a choice since I had not even had a conversation with anybody.

Q Did you ask anyone at the district level why you were being transferred?

A Not at the district level. I know I asked Dr. Moore and she said that Dr. Swinney had not been given a reason and so she didn't know. We just thought -- and then I just assumed it was from all the -- just all the drama that went along with that time.

Q Were you told by anyone who made the

decision to transfer you?
A No, sir. I was told that -- not on that night, but I was told that after the phone call, I believe it was before the meeting with Rivera, it could have come after, that he got a call and came out of his office into, I guess, an area -- I'm not familiar with their offices -- where there were other -- other people, and said, I've had it with Bonnie Cole. This is ridiculous. It needs to stop.
Q Who -- who reported that to you?
A Dr. Swinney.
Q Did Dr. Swinney -- Swinney tell you whether Dr. Rivera was talking to anyone in particular when he made that statement?
A She said he was headed toward her office to ask her about -- I don't even remember what, something that he had just found out about. I want to say it was something so ridiculous it just sent him, like, you know, that I was walking around with my prayer beads and smoking -- or having incense around me.
Q Do you say that to hyperbolic or is that really the type of rumors that were --
A No. Those were the type of rumors that -- that was -- were relayed to me of things that were happening. And it was either that or it was the -- it

was the meditation that, you know, during the morning announcements, which -- it was one of those two things.

Q When did Dr. Swinney tell you that?

A It would have been -- you know, actually I think it was before his meeting because she said that's what finally made him decide to come out.

Q Was there some type of announcement made to the teachers at Bullard about the fact that you were going to be transferred or were transferring at the end of the school year?

A The following morning, which is typical practice of the -- of someone that's leaving the school, the principal makes an announcement that the, you know, whoever's leaving, administrator's leaving, is leaving before the teachers read about it in the paper or in the board highlights. I was not there. I did not go to school that day.

Q Was that -- is that communication -- was that communication done in writing or verbally to the teachers?

A I can't remember. I honestly don't remember. Usually, at the time, if you can get them in there early enough, it's verbal, but if not it is written, but I don't know.

Q Why -- why were you not at school that day?
A Because my heart was broken and I just could not do it.
Q How --
A I'm sorry.
Q That's fine. How long did you stay out of school?
A I went back to school the following Monday, and so I would guess that's around the 20th. I'm just kind of guessing on my -- because the board met on Thursday, and I went to school the following day. And I remained at Bullard until the -- I think I came the Monday after spring break or the 12th, I think was my last day, and I came and got things ready for the Milestones.
And then I, at that time, had already been seeing my doctor and just was too -- I was afraid to go out in the hallway because I didn't know -- like I said, I didn't know where Mr. Daniel might be or his wife. I did not know which teachers had been apart of it. Teachers who I knew, who I felt in my heart were not a part of it, I think didn't know what to say to me because nobody came and talked to me. And I don't mean to sound like a petulant child. It just is the way it is. And I was unable -- I knew I was unable to

do my job effectively, so that's why I had gone to the doctor, and that began my FMLA.

Q So Spring Break is different than it was, I hate to use this phrase, when I was in school. Is it -- is Spring Break kind of late March-ish now or?

A It's first -- usually the first week of April, and I think it was that year too.

Q Did you express concerns to anyone at the school or the district about being verbally or physically attacked by the Daniels or anyone else?

A I did talk about with Dr. Swinney, Jeff Dess. I think I even spoke to John Adams. I think it may have been a comment because I said, I don't -- I'm scared to go out there. And he said, I understand.

Q Did any of those folks offer any solutions or accommodations?

A No, sir, other than to go home for the day, and that was the day of the meeting.

Q Did anyone threaten you physical harm about the mindfulness practices?

A Anonymously they did.

Q How do you --

A The owner of Breath of Life, Dora Locklear, had some messages from different anonymous callers, and making references that I was going to die soon,

I'd go to hell. They did have -- although the -- after the -- after it went public, people would call anonymously and send letters in the mail to the school, which I did not know about for a little while. Some in support. Some were just telling me that, you know, the wrath of God would strike vengeance upon me in some way. They kept a lot of those from me. That, you know, I was sinner. That I had no business with teachers, I was no better than a pedophile -- or students. I was no better than a pedophile. But they were all anonymous.

Q When you mentioned they kept then from you, what -- who --

A The secretary only spoke with Dr. Moore about it. They did not tell me as they were getting them.

Q Did you go to either the police or campus security with any of these threats?

A No, because there were never any like times or plans, you know. The only time campus police ever came was to watch the footage that we had of the -- the women walking around the school with their bibles and their children.

Q When did that happen? Just and -- I guess --

A I would say prior to the -- I don't know. Honestly, I don't even know. It was -- they -- they came. We knew there was rumor on Facebook that there would be a pep rally -- a prayer rally and -- formed by group called Moms with Swords. So a Christian group, I guess. I recognized, you know, with the video cameras we cannot hear. We can just see. I recognized one mother and her children and then two other women and their children. But they walked around -- so you can see them at various points on the camera. They started at about 7:00 and it lasted 45 minutes. Our officer viewed that one.

And at one point, you see one -- one of them come to the front door of the school and hold her bible in one hand and put her hands up. There had been statements made in one of the -- one of the messages that they were going to come and rid the school of Buddhism. Then you see her leave the camera angle, and she goes to the right, which is right near our windows. And we can't see then, and she comes back and does it again.

And then the following morning, a teacher came in and told us that -- I had my blinds closed, and a teacher came in and reported that they were two women at my window with their hands there -- I don't

know what -- nobody knew what they were saying, and they left when the bell rang. And sure enough, there were handprints all over the outside of the window that had not been there.
Q Were you aware that -- you knew these prayer rallies were happening realtime?
A We only heard only rumors and -- and -- like the day before. And it was supposed to be at 7:00 at night, so we didn't stay. I didn't stay. I don't think any of us were there. We just knew we could watch it on camera if they did anything.
Q So when you refer to 7:00, you mean 7:00 p.m.?
A P.m., I'm sorry.
Q That's fine. I just --
A Yeah. 6:00, 7:00 p.m. Somewhere around in there.
Q In the evening as opposed to the morning?
A In the evening, uh-huh. But now the two women were 7:15 a.m. They were there around then.
Q So after spring break of the 2015/2016 school year, you went on FMLA leave?
A Yes, sir.
Q Through the rest of the school year?
A Yes.

Q Why were you on FMLA leave?
A I went to a counselor and after -- after speaking -- after my doctor put me on Xanax for just a short period of time. And I couldn't -- you know, you can't take that and be clear-headed at the same time. And so it would -- I would have panic attacks before going to school, and I wasn't effective, and I knew I couldn't sit there and cry all day as like I was doing at my house. But I went to -- my counselor diagnosed me with PTSD and felt like it was -- because I would just flip out at random moments.
He -- he felt it was in my best interest, especially since I had the days banked, to not be in that environment. To give myself time to heal from that environment. And so I was in contact with my -- my physician and with the counselors throughout that time. When it started -- I was planning to go back the day -- the first day the teachers weren't there where I'm still on contract ten extra days.
Q You mean at the end of the -- end of the school year?
A At the -- at the end of the school year, but they -- but I just -- I did not. I did not.
Q Had you ever been prescribed Xanax in the past?

A When my stepdad died I was prescribed four pills just to help get through that. He passed away in November. This past November. But not before that, I'm sorry.

Q Had you ever experienced panic attacks before the spring of 2016?

A Only one at a Georgia/Auburn game?

Q '97?

(Whereupon, laughter ensued)

A No. That was -- I don't even -- that would have been around 2003. It was before renovations to the stadium, and we were going one way and the concession lines were going across. And so everybody was just crowding up in the middle, and I passed out. That was my one and only panic attack prior to that -- prior to that time.

Q I don't mean to laugh, but that was the result of being crowded in as opposed to the result?

A Absolutely. Yes, yes. Now, sometimes I want to have panic attacks after a Georgia game, but, no. That was a result of the crowd for sure.

Q So which doctor prescribed you Xanax?

A Dr. -- he's gone now. Dr. Dyer, D-Y-E-R And my -- he was my OB/GYN and then my -- that was early on the process. And when I went back to -- to see my

physician, I had a sinus infection, but she also prescribed Klonopin. And only did -- and I only took it like in really high-pressure situational times. But I -- that was just during that time.

Q So when -- when were you prescribed Klonopin?

A That would have been in the end of March. It was sometime -- I was still at work. And that's what helped -- that was one factor. I could only -- and I was on a very low dose, but I could only take a half of one just to keep me from crying. But I couldn't -- I just -- I was too afraid to walk around and do my job.

Q Was it after you had found out you were being transferred?

A Dr. Dyers was before and then -- and when we started realizing the crazy rumors, and then the Klonopin was after.

Q And I believe you mentioned you also were seeing a counselor during this time frame?

A Uh-huh.

Q Who was that?

A Last name Anderson, I think. It was -- and I have not seen him in a very long time. I only saw him a couple of times then. He's at East West -- he's

on Dallas Highway. I can't remember the name. It's in my paperwork, though, my FMLA.

Q Had you seen Mr. Anderson prior to March of 2016?

A No.

Q Were you referred to him by somebody?

A I was referred to him by someone at church.

Q When did you stop seeing Mr. Anderson?

A I stopped seeing him -- I saw him twice, and then he -- and then about two weeks after I stopped seeing -- well, we knew my husband's cousin had just gotten her counselor license and she was going to work for him, and so I found -- he referred me to Kristin Lloyd, L-L-O-Y-D, Moussa, M-O-U-S-S-A.

Q Moussa is her last name?

A Moussa is her last name, but she's Lloyd-Moussa.

Q Okay.

A But -- and she is actually the one -- we only saw each other a few times, but the belief had been, once I was out of that environment during that time, then -- then, you know, it would be a, come see me as you need it. And so she signed my paperwork, my FMLA paperwork, to return to work to Mableton.

Q So when was the last time you saw Ms.

Lloyd-Moussa?

A Gosh, I'd have to think.

Q And if it's just kind of in terms of a sequence, that's fine too.

A Yeah. It would have been in June -- July of -- before I went back on contract. So July of '16.

Q Since July of 2016, have you seen any other counselors?

A No, sir.

Q Have you taken Xanax since July of 2016?

A No, sir. Probably feel like I need to some days, but...

Q What about that Klonopin?

A Klonopin, no. They don't even prescribe that anymore because of the insurance regulations, but I haven't asked for it. They just told me.

Q Have you been prescribed any --

A I am on Lexapro, which is an antianxiety -- a common antianxiety medication. My -- Dr. Dyer put me on that after my hysterectomy in 2013, so I'm still on that.

Q Was that related to the hysterectomy or was it just --

A Hormonal. Do you understand -- it's just hormones, hormonal regulation.

Q That's fine. I guess what I was just trying to ask, was the -- did -- the prescription was related to the medical procedure?
A It was not related to the medical procedure, but the after effects of going into menopause.
Q Have you remained on Lexapro ever since?
A Yes.
Q Since July of 2016, have you been prescribed any other medicine for mental or emotional problems?
A No, sir.
Q Did you feel like you could have returned to Bullard at the beginning of the 2016/2017 school year?
A As much as it had been my home since 2004, my work home, I -- I don't think so based on the fact that I had lost trust in the leadership of the county.
Q When you transferred to Mableton, did it effect your salary at all?
A No, sir.
Q Did it effect your benefits at all?
A No, sir.
Q Is it a further distance from your house than Bullard Elementary?
A Oh, yes, sir. About two-and-a-half, three times the distance.
Q So how long would it -- and I understand

traffic's --

A Traffic -- on an average day it took me about 15 minutes to get to Bullard.

Q Each way?

A Each way. Usually 20 in the afternoon, but 15 --

Q And how does it --

A -- in the morning. And to Mableton, it's anywhere from 45 minutes to an hour in the morning and it's 55 to an hour and 15 in the afternoons.

Q Are the hours that you work generally the same at Bullard as they are at Mableton?

A Contract hours are the exact same, but the amount of work I have to do at school and at home is -- has increased by probably an extra two to three hours a day, if not more at sometimes.

Q Why is that?

A It is just a different population of kids. We have a lot more behaviors to deal with, and don't have time to do things during the day that would make our afternoons easier. But we -- reports have to be run. We have to help with scheduling. That, you know, it's -- we are a very transient school. We're transient -- Mableton is -- with teachers and with students. So just a lot of extra work.

Q But you think you've worked two to three more hours a day pretty much every day?
A Pretty much. This has been tough this year because we have new -- we have new staff members that -- in the clerk's office, so, yes.
Q Has anyone at Mableton commented to you about the mindfulness issues at Bullard?
A Yes. Most have been in support. I will say that the new buzzword instead of being mindfulness, it's now social/emotional regulation, which is the same thing. You identify what's happening and then you -- you are able to work through -- find strategies to help you work through that. And so we did have -- I had some supportive comments, but the -- the principal has been very careful in how things are presented or what things are said or keeping me out of social/emotional just -- just to avoid any conflict.
Q Who's the principal at Mableton?
A Pamela Cain, C-A-I-N.
Q To your knowledge, since you transferred to Mableton, have you gotten or received any -- well, let me ask a different question. When -- when you were told you were being transferred to Mableton, did any parent, teacher, reach out to you in a negative to say something along the lines of, we've won, you lost?

A Not to me directly, no.
Q Did you hear that that message was --
A You know, it was a lot on Facebook, but by that point I had taken myself off, but well-meaning friends screenshotted the, you know, things to me and I just got to where I couldn't read it.
Q To your knowledge, did anyone at the district level make any comments like that?
A No, sir.
Q Did you complain about being transferred to anyone at the district level?
A No, because I thought it was just -- I mean, I was hurt and I thought it was as done deal. I wasn't -- I had no conversation. I assumed the reason why they moved, but I wouldn't have known who to reach out to anyway. I couldn't get answers on why we weren't remaining neutral and supportive, so I didn't think anybody would give me answers on -- on the other.
Q Did you ask anyone at the district to send out an e-mail in support of you?
A No, I just asked them to defend me. I didn't ask anyone to send any e-mails out for me.
Q Did you do any interviews with any media outlet regarding the mindfulness at Bullard?

A No, sir.
Q Do you still talk with some of your old colleagues at Bullard?
A Dr. Moore. Just a few that were on Facebook still, but we don't discuss what happened.
Q Have you gotten any reports about the environment at Bullard and whether there's still --
A No. I don't even ask that question --
Q Okay.
A -- you know, it's --
Q Were you able to begin the 2016-2017 school year on time?
A Yes, sir.
Q Okay. Have you had to take any time off since the beginning of the 2016-2017 school year because of emotional issues?
A No.
MR. BACHMAN: Do you have the stickers? Thank you.
(Whereupon, Defendant's Exhibit No. 1 was marked for identification.)
BY MR. BACHMAN:
Q So, Ms. Cole, I'm handing you what I've labeled as Exhibit 1. Do you recognize this document?

A Yes, sir.
Q Okay. Are these handwritten notes that -- that you made?
A Yes, sir.
Q When did you make these notes?
A Just started when I realized how difficult this was going to be in March. I just went to the back of the notebook and started writing.
Q In some of these, like the beginning --
A Uh-huh.
Q -- Chris Ragsdale, dash, superintendent, church friends with Brian and Heather Clark. Were those comments that somebody made to you?
A Heather Clark did.
Q And did you make the notes contemporaneous with the conversation?
A I don't know that word. I'm sorry.
Q That's okay. Did you write it down as she was talking to you?
A No. That was -- this probably written after she told Dr. Moore why she -- why he sent the e-mail.
Q Okay. Were these all written -- and when I say "these," all of the pages of Exhibit 1.
A Uh-huh.
Q Were they all written at the same time?

A No.
Q Okay. So if we look at the first page, for example, maybe a third of the way down there's an asterisk and it says, meeting on 3/11. Do you see that?
A Yes.
Q Okay. That was a meeting looks like with at least --
A That was Ms. -- that was with Dr. Rivera.
Q Okay. And, again, were these notes you took during the meeting?
A No, it was right after.
Q Okay. So --
A I actually was taking notes, but then I -- like on a sticky note, and this was just part of it, but then I -- I wrote them.
Q Okay. So the -- all of these notes were taken shortly after the meeting --
A Yes.
Q -- that the statements were said?
A Yes.
Q Okay. So if we look at the -- the second page of Exhibit 1. Are these -- are these still notes of the March 11th meeting?
A No, sir. This would be the day of the -- of

the community meeting.
Q And this was -- this was reflecting a conversation that you had with John Adams?
A John Adams, yes.
Q And it looks like -- well, the -- the -- looking about a fourth of the way down it says, why won't the district defend me, question mark. And then it says, no answer.
A He would not answer me. Jeff Dess was in there as well.
Q Did Mr. Adams literally say he -- I'm not going to answer that or did he just not --
A No, he just shrugged his shoulders. Except for the word, no. Will I be moved? No.
Q Okay. So when you asked will I be moved, he clearly said no?
A He did.
Q And when you asked him, why won't the district defend me, he simply didn't give any --
A And he shrugged and looked away. I was wrong on the date. I just see the date of the board meeting.
Q Okay. So where -- this is the -- March 24th?
A Yes, sir. This is where that one started.

Q Okay. So on the bottom of the second page where it starts saying, I was notified at 4:45?
A Yes.
Q That's -- that's different than the conversation above --
A Yes.
Q -- with John Adams?
A Yes. It is not the same conversation.
Q Okay. On the next line it says, I was being moved because Grant was angry about news coverage.
A That was what -- that was rumor. Or not rumor, that was comments made by some district-level people -- I don't know who they were -- to Dr. Swinney and Dr. Moore.
Q Was that relayed to you?
A Yes.
Q By Dr. Swinney?
A By Dr. Moore.
Q So when Dr. Moore first notified you about the transfer, did she -- is that when she told you that she had heard that you were being moved because Grant was angry about the news coverage?
A No, sir. That was -- this is me the next morning just trying to get in when I was -- when I was notified. That was not at the same time.

Q Okay. So going to page 3. At the top, it says, Board Chair, Randy Scamihorn does not refer concerns back to the school as he should.

Is that something that you felt, or was that something relayed to you?

A No, that's something I felt. Typically -- or some board members that I had had experience with in the past, when they received a parent letter or a concern, they would -- they would reply to please see the principal, talk it out with them. He, a lot of times, would come into the school. We saw e-mails for years, for a couple of years, where he said, if half of this is true -- that was a quote on one e-mail -- then something is wrong in that school.

But I only put that in there because David Gilreath was the -- the PE teacher, Kathy Wolfe's brother, that was neighbors with him. And I -- we -- I don't know who -- how we knew, but Scamihorn had received -- Dr. Swinney had said that Scamihorn had, you know, was not happy with what was going on at Bullard based on things he knew. And we assumed that it was through this man. I don't if we got any e-mails or not.

Q When you saw we, do you mean Dr. Moore?

A Yes.

Q So page 3 --

A Uh-huh.

Q -- is -- is it -- are these just kind of notes that you made about events that had happened in the past?

A No. This one was -- well, if you go down, I honestly don't remember why I did that at the top. This one was based on Heather Clark's speaking out to everybody, not only did she go to church with Ragsdale, but with Scamihorn too. And there had been talk that Brad Wheeler, another board member, was also there. But I never heard from him. Nobody ever mentioned his name.

MR. GREEN: Chuck, I'm sorry. Just to -- before we keep going on, I just want to ask something about these on the record. I want to say these don't have Bates numbers.

MR. BACHMAN: I think --

MR. GREEN: Have these been produced to us?

MR. BACHMAN: They were actually produced by you.

MR. GREEN: Okay. I just wanted to make sure, so -- but why do these --

MR. BACHMAN: I think the answer is the Bates number would have posted at the bottom --

MR. GREEN: Okay.
MR. BACHMAN: -- where the blacked area is. So it's covered -- I think the Bates number is covered by the --
MR. GREEN: Okay. I just wanted to be clear as to what we were looking at --
MR. BACHMAN: Sure.
MR. GREEN: -- and whether it had been exchanged, so.
MR. BACHMAN: Yeah, I --
MR. GREEN: I had seen these before. I just wanted to make sure --
MR. BACHMAN: That's fair enough.
MR. GREEN: -- we're all looking at the same thing or --
MR. BACHMAN: I printed these from y'all's production of documents.
MR. GREEN: Okay. Okay.
BY MR. BACHMAN:
Q And, Ms. Cole, just to clear, on page 3 when I used the phrase in the past, I guess I -- my -- what I was trying to differentiate between is, page 3 isn't a -- aren't notes from a conversation you had had that day or the past couple of days?
A No. These -- these were -- if you're --

and, you know, typically I did put dates on things, but I was just thinking, you know, as things happened I would write it down, and that's why.

Q Going to page four that starts, according to Patrice.

A Uh-huh.

Q And remind me because --

A Dr. Moore.

Q Dr. Moore --

A Yes.

Q -- which is what it thought. It says, Grant was warned that it could harm the school and community because I have the support of at least 99 -- 95 percent staff and community.

A Uh-huh.

Q That's what Dr. Moore told you?

A Yes.

Q And did she say who had warned?

A Jeff Dess.

Q And when it says, Grant was warned that it, what did you understand "it" was referring to?

A That when they were having a conversation on -- on I think it was -- it was not to move me -- I think that was part of the conversation, was we were afraid -- Dr. Moore was afraid they were going to move

me, and -- and I -- and they also wanted -- they were talking about the meeting too.

So I don't know the time frame. Dr. Moore would know, but at some point, I do know that Jeff Dess -- and he told me that too, he -- he said that the more -- that this was allowed to keep going, it would harm the school.

Q So page 4, again, is -- are these your kind of thoughts at the time looking back at the events that have occurred?

A These were -- some of these were thoughts, but there were also some that were a part of conversations too.

Q The distinction I'm trying to draw --

A Uh-huh.

Q -- and see if this makes sense is, you know, you can have a conversation with somebody and then either real time or immediately afterwards write down what happened.

A Uh-huh.

Q Or you can at some point in time, say, hey, I need to write down everything I remember about this from the past.

A Uh-huh.

Q Is -- which of those is page 4?

A Are we on the, according to Patrice?
Q Yes.
A Honestly, I don't -- I don't remember. Typically when we would meet -- because for a while it felt like we were meeting every day with somebody. I would go -- as soon as the meeting was over, I would go back and I would take these notes as soon as it was over.
Q If we go the last page of Exhibit 1, it's got, pair of blocks, Moms with Swords at the top. There's a couple names up there. Of course, we've talked about Heather Clark. Who is Kathy Wolfe?
A She was the PE teacher affiliated with Scamihorn.
Q And Melissa Vickers is who?
A She was a staff member that e-mailed a lot of untruths to the district.
Q About the types --
A About --
Q -- of things that were --
A Yes, yes.
Q Okay. Are you still working with the Breath of Life?
A No, sir.
Q When did you stop doing that?

A After I was moved to Mableton. I couldn't -- I didn't have time to do it anymore with the commute.

Q Where is the Breath of Life location where you where?

A It's Kennesaw on Shiloh. Like right off that interstate exit, 75 exit.

Q How far is that from Bullard?

A Probably about 25 minutes in the afternoons.

Q And how far is the Breath of Life from your house?

A About the same distance.

Q So if from school, after school at Bullard, you went to the Breath of Life, that would take you 20 minutes-ish?

A Uh-huh.

Q And then from the Breath of Life to your house, that would be another 20 minutes-ish?

A Yes.

Q Okay.

A Yes.

Q Did you hear an accusation that you had placed stones on children in an effort to heal them?

A Yes.

Q Do you have any thought about where that

rumor originated?

A I think -- I don't know. I don't know because it's ridiculous. My guess would be that people used some articles I put on the business page -- are about how women wear different stones, like amethysts or whatever to feel different ways or it calms them down or whatever. But -- which is all commonplace now. But I did not discuss that at school nor would I ever claim to have magic rocks to put on people.

(Whereupon, Defendant's Exhibit No. 2 was marked for identification.)

BY MR. BACHMAN:

Q So, Ms. Cole, let me hand you a document that I've labeled as Exhibit 2. And the thing about e-mail, if you haven't already looked at enough, is that it tends to be the oldest e-mails at the bottom --

A Yes.

Q -- and then if you work up the page it becomes more recent. So it looks like initially you e-mailed some individuals at Bullard on February the 25th, 2016 saying you couldn't meet after school because you had a commitment pop up?

A Yes.
Q Okay. And then at -- at the top, this part of the e-mail but it asked you a couple questions about --
A Uh-huh.
Q -- will you e-mail Katherine -- is it Philp?
A Philp, uh-huh.
Q Philp, okay. My mind wants to say Phillipe or Phillip, but there's not anymore I's. And you make the statement that I'm good, but so much drama in this building right now. It makes me want to cry or crawl in a hole.
What -- what drama were you referring to in that e-mail?
A At this point there were -- I -- I don't even remember this e-mail. I do kind of remember it. Heather -- no, it wasn't Heather. Somebody had said that a parent was not -- not happy with -- there was a teacher and a parent issue. That teacher was part of a team that were now doing a lot of in-fighting with each other and with the other -- other teams, and they were spreading rumors and -- and just causing dissention.
And it -- I took it very personally because we had been really working on collegiality. At that

time I was doing the breath -- going in to breathe with kids. And it is my experience after 21 years that the best way to get over stress is to get in there with the kids because that's what it's about.

Q At -- but at this point in time, February 25th --

A Uh-huh.

Q -- was -- were you aware of complaints about the mindfulness practice at the school?

A No, sir.

Q Okay. So the drama referred to in this e-mail had nothing to do with mindfulness?

A No.

Q What is mandalas, M-A-L -- M-A-N-D-A-L-A-S?

A Mandalas?

Q Yes.

A The way we used the term was as coloring pieces. Like with -- like a pattern of a flower with very intricate -- intricate design that the focus of them -- or the purpose of them in the coloring books was just to keep -- it just takes your mind off. It just is relaxing. So instead of calling them coloring sheets, we took what was -- because those -- those coloring books are everywhere, and they call them mandala books. And so that was the -- that was what

that was, and they are not religious symbols.
Q I'm just not familiar with the word. Is it the coloring itself that that word refers to or is it the patterns or?
A It's the -- it's just different patterns. It's patterns within a bigger design.
Q Who is Stephanie Hicks?
A She is a teacher.
Q Is she the one that designed your website?
A No, sir.
Q Did she create a resource site on mindfulness?
A She did. It was for parents if they needed to know kind of brain-based research activities that they could do with their students to help them calm down at home to be more focused, sleep better.
Q Was that part of the Bullard page itself?
A The page? It was -- there was a link -- or at the time there was a link to her computer lab. She ran that, the tech lab, and she would link to different grade-level activities and then that was added to it.
Q So it's a -- this was something you could get to from the Bullard webpage?
A Sure. And it was meant for parents, though,

but it -- yes, you could get to it from Bullard servers.

Q Well, and I guess what I'm just -- I'm just trying to, again, differentiate was, this wasn't her own website that she created?

A No, sir. No, sir. It was just a -- it mainly I think to give teachers and parents ideas of little simple things they could do.

Q Did you ask her to do that?

A No, sir.

Q Okay. Did you -- were you involved in her creating that?

A No, sir. She did it on her own. We approved it after she had said she had done it, because we didn't see anything religious in tone to it. That was always forefront in my mind was to make it not about the religion.

Q Were -- was your name referenced on that resource site at all?

A I do not know.

Q Was there any part of the -- the mindfulness activities that you felt were too religious or came too close to religion, and so you decided not to implement those at the school?

A Yes. Just sitting down and meditating.

Like a lot of the -- a lot of schools around the country and around the world, do have class meditation times where they sit very quietly. We did not do those. I felt like that would be a little -- a little too much. And it was a lot to ask of the teachers too, so.

(Whereupon, Defendant's Exhibit No. 3 was marked for identification.)

Q Ms. Cole, I'm handing you what's been labeled Exhibit 3. Unless I'm missing it, I don't see where you were copied on this e-mail. At least based on the recipients shown on the document.

A No.

Q Did you see this e-mail prior to the time you were informed of you being transferred to Mableton?

A No, sir.

Q Okay. Have you seen this e-mail before?

A Yes. I saw it when -- with the open records request. That's when I saw it.

Q The -- again, from a chain standpoint, delivery e-mail from Dr. Rivera to Ms. Swinney --

A Uh-huh.

Q -- purports to summarize a conversation from

a meeting with Dr. Moore and you?

A Yes.

Q Do you feel like Dr. Rivera's e-mail fairly summarizes the conversation as you remember it?

A I -- I -- there are not some -- there are some that are just not true in here. There are some things that -- that he states that had never happened, and we talked about that in the meeting. But a lot of them, it was me I think being hurt that these -- so many of this sounds like we're already doing it, so we better stop it. That was the exception I took to it when I read it.

Q Were you already working at Mableton when you first read this e-mail?

A Probably so. I think it took a little to get the -- get the records.

Q So what -- what did you feel like, or what do you feel like, Dr. Rivera is identifying as suggesting -- I don't want to put words in your mouth, but I guess what I understood you to say, he's suggesting things need to stop that weren't -- were not happening to begin with?

A I think -- I mean, and I get number one at the bottom of the first page. I understand what he's saying in that. I have no issue with that one except

I've never lead classroom lessons on yoga. None of D, no rocks, crystals, or other symbols. We -- that had never happened. Never had had that happen.

The -- on a side note, the Peaceful Piggy Meditation book was bought by the media specialist as a teacher resource, and I read it to three classes. And apparently it was written by a Buddhist author which I did not -- typically we don't look at authors, but nor did do some of things in it that are like for parents to do with their children. So that was never in circulation in the media center for parents. And teachers didn't even really know it was there.

If you go down staff on A, we had never done faculty meetings where there was mandatory meditation or quiet time. They did have a -- there was a teacher that taught yoga voluntarily. People could go if they wanted to, but that -- we never made anyone meditate. I never -- even though it says, although we have no evidence this occurred, you know, why wasn't this part of the -- I've never done these things, and there's no evidence of it. So why was it not -- was I not defended? Let's see. That -- that's just it. It's just verbiage, I believe, is really my main issue, but it implies that things were happening that were not.

Q Do you know who Emily Rubin is?

A Yes, she is widely known as an autism trainer. She works a lot with the Marcus Institute, it's an Autism Center here in Atlanta. She's a -- she is widely respected, and she did come to our school to do some trainings.
Q Do you know her personally?
A No, sir.
Q Were you aware that -- it looks like someone at the district reached out to her about the mindfulness practices at --
A Not until I saw the e-mail. And I don't remember if I saw it in open records or if it was forwarded to me. I don't know if that would be in there, but, no, I was not.
Q It looks like it was forwarded to you --
A Okay.
Q -- but I was just really curious about whether you -- you had any direct interaction with Ms. Rubin?
A No, sir.
Q Okay. Who is Heather Pawelkiewicz?
A And now I can't say the name. But, yes, she is a speech teacher.
Q So it's P-A-W-E-L-K-I-E-W-I-C-Z. She's a speech teacher at Bullard?

A Yes, otherwise known as Ms. P.
Q What about Cindy Beasley? Do you know her?
A She is, I believe is an autism trainer at that time, or was an autism trainer in the county. But I don't -- I just know her name and I've met her, but just in passing.
Q Okay. What about Bobby Jo Valenzuela?
A She was a Bullard teacher and left to go work with Emily Rubin.
Q Do you know who Adam Glass is?
A Yes, sir.
Q Who is he?
A He was a parent whose child was in Heather Clark's room, but he was the president of the school council, which is a separate entity from PTA.
Q What is its role?
A Its role -- it was created, I want to say with Roy Barns as governor, and it's to provide a platform for -- you have the principal, you have repres -- like business partner reps, parent reps, and teacher reps to discuss needs of the school.
Q Do they have any -- do they have any official power at the school?
A No, sir.
Q And just maybe some influence or --

A Their input is valued and taken into consideration, but it's mainly so that they can be -- be advocates for the school out in the community. And at the time I think this whole -- it was a bill or a law or something and it was done to hold schools accountable to those stakeholders.
Q So how does one get appointed to the school council?
A You -- you -- when they -- I think they renew every two years, and you are nominated or you volunteer. And then there's -- there's more than one person in that category you voted on by the parents and staff.
Q How many members were there at Bullard's school council in 2016?
A I don't know. I was not on the school council.
Q Is it a -- is it a -- is it both parents and teachers that are on the council?
A Yes, sir.
Q Okay. Did you know Mr. Glass?
A I did not know him personally. I just knew who he was.
Q Did he have kids at Bullard?
A He had -- I think he has one daughter, but

she was in Heather Clark's class that year.
Q Did you make any comments on a Facebook page, either a business or a personal one, about being treated unfairly at Bullard?
A No.
Q Did you feel like Dr. Moore supported you throughout the --
A Yes.
Q -- process?
A Yes.
Q Did you feel like anyone at the district level supported you in the face of the parent and teacher complaints that you referenced?
A Do you mean anyone in the district like leadership, like in the cabinet, executive cabinet?
Q Sure. Let me -- that's fair. Let me be more specific. I mean anybody at the district level who was in your chain of command. In other words, people who --
A Yes. Other than -- other than Dr. Swinney, no.
Q There's a statement made in your lawsuit that Bullard Elementary is a higher performing school than Mableton Elementary. Do you agree with that?
A Yes.

Q What do you base that on?
A Georgia Milestone data and data from the different county-provided assessments. The level of socioeconomic -- well, the amount of socioeconomic dependents are fewer at Bullard than they are Mableton.
Q Sorry. I just didn't hear what word you used, fewer?
A Fewer. There are -- there are -- I would guess that when I left there were around 20 percent, that number may have gone up, of free and reduced lunch students at Bullard, and there are around 86, 88 percent at Mableton, I believe. That correlates in research with academic progress and achievement.
MR. BACHMAN: Okay. Let's take a break.
- - -
(Whereupon, a short break ensued.)
- - -
BY MR. BACHMAN:
Q Ms. Cole, I just have a few more questions for you. Would you agree that, whether fair or not, you became the focal point for the parents' complaints about the mindfulness practices at Bullard?
A Yes.
Q Do you feel like those parents' complaints

and the conflict it created would have existed as long as you remained at the school?

A Can you repeat --

Q Sure.

A I'm sorry. I was listening and then I --

Q Yeah.

A -- my train of thought --

Q Do you feel like those parents would continue to create conflict as long as you were an assistant principal at Bullard?

A My guess is if -- if I wasn't gone, then it -- it would have had to have been Dr. Moore. Not us together.

Q You talked a bit earlier about panic attacks and some of the medicine you were prescribed. And so I don't need to recover that territory, but are there other ways that the decision to transfer you to Mableton affected you emotionally or mentally?

A Yeah, it really did from the beginning. I think when things started getting -- I didn't understand why Heather Clark would send the e-mail, or her husband, in the first place, but then it just kind of started skyrocketing, you know, just -- just going. And I mean, it -- it took me to a place that -- I thought I was like the lady on the depression

commercial. And I would just sit and cry.

My husband didn't know how to deal with that. He's a -- he's a great husband, but he, you know, you can say to your spouse all day long, don't cry, don't let that get to you, but it -- it doesn't help. I would not go into Kennesaw or Super Target in Kennesaw, places where I thought parents might be, I was afraid. I was ashamed. My character had been questioned. My, you know, who I am from people that I've known for so long. I quit -- I didn't want to eat. I couldn't sleep. I was -- I was a mess, and that continued for a long time. I just remember vividly hiding behind the banana section at -- at Publix, seeing two -- two teachers, but I didn't know where they stood in the whole matter. I became paranoid. It was awful. It truly was absolutely horrible.

And then when you read things about you on, you know, in the papers that are not true, and -- and I understand. As a leader, I understand that we don't comment on -- on personnel issues, but it just was so out of control that I felt like I was a laughing stock.

Well-meaning friends from other schools who were administrators told me they had to stop some

gossip about me having kids pay me to give them magic rocks or put their rocks on them or -- and teachers. And I've never done those things. I mean, it called in my, you know, that was an insult to my ethic -- my ethical beliefs about what I do, and I take pride in my job. And instead of being confident, it -- I kind of tucked into my shell.

But also at the same time, once I was out, you know, when I was on my leave, I started walking a lot. And just kind of -- I didn't have -- I didn't feel like I had anybody to really talk to in the district just to even know why because I didn't think I would get the truth based on what I had -- what had -- on my thoughts on what had happened. But I'm also -- I feel one of my -- that part of my personality is that I'm not going to go somewhere and just be a negative Nancy and just, you know, just be that angry AP that, you know, just grows old and dies somewhere. So I, you know, I looked at it as this is what, you know, I have to do. I cannot be a principal, you know, that dream is gone.

I don't believe I could ever -- I would not be a principal in Cobb because I don't trust the leadership, and that makes me sad. But at the same time, I -- you know, you asked earlier, did you pursue

any other jobs while you've been in Mableton? And I haven't because the story just would follow me. It just follows me. And, you know, every now and again, I'm sure you're aware of the -- well, maybe you're not, but the unofficial Cobb County School Board page that's on Facebook, and we follow it just to hear the crazy things people say.

But -- but, you know, even this -- this past year, there was a mom who -- who I -- my name was not even mentioned and she started mentioning my name. And -- and -- I mean, it was just like, why are people doing this? This is two years later. And -- and she -- I think she was on school council that year. Not 2016, I don't know, but I think last year at Mableton. So my second year, and they asked her to take it off and -- because of her position on the council. So it's still going on, and it doesn't make me feel any better. But I'm to the point now where I know, you know, I have to do what's right for kids and that's my why, that's why I'm in it.

Q One of the things you mentioned was going out to Publix or Target or somewhere and seeing a parent and not knowing where they stood. Is that because parents would break down into one camp or -- or the other?

A I felt like for the most part the majority of the parents were very supportive of me. They knew me. They remembered that they had known me. And it -- but, yes, it was very much -- it was very much one side or the other. And it was that way with teachers too.

I was at the -- I took my daughter to the orthodontist and the brace bus always comes and gets kids from Bullard. So when she was there, nobody was in the -- in the waiting room, and when we walked out, it was full. But I didn't even see people's faces. It just scared me because I thought, what parent's sitting in here and do they know who I am. And that may sound irrational. And to me on -- now it does, but when you're in the throes of that it's -- it's hurtful and debilitating at times.

Q Were -- were people pretty emotional about it?

A Yes, yes.

Q What's the brace bus?

A The braces bus. That's like Depew Orthodontist will bring -- the parents sign permission for them to come pick the kids up from school and it's in a Humvee. And they -- or not a Humvee. What do you call those -- whatever they are. And they -- it's

got braces on the side, and then they drive them and do their orthodontist appointment and then drive them right back to school.

Q I'm sorry. It's not relevant. It just caught my attention.

A I know.

Q A marketing technique.

A I don't even know why I threw that in there.

Q It's a marketing strategy for a dentist.

A It's a great marketing strategy. And I think, too, as far as what hurt me personally and professionally was these were parents who I knew were talking to their children. And those kids at Bullard knew me. I was in the halls. I was outside. And -- and I didn't -- it just made me sad that -- that -- I don't know. It was that minority of a few that just were horrific.

Q Did you feel like those parents were poisoning their -- their kids against you?

A I did. I did. Well, I didn't know that, but that's what I thought, you know. I didn't talk to the children. They didn't say hi to me anymore in the hallway.

MR. BACHMAN: I don't have any further questions.

DIRECT EXAMINATION

BY MR. GREEN:

Q Okay. I just have a couple, and really there are just two. You talked a little bit before in the beginning about some of the things or some of the reasons that you had implemented some of the mindfulness practices or mindfulness activities at Bullard. Did those activities have an effect on the students' behaviors?

A Yes.

Q What was that effect?

A We tracked our fourth and fifth grade students from the '14-'15 year to the '15-'16, and in the -- we saw an overall decrease, I think it's 33 percent in those behaviors. We saw -- and the teachers attributed that when we met in our data teams to them being able to have those time to relax their brain. We also know that the one teacher in fifth grade that did something every single day had the test scores in the school that year.

Q Did you also see an impact with the teachers?

A Yes. For the most part, they became -- I think they -- they felt like they were empowered to do -- to do a little above and beyond academics to get

their kids refocused and -- and ready to learn.

Q And then a little bit later in the deposition today you -- I believe you were asked, and I'm paraphrasing, but you were asked something along the lines of whether you felt you could have remained at Bullard in the 2016-2017 year. Do you believe you could have remained at that school if you had gotten the support from the county that you felt you needed?

A Yes.

MR. GREEN: No further questions.

MR. BACHMAN: Thanks.

THE WITNESS: Thank you.

\- - -

(Whereupon, the deposition was concluded at 2:58 p.m.)

\- - -

E R R A T A S H E E T

I have read the within and foregoing pages pages and no changes are required.

This, the ________ day of _____________________, 2018.

___________________

BONNIE COLE

I have read the within and foregoing pages pages and the following changes are required:

Page ______ Line ________:____________________________

Reason: ______________________________________________

Page ______ Line ________: __________________________

Reason: ______________________________________________

Page ______ Line ________: __________________________

Reason: ______________________________________________

This, the ______ day of ________________, 2018.

___________________________

BONNIE COLE

Sworn to and subscribed before me,

this ______ day of __________, 2018.

____________________________________

Notary Public, Georgia

DISCLOSURE

STATE OF GEORGIA )
COUNTY OF GWINNETT )

Pursuant to Article 10.B of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia, I make the following disclosure:

I am a Certified Court Reporter and an independent contractor.

I was contacted to provide court reporting services for this deposition. I will not be taking this deposition under any contract that is prohibited by O.C.G.A. 15-14-37(a) and (b). I have no contract/agreement to provide court reporting services with any party to the case, any counsel in the case.

I am not disqualified for interest, personal or financial, under O.C.G.A. 9-11-28(c).

I will charge my usual and customary rates to all parties in the case.

This the 11th day of September, 2018.

*Janine Hohm*

Janine Hohm
Certified Court Reporter
No. 2580

CERTIFICATE

STATE OF GEORGIA )
COUNTY OF GWINNETT )

I, Janine Hohm, Certified Court Reporter, certify that the foregoing transcript is a true, correct, and complete record of the testimony given by the deponent, Bonnie Cole , who was first duly sworn by me; that I am not a relative, employee, attorney or counsel of any of the parties; nor financially interested in the action; that the said deponent and counsel in the presence of each other and before me did not waive the reading and signing of the deposition; and the original deposition under seal shall be filed with the Court by the attorney taking the deposition.

WITNESS my hand and seal at Snellville, Gwinnett County, Georgia, this the 27th day of September, 2018.

Janine Hohm
Janine Hohm
Certificate No. 2580
CCR SEAL

### 1

**1** 111:21,25 112:23 113:23 121:9

**10** 54:12 86:1

**100** 25:11

**11** 16:6 38:17

**11th** 54:17,18,20 56:6 71:23 73:8,17 74:3 78:6 79:25 80:5,11,20 81:12 87:25 113:24

**12th** 97:13

**13** 21:8

**13th** 70:22

**14** 21:8,22

**14-'15** 142:13

**15** 30:11 34:16 108:3,6,10

**15-'16** 142:13

**16** 106:6

**17th** 86:18,22

**18th** 86:18,22

**1989** 6:22

**1990** 6:24 7:12

**1998** 6:17 7:14 22:15

**1:00** 71:24

**1st** 54:17,19

### 2

**2** 44:4 123:12,16

**20** 108:5 122:14,18 135:10

**2000** 13:18 38:16

**2003** 43:5 49:5 53:23 103:11

**2004** 7:5 43:5 107:13

**2004/'05** 13:20

**2005** 12:15

**2006** 9:21,24

**2010** 38:17

**2013** 21:22 106:20

**2014** 24:15,24 39:1

**2015** 15:8 16:4 18:25 20:4,13,20 24:24 26:23 29:9 37:3

**2015-2016** 25:4 26:20 32:13 71:10 90:4

**2015/2016** 101:21

**2016** 9:15 10:4,11 42:2 55:17 103:6 105:4 106:7,10 107:8 123:24 133:15 139:14

**2016-2017** 111:11,15 143:6

**2016/2017** 107:12

**20th** 97:9

**21** 125:2

**24th** 114:24

**25** 122:9

**25th** 123:24 125:6

**29th** 41:15 42:2,10, 24 43:7 50:21

**2:58** 143:14

### 3

**3** 116:1 117:1 118:20,22 128:8, 11

**3/11** 113:4

**30** 30:10

**33** 142:14

### 4

**4** 120:8,25

**40** 30:10

**41** 17:5

**45** 100:11 108:9

**4:45** 115:2

### 5

**55** 108:10

### 6

**6:00** 101:16

### 7

**75** 122:7

**7:00** 100:11 101:8, 12,16

**7:15** 101:20

### 8

**86** 135:12

**88** 135:12

**89** 6:24

### 9

**95** 119:13

**97** 103:8

**98** 7:16

**99** 119:13

**9:00** 56:25

**9:44** 4:2

### A

**a.m.** 4:2 101:20

**ability** 6:5

**absolutely** 74:4 103:19 137:16

**academic** 19:19,20 135:14

**academics** 142:25

**accept** 93:19

**accepted** 93:12 94:8

**accommodate** 5:20

**accommodations** 98:16

**accountable** 133:6

**accurate** 6:6

**accusation** 122:22

**accusations** 53:6

**achievement** 135:14

**acquaintance** 57:11

**act** 77:16

**active** 60:4

**activities** 19:15 40:11 76:10 78:12 79:6,9,16 126:14, 21 127:22 142:7,8

**activity** 67:3 76:25 84:7

**Acworth** 21:6

**Adam** 132:10

**Adams** 49:18 50:12 54:21 58:6,17 59:19 61:5 63:15 64:14,15 65:2,6 81:23 83:2,5,18 98:12 114:3,4,11 115:7

**added** 23:12 126:22

**additional** 26:21 34:3

**address** 70:3 80:17

**addressed** 15:14

**adjust** 19:19

**administer** 38:9,20

**administrative** 9:9

**administrator** 9:10 13:11 68:5

**administrator's** 96:15

**administrators** 15:20 137:25

**advocates** 133:3

**affect** 6:5 15:9

**affected** 136:18

**affiliated** 121:13

**afraid** 78:19 97:17 104:12 119:25 137:8

**afternoon** 40:23 108:5

**afternoons** 108:10, 21 122:9

**agency** 82:10

**agenda** 61:4,8

**agree** 15:2 65:14 134:24 135:21

**agreed** 57:6 58:19

**Agreements** 30:1

**air** 5:7 44:17

**AJC** 81:18

**Alabama** 7:12

**alleviate** 15:11 26:6

**alligator** 74:19

**allotment** 92:4,21,22

**allotments** 92:25 93:8

**allowable** 35:11

**allowed** 59:21 68:8 120:6

**amethysts** 123:6

**amount** 108:14 135:4

**amped** 85:25

**and/or** 8:18 27:8

**Anderson** 104:23 105:3,8

**angle** 52:7 100:19

**angry** 57:6 59:22 115:10,22 138:17

**announced** 87:22

**announcement** 56:1 62:3 80:14 88:12 96:8,14

**announcements** 30:23 31:1 55:5 96:2

**announcing** 27:20

**anonymous** 98:24 99:11

**anonymously** 98:21 99:3

**answers** 5:5 110:16, 18

**antianxiety** 106:18, 19

**anymore** 66:18 106:15 122:2 124:9 141:22

**anyone's** 88:21

**anytime** 69:20

**AP** 20:9 138:18

**apologize** 47:18

**apologized** 88:23

**apparently** 130:7

**applied** 13:20,25 14:9,13

**apply** 13:6,16

**appointed** 133:7

**appointment** 141:2

**approaching** 33:10

**approved** 35:23 127:14

**approximately** 86:24 88:1

**April** 98:7

**archives** 35:21

**area** 7:13 17:13 20:19 71:11 87:6, 12,15,18 92:1,2 95:6 118:2

**article** 81:18

**articles** 82:13 123:4

**ashamed** 137:8

**assessments** 135:3

**assigned** 6:12

**assistant** 9:9,10,21, 24 10:6,11,14,23 11:1 13:20,23 14:9,18 48:6 49:8 55:23 66:5 82:15, 18 87:11 91:14 93:2,5 136:10

**assumed** 94:23 110:14 116:21

**assumption** 17:1

**asterisk** 113:4

**Atlanta** 7:13 131:3

**attack** 103:15

**attacked** 98:10

**attacks** 102:6 103:5, 20 136:14

**attempt** 61:7,9 69:12

**attempts** 48:7

**attend** 6:18 57:3,23 58:2,15

**attended** 6:20 21:5

49:4 61:22

**attendees** 62:16

**attending** 58:22

**attention** 19:11 66:6 141:5

**attitude** 70:10

**attorney** 4:20

**attorneys** 4:14

**attributed** 142:16

**Auburn** 6:20

**audiotaped** 59:2

**author** 30:2 130:7

**authors** 130:8

**autism** 131:1,3 132:3,4

**availability** 27:20

**average** 16:20 108:2

**average-ability** 16:19

**avoid** 109:17

**avoided** 72:13

**aware** 20:22 36:6 41:12 53:1 58:18 67:24 101:5 125:8 131:8 139:4

**awful** 137:16

**B**

**Bachman** 4:9,14 41:8,10,11 49:25 50:5 63:11 65:1 89:21 90:1 92:19 111:18,23 117:18, 20,24 118:2,7,10, 13,16,19 123:14 135:15,19 141:24 143:11

**back** 21:2,12 22:14 23:22 28:2,12 29:8 35:21 41:19 45:19 49:5 64:6 67:8,23, 25 68:4,11,21 70:15,16 72:4,5 74:8 92:11,12 94:5 97:8 100:21 102:17 103:25 106:6 112:8 116:3 120:9 121:7 141:3

**backdoor** 69:11

**background** 22:20 23:12

**bad** 89:12

**balloons** 32:23

**balls** 27:15,16

**banana** 137:13

**banked** 102:13

**baptism** 49:6

**Baptist** 48:16,23

**Barbara** 20:20

**Barns** 132:18

**Baroque** 26:10

**base** 135:1

**based** 15:9,22 16:20 26:11 43:17 47:8 56:15 58:2 59:7,9 64:18 68:9 72:18 83:9 88:24 93:1 107:14 116:21 117:8 128:12 138:13

**basically** 70:18 88:23

**basis** 84:10

**Bates** 117:17,25 118:3

**battery** 19:21

**beads** 95:20

**Beasley** 132:2

**began** 98:2

**begin** 74:24 75:15 77:9 111:11 129:22

**beginning** 9:10 16:1, 2,12 25:4,17 51:8 74:23 76:2 107:12 111:15 112:9 136:19 142:5

**behalf** 23:2

**behavior** 15:16 16:3

**behaviors** 108:19 142:9,15

**belief** 105:20

**beliefs** 88:21 138:5

**believed** 24:10 57:12

**bell** 101:2

**bellies** 44:24

**belly** 44:15

**benefits** 107:19

**bible** 30:22 31:14 100:15

**bibles** 99:22

**bigger** 126:6

**bill** 133:4

**bio** 66:2

**bit** 15:18 38:1 43:18 63:5 70:13 71:25 90:3 136:14 142:4 143:2

**bizarre** 66:12

**blacked** 118:2

**bless** 77:6

**blinds** 100:23

**blocks** 121:10

**blood** 57:21

**blur** 54:9

**board** 49:23 86:16, 17,20,21 87:9 96:17 97:10 114:21 116:2,7 117:11 139:5

**Bobby** 132:7

**body** 37:22

**boiled** 26:2

**Bonnie** 4:5,12 95:8

**book** 29:25 30:1,3 130:5

**books** 125:20,24,25

**bottle** 27:11

**bottles** 27:12

**bottom** 115:1 117:25 123:18 129:24

**bought** 130:5

**bow** 76:6

**bows** 75:12,14

**brace** 140:8,20

**braces** 140:21 141:1

**Brad** 57:9 117:11

**brain** 26:13 142:18

**brain-based** 15:1,7 20:23,25 21:19 22:2,11,22 24:4,6 25:5,16 32:14 33:2 40:6 51:14 74:15 126:14

**brains** 15:17 22:25

**Brazil** 87:5 91:25 92:6,7,8,20 94:5,9

**break** 5:16,19 28:1 33:11 41:5 50:3,6 89:21,24 97:13 98:3,5 101:21 135:15,17 139:24

**breakdown** 82:2

**breath** 37:7,14 39:13,25 42:8 44:14,21,22 66:2 98:23 121:22 122:4,10,14,17 125:1

**breathe** 33:25 42:7 44:4,10 45:2 66:20 125:1

**breathing** 32:22,24 33:6 46:24

**Brian** 41:8 64:1 112:12

**bring** 140:22

**bringing** 24:9

**broken** 97:2

**Brookstone** 68:25

**brother** 68:21 69:5,6 116:17

**brought** 21:15 66:6

**Brown** 13:22

**Bryant** 11:24 12:1,6 21:1

**Buddhism** 53:3,5 100:18

**Buddhist** 130:7

**budget** 21:4

**building** 25:11 53:10 68:9 72:21 82:3 124:11

**Bullard** 9:13,15 10:1,2,7,12,20 11:1,13,17,19,23 12:9,13,16 13:3,5,9,16 14:10,18,22 15:7,13 16:4,10,16 18:25 20:7,14 22:3 23:5,22 25:6 26:22 29:12 32:16 39:8 40:7,12 41:14 42:12,21 43:3 46:15 49:9 53:22 57:10 61:24 65:23 73:10 80:3,6 82:15,18,22 87:13,14,15,23 93:21,25 94:3 96:9 97:12 107:12,22 108:3,12 109:7 110:25 111:3,7 116:21 122:8,13 123:23 126:17,24 127:1 131:25 132:8 133:24 134:4,23 135:5,12,23 136:10 140:9 141:13 142:8 143:6

**Bullard's** 133:14

**Burnt** 48:16

**bus** 73:1 140:8,20,21

**business** 36:25 37:4,5 43:18 68:24 99:8 123:4 132:20 134:3

**buy** 30:3

**buzzword** 24:1,12 109:9

**C**

**C-A-I-N** 109:19

**cabinet** 134:15

**Cain** 109:19

**call** 55:13,14,22 86:16 87:21 92:9 94:5 95:3,5 99:2 125:24 140:25

**called** 4:6 9:9 19:25 29:14 32:18 34:2 42:6 45:14 47:1 55:1,2 74:13 77:15 87:2,4,5,8 92:1,2,20 100:5 138:3

**callers** 98:24

**calling** 82:5,7 125:22

**callout** 62:2

**calls** 63:6

**calm** 26:13 37:21 126:15

**calmer** 25:21

**calms** 123:7

**camera** 100:11,18 101:11

**cameras** 100:7

**camp** 139:24

**campus** 89:18,20 99:17,20

**card** 68:24 69:15

**careful** 68:5 109:15

**category** 133:12

**caught** 141:5

**caused** 15:13 33:10 79:15 86:12 88:24

**causing** 124:22

**cease** 76:9

**center** 37:7 39:13 57:2 130:11 131:3

**central** 50:13 92:24

**certificate** 36:21

**certification** 34:21 36:11 38:13,25 39:4

**certifications** 38:15

**certified** 7:10 20:25 34:22

**chain** 128:22 134:18

**Chair** 116:2

**chairs** 27:13

**change** 16:11 18:3,7,12 55:3 65:22 80:7 92:14

**changed** 9:18,21 16:11 17:14 80:16

**changing** 18:7,23

**chanting** 26:17 53:3

**chants** 56:17

**character** 137:8

**characterization** 15:3

**charge** 55:22 81:22

**charged** 64:23

**chat** 29:6 72:11

**check** 88:8

**child** 97:24 132:13

**child's** 73:2

**children** 15:10 16:15,17 19:14 20:11,12 45:22 47:2 53:2 56:17,19 57:10,20 60:6 68:23 82:4 99:23 100:8,9 122:23 130:10 141:13,22

**choice** 93:19,20,25 94:2,16

**choose** 32:21

**choosing** 51:13

**chose** 47:5

**Chris** 65:13 89:3 112:11

**Christian** 32:11 100:5

**Chuck** 4:13 117:14

**church** 45:23,25 48:14,15,17,18,21, 22,23 89:3 105:7 112:12 117:9

**Cindy** 132:2

**circulating** 56:14

**circulation** 130:11

**circumstances** 60:3

**civil** 71:2

**claim** 123:9

**clarities** 9:23

**Clark** 42:20 43:1,25 45:1,17 46:3 48:1, 8,12 51:16 52:4 53:17,22 66:11 67:23 68:2,13 70:25 71:4,7,10 82:9 88:25 112:12, 14 121:12 136:21

**Clark's** 41:17 45:9 47:19 57:11 117:8 132:14 134:1

**Clarks** 46:15 48:15 51:6,9

**Clarks'** 48:4 52:1

**class** 28:21 78:22 128:2 134:1

**classes** 32:20 34:17 66:18,19,20,22 72:25 130:6

**classical** 26:9,12,15

**classroom** 19:9 22:13,15 23:24 27:6 44:1 53:12 79:7 130:1

**classrooms** 24:9 28:13 67:4

**clear** 13:2 17:24 27:22 28:5 46:2 83:15 118:5,20

**clear-headed** 102:5

**clerk's** 109:5

**client** 38:21 39:23

**clients** 39:20

**climate** 51:23 88:8

**close** 14:6 16:5 28:2 127:23

**closed** 100:23

**cluster** 21:5

**coach** 39:14

**coaches** 37:8

**coaching** 37:10 39:17

**Cobb** 4:14 6:11,15 7:14,15 12:2,4 13:22 14:8,13 36:6 49:16 138:23 139:5

**Cole** 4:5,12,13 42:7 50:6 84:15 85:2 90:2 95:9 111:24 118:20 123:15 128:10 135:20

**colleagues** 111:3

**collect** 27:17 64:21

**college** 6:18 38:3

**collegiality** 124:25

**color** 29:23,24 53:2, 5

**coloring** 76:9 125:17,20,22,24 126:3

**comfortable** 14:19 23:10 48:10

**command** 134:18

**comment** 66:3 88:14 98:13 137:21

**commented** 109:6

**comments** 72:19 109:14 110:8 112:13 115:12 134:2

**commercial** 137:1

**commitment** 123:25

**common** 32:1 106:19

**commonplace** 123:8

**communicated** 62:1 85:7

**communication** 42:11 80:22 81:4,6 96:19,20

**communities** 22:19

**community** 16:25 41:13,21,23 48:21 54:16 56:5,12,14, 24 57:14,24 58:16 59:18 60:22 62:11 63:12 65:5,21 67:12,17 68:22 73:8 78:6,17 79:14,25 80:14 81:9 83:22 85:1,13 86:6,9,25 87:24 89:7,10 114:1 119:12,14 133:3

**commute** 122:3

**compartmentalize** 25:3

**complain** 32:3 110:10

**complaining** 86:9

**complaint** 45:9 48:4 51:6 52:1,17

**complaints** 74:6 80:10 125:8 134:13 135:22,25

**computer** 126:19

**concern** 88:9 116:9

**concerned** 41:13 43:14 47:21

**concerns** 42:23 48:9 80:17 98:8 116:3

**concession** 103:13

**concluded** 143:14

**conditioner** 5:7 44:18

**conducted** 21:10

**conferences** 60:6

**confident** 29:18 138:6

**conflict** 109:17 136:1,9

**confused** 69:22

**connected** 68:4

**connotation** 91:20

**conservative** 48:25 49:3

**consideration** 133:2

**contact** 102:15

**contemporaneous** 112:15

**contention** 53:17

**context** 5:22

**continue** 68:2,8 80:10 81:15 136:9

**continued** 137:12

**contract** 102:19 106:6 108:13

**contributed** 69:4

**control** 137:22

**conversation** 32:2 45:16 46:10 83:5 94:17 110:14 112:16 114:3 115:5,8 118:23 119:22,24 120:17 128:25 129:4

**conversations** 15:19 18:16 27:5 48:5 120:13

**converse** 58:21

**convinced** 45:23

**cool** 44:24

**copied** 128:12

**corners** 23:13

**correct** 11:5 37:6

**correlates** 135:13

**cosmic** 47:7 76:1

**cosmicyoga-dot-com** 47:1

**could've** 63:5

**council** 132:15 133:8,15,17,19 139:13,16

**counselor** 51:21 102:2,9 104:20 105:12

**counselors** 19:18 102:16 106:8

**country** 128:2

**county** 4:15 6:11,16 7:14,15 12:2,4 14:8,14 17:11 18:11 25:20 36:6 53:1 65:18 66:7,14 82:5 86:2 107:15 132:4 139:5 143:8

**county-provided** 135:3

**couple** 6:2 9:23 46:1 84:17 104:25 116:12 118:24 121:11 124:3 142:3

**court** 4:22 5:8 92:13

**cousin** 105:11

**coverage** 115:10,22

**covered** 118:3,4

**crawl** 124:11

**crazy** 68:20 89:16 104:17 139:7

**create** 126:11 136:9

**created** 31:3 127:5 132:17 136:1

**creating** 127:12

**CROSS-EXAMINATION** 4:8

**crowd** 103:21

**crowded** 103:18

**crowding** 103:14

**cry** 102:8 124:11 137:1,5

**crying** 104:11

**crystals** 130:2

**CSIS** 16:3

**cultural** 19:13

**cups** 27:13

**cure** 37:23

**curious** 131:17

**curriculum** 52:7

**cut** 75:2,22 78:11 79:6,7,14

## D

**D-Y-E-R** 103:23

**dad** 72:18

**daily** 31:13 32:7

**Dallas** 105:1

**dance** 32:22

**Daniel** 57:9 59:13 64:11 72:17 97:19

**Daniels** 57:5,8,18 58:23 59:24 60:1,16 81:21,22 82:8 98:10

**dash** 112:11

**data** 15:24 16:2,3 19:19,20 135:2 142:16

**date** 56:10 80:18 114:21

**dates** 81:17 119:1

**daughter** 133:25 140:7

**daughter's** 66:12

**daughters** 46:17

**David** 116:15

**day** 21:23 22:9 28:7,18,21 29:20 31:6 53:11 56:24 63:17 64:20,23 65:11 70:17 71:23 72:1 76:7 86:17,23 88:9,10 89:19 93:9,10 96:18 97:1,11,14 98:17, 18 101:8 102:8,18 108:2,16,20 109:2 113:25 118:24 121:5 137:4 142:19

**days** 15:21 21:3 81:11 102:13,19 106:12 118:24

**deal** 17:21,23,25 108:19 110:13 137:2

**dealing** 17:17 18:23 19:1

**debilitating** 140:16

**debriefing** 63:13

**decade** 16:5

**decide** 8:22 39:12 96:7

**decided** 9:2 75:21 127:23

**decision** 8:19 10:23 13:6 90:16 95:1 136:17

**decisions** 78:3

**decompress** 23:13

**deconstruct** 46:1

**decrease** 142:14

**decreased** 10:20,21

**deep** 42:8 44:13,14, 21

**deeper** 84:17

**defend** 83:13 110:22 114:7,19

**Defendant's** 111:20 123:11 128:7

**defended** 130:22

**defending** 83:16

**defense** 84:8

**degree** 6:23 7:4 9:3

**degrees** 7:1,6

**delivery** 128:23

**demands** 18:13

**demographic** 16:23

**demographically** 16:22

**demographics** 17:12, 13 18:13

**dentist** 141:9

**department** 49:15

**dependents** 135:5

**Depew** 140:21

**deponent** 4:6

**deposed** 4:7,18

**deposition** 4:17 6:3 143:3,14

**depositions** 5:17

**depression** 136:25

**deputy** 55:23

**describe** 14:24 75:8 91:8

**describing** 28:11 46:7

**description** 61:13

**design** 125:19 126:6

**designed** 126:9

**Dess** 49:12 50:10, 20 51:2,4,9,20,25 52:23 53:15,25 54:25 58:7 63:16 64:14 88:7,12,13 89:1 98:12 114:9 119:19 120:5

**destress** 29:19

**determined** 57:4 91:3

**devotional** 31:9 32:7

**diagnosed** 102:9

**die** 56:12 98:25

**died** 103:1

**dies** 138:18

**differentiate** 33:18 118:22 127:4

**difficult** 81:25 112:6

**diligence** 45:21

**direct** 73:19 74:9 131:18 142:1

**directed** 76:11 78:5

**directives** 77:21 83:21

**directly** 33:13 46:3 110:1

**director** 74:14 86:14

**disagree** 5:18

**disagreed** 45:17 60:19

**discipline** 58:3

**discuss** 48:8 52:5 111:5 123:8 132:21

**discussed** 53:15 81:3

**discussion** 23:22 48:4 80:23,25 89:14

**discussions** 20:5 30:14 43:20 49:7 50:7,9 73:9 80:1

**disrupt** 19:11

**disruptions** 19:10

**dissention** 124:23

**distance** 107:21,24 122:12

**distinction** 120:14

**distribution** 10:17 31:4

**district** 4:15 6:11,16 7:16 12:2 13:17 20:10 21:6,13,15, 17,24 23:3 32:20 36:7 39:3 48:12 55:2,20 58:14,24 59:19 61:12 63:14 65:6,21 67:13,18 73:9 80:2,10,15 82:20,24 86:8 87:18 90:12 91:10 94:18,20 98:9 110:8,11,20 114:7,

19 121:17 131:9 134:11,14,17 138:12

**district-level** 115:12

**divert** 19:11

**division** 88:9

**doctor** 97:17 98:2 102:3 103:22

**doctorate** 55:11

**document** 111:25 123:15 128:13

**documents** 118:17

**Doe** 20:21 74:13

**DOG** 60:8,11 72:18, 22 73:3

**Don** 30:2

**door** 100:14

**Dora** 98:23

**dorm** 38:3

**dose** 104:10

**downstairs** 58:3

**drafting** 80:21,24

**drama** 91:10 94:24 124:10,13 125:11

**draw** 120:14

**dream** 138:21

**drive** 141:1,2

**dropped** 30:10

**due** 26:4 45:21 57:5

**duly** 4:3,7

**dumb** 28:6

**duty** 73:1

**Dyer** 103:23 106:19

**Dyers** 104:16

## E

**e-mail** 27:19 30:20 32:3,7 41:17 43:10,21 45:5,24 47:19 48:9 67:25 71:9 85:12,17 110:21 112:21 116:13 123:17 124:3,6,14,16 125:12 128:12,15, 19,23 129:3,14 131:11 136:21

**e-mail-chained** 41:19

**e-mailed** 121:16 123:23

**e-mails** 31:8,17 43:13 68:2 82:6 110:23 116:11,23 123:18

**earlier** 17:9 23:4 51:10 63:6 70:4 81:11 84:6 136:14 138:25

**early** 8:13,15 10:9 52:24 96:24 103:24

**easier** 108:21

**East** 104:25

**easy** 23:9 64:17

**eat** 137:11

**ed** 32:19 74:13,17

**education** 6:25

**effect** 107:17,19 142:8,11

**effective** 102:7

**effectively** 98:1

**effectiveness** 78:11 79:8

**effects** 22:24 107:5

**effort** 56:21 122:23

**EIP** 7:25 8:9,12,20 9:5

**Elementary** 6:14,24 7:21 10:17 13:3,22 107:22 134:23,24

**elevator** 26:15

**Elsa** 77:9

**embarrassing** 82:11

**Emily** 130:25 132:9

**emotional** 25:12 82:1 94:15 107:9 111:16 140:17

**emotionally** 136:18

**employed** 6:8,15

**employee** 36:7

**empowered** 68:1 142:24

**empty** 27:6

**encourage** 30:9

**encouraged** 23:8 27:10

**encouragement** 30:20

**encouraging** 53:2

**end** 5:19 9:15 10:4 13:18,19 29:19 36:20 71:22 75:4, 20 76:4,5,7 77:13 90:4 96:11 102:20, 22 104:7

**end-of-year** 66:23

**endeavor** 84:15

**enhance** 34:24

**ensued** 50:3 89:24 92:17 103:9 135:17

**entity** 132:15

**environment** 22:17 102:14,15 105:21 111:7

**Erika** 70:12,14,15, 19

**ethic** 138:4

**ethical** 138:5

**evaluations** 66:23 71:21

**evaluator** 68:18,19

**evening** 101:18,19

**events** 117:4 120:9

**everyday** 79:23

**everyone's** 25:12

**evidence** 130:19,21

**evident** 64:24

**exact** 24:18 49:15 80:18 108:13

**EXAMINATION** 142:1

**examined** 4:7

**examples** 18:24 47:9

**exception** 129:11

**exchanged** 118:9

**excited** 24:7

**excuse** 20:18

**executive** 134:15

**exercises** 32:21

**Exhibit** 111:21,25 112:23 113:23 121:9 123:12,16 128:8,11

**existed** 136:1

**exit** 122:7

**expanded** 51:7

**experience** 9:1 79:23 116:7 125:2

**experienced** 103:5

**experiences** 8:23 91:16

**explained** 25:8

**exploded** 12:5

**exposure** 16:20 21:18

**express** 98:8

**expressing** 15:20

**extent** 25:2 63:6

**extra** 79:11 102:19 108:15,25

**extracurricular** 19:15

**eyes** 28:2

**F**

**face** 82:15 134:12

**Facebook** 66:10,11 100:3 110:3 111:4 134:2 139:6

**faces** 140:11

**facing** 19:6

**fact** 58:2,15 87:3 91:18 96:9 107:14

**factor** 104:9

**faculty** 130:14

**fair** 118:13 134:16 135:21

**fairly** 129:3

**fall** 34:16

**familiar** 95:7 126:2

**families** 16:13,14 17:7

**far-fetched** 56:21

**fast-forward** 75:3

**father** 60:14

**fear** 43:16

**February** 41:15 42:2, 10,15,23 43:7 47:2 123:23 125:5

**feedback** 28:24

**feel** 12:5 16:8 22:12,18 29:18 47:22 51:22 52:14 60:15 62:23 77:24 78:2,10 79:8 83:18 84:18,21 86:8,12 89:7,10 106:11 107:11 123:6 129:3,17,18 134:6, 11 135:25 136:8 138:11,15 139:17 141:18

**feeling** 44:23

**feels** 67:22

**felt** 35:1 45:21 58:5 65:8 67:22 68:8 69:3 72:17 81:12 82:1 84:11 85:24 86:4 89:13 97:21 102:10,12 116:4,6 121:5 127:22 128:4 137:22 140:1 142:24 143:5,8

**fewer** 135:5,8,9

**fidget** 27:15

**fight** 42:5

**figure** 39:15 49:17 73:6

**figures** 60:14

**filed** 4:15

**filtered** 21:1

**final** 66:22

**finally** 96:7

**find** 29:2 72:8 76:14,16 109:12

**fine** 60:18 64:1,3 97:6 101:15 106:4 107:1

**finish** 4:25 5:2

**fired** 59:14 81:23

**first-grade** 47:5

**fix** 65:16

**fixed** 25:20

**flip** 102:11

**flow** 18:12

**flower** 125:18

**fluorescent** 22:16

**FMLA** 98:2 101:22 102:1 105:2,24

**focal** 74:5 135:22

**focus** 34:10 44:23 125:19

**focused** 126:16

**folks** 50:7,17 70:5 83:7 98:15

**follow** 139:2,6

**followers** 79:18,22

**footage** 99:21

**forefront** 127:16

**foreign** 77:18

**foremost** 65:13

**forget** 46:19

**formal** 34:17

**formed** 100:4

**Forty-five** 60:24

**forward** 47:10 85:5

**forwarded** 47:16 131:13,15

**found** 34:25 53:13 69:9 79:1 91:2 95:17 104:14 105:13

**fourth** 7:20,22,24 8:2,20 114:6 142:12

**frame** 18:25 24:24 88:5 104:20 120:3

**free** 27:24 135:11

**freelancer** 66:2

**Friday** 54:22,23 72:3 78:8

**friend** 5:11 66:11 68:17 69:19

**friendly** 60:19

**friends** 39:16 45:22 71:3 89:2,3 110:5 112:12 137:24

**frog** 33:25 44:4,10, 15,22,23 45:2 66:20

**frogs** 44:15

**front** 57:14 69:14 84:1 88:15 89:1 100:14

**Frozen** 47:4 76:1,25 84:7

**full** 4:10 19:14 67:11 140:11

**function** 10:22 17:8

**funds** 35:11

**G**

**game** 103:7,20

**gave** 64:9 67:11 77:22

**general** 4:21 8:14 51:22 63:4 73:24

**generalities** 19:2

**generally** 18:5 42:1 108:11

**generating** 39:19

**Georgia** 7:2 19:23 103:20 135:2

**Georgia/auburn** 103:7

**Gilreath** 116:16

**give** 6:6 18:24 61:12 90:12 92:13 93:13 102:14 110:18 114:19 127:7 138:1

**Glass** 132:10 133:21

**God** 99:6

**gong** 76:4

**Gonoodle** 32:18 45:20 46:21 47:7 66:24 74:11 76:13, 23

**good** 32:9 39:16 41:6,8,9 51:20 60:20 67:12 77:7 88:13 89:11 124:10

**goodbye** 77:18

**goodness** 7:12

**gosh** 20:15 106:2

**gossip** 138:1

**governor** 132:18

**grabbed** 29:23

**grade** 7:20,22,24 8:2,20,23 9:1 19:10 29:5 42:4 71:19 142:12,19

**grade-level** 126:21

**graders** 76:5

**grades** 8:11

**grading** 28:15

**graduate** 6:21 7:1

**graduated** 6:19

**Grant** 49:18 65:10 66:15 68:12 73:13 115:10,22 119:11, 20

**great** 31:5 137:3 141:10

**green** 41:9 53:3,5 63:2,22,24 64:2,4 117:14,19,22 118:1,5,8,11,14,18 142:2 143:10

**group** 40:14 64:8 85:25 100:5,6

**growled** 58:4

**grows** 138:18

**guess** 14:16 33:17 37:6 52:25 56:25 69:22 95:6 97:9 99:24 100:6 107:1 118:21 123:3 127:3 129:20 135:10 136:11

**guessing** 97:10

**guided** 40:19

**gym** 69:10

**H**

**habit** 31:25

**half** 71:19 104:11 116:12

**Hall** 38:4

**halls** 53:3 64:25 72:20 141:14

**hallway** 56:17 97:18 141:23

**hallways** 25:17,19, 22

**hand** 100:15 123:15

**handing** 111:24 128:10

**handling** 67:18

**handprints** 101:3

**hands** 75:13,16,17 100:15,25

**handwritten** 112:2

**happen** 48:11 85:14, 15 99:24 130:3

**happened** 10:15 45:7 56:3 61:15 85:22 86:7 111:5 117:4 119:2 120:19 129:7 130:3 138:14

**happening** 51:12 56:11 62:19 65:18 78:25 95:25 101:6 109:11 129:22 130:24

**happy** 5:20 41:20 116:20 124:18

**hard** 82:2

**Hardin** 12:10,13

**hardware** 68:25

**harm** 98:19 119:12 120:7

**hate** 98:4

**headed** 39:15 95:15

**heads-up** 64:9

**heal** 37:22,23 102:14 122:23

**Healing** 37:7 39:13

**hear** 5:9 27:1,3 44:17,18 79:19 86:22 100:7 110:2 122:22 135:7 139:6

**heard** 14:21 53:6 56:13 59:15 84:25 89:5 101:7 115:21 117:12

**heart** 30:8 97:2,21

**heartbeat** 26:13

**heated** 59:22

**Heather** 41:17 42:20 43:25 51:16 53:17 57:11 66:11 68:2 70:25 71:4,7 88:25 112:12,14 117:8 121:12 124:17 131:21 132:13 134:1 136:21

**held** 56:24 57:1 62:1

**hell** 99:1

**helped** 89:8 104:9

**helping** 34:9,10 58:3

**hey** 45:14 120:21

**Hickory** 48:16

**Hicks** 126:7

**hiding** 137:13

**high** 37:10 44:9

**high-pressure** 104:3

**higher** 134:23

**highlights** 86:21 96:17

**Highway** 105:1

**hindsight** 66:4

**hired** 39:14

**hold** 20:15 100:14 133:5

**hole** 124:12

**home** 17:5 19:17 42:3,4 62:3,4 64:20 98:17 107:13,14 108:14 126:16

**honest** 30:5

**honestly** 24:7 35:3 36:14 51:16 54:9 72:18 96:22 100:2 117:7 121:3

**honors** 77:7

**hormonal** 106:24,25

**hormones** 106:25

**horrible** 137:17

**horrific** 141:17

**hosted** 23:2

**hour** 35:14 41:4 60:25 86:16 108:9, 10

**hours** 35:19 91:25 108:11,13,16 109:2

**house** 16:25 102:9 107:21 122:11,18

**houses** 16:17 17:1

**HR** 70:15,21 86:13 87:23

**Humvee** 140:24

**hundred** 61:19

**hurt** 91:12 110:13 129:9 141:11

**hurtful** 89:6 140:16

**husband** 41:18 45:12,20,23 60:7 136:22 137:2,3

**husband's** 45:9 51:18 105:11

**husbands** 45:13

**hyperbolic** 95:21

**hysterectomy** 106:20,22

**I**

**I's** 124:9

**idea** 43:25 55:12 88:13 89:11,13

**ideas** 127:7

**identification** 111:22 123:13 128:9

**identified** 85:17

**identify** 109:11

**identifying** 85:13 129:18

**immediately** 120:18

**impact** 142:21

**impacted** 78:11

**implement** 23:24 127:24

**implementations** 25:16

**implemented** 14:25 22:2 26:22 29:12 32:15 39:8 142:6

**implementing** 15:4,6, 7 33:1

**implications** 40:8

**implied** 83:24

**implies** 130:24

**important** 4:24 5:4 75:8

**improvement** 36:4

**in-fighting** 124:20

**inaccurate** 83:9

**inappropriate** 66:13 67:15

**incense** 95:20

**included** 54:10,11 78:2

**income** 16:13

**incorrectly** 38:2

**increase** 16:8 26:4

**increased** 108:15

**indication** 42:22

**individuals** 50:22 123:23

**indoctrinating** 52:18 56:19 57:19

**infection** 104:1

**infer** 90:17

**inferred** 83:23 90:20

**inflamed** 89:9

**influence** 132:25

**inform** 87:2,19

**informal** 27:5

**information** 31:5 83:9

**informed** 58:15 62:6 64:6 87:25 90:3 91:1 128:16

**informs** 87:20

**infringement** 88:21

**initial** 52:22

**initially** 51:24 123:22

**input** 133:1

**inquiry** 94:9

**inside** 21:15 72:22

**Institute** 131:2

**instructed** 66:18,21 73:13

**instructing** 24:11

**instructional** 21:13 43:14 52:6,8

**instructor** 38:7

**insubordinate** 70:12, 14

**insult** 138:4

**insurance** 106:15

**intended** 61:17

**intent** 33:9,12

**interaction** 59:24 60:1 131:18

**interactions** 43:6

**interactive** 77:25

**intercom** 25:19

**interest** 30:24 39:3 57:7 102:12

**interested** 24:24

**Intermediate** 21:6

**interrupt** 63:3

**interstate** 122:7

**Intervention** 8:13,15 49:15

**interview** 13:25 73:12

**interviewed** 13:11

**interviews** 110:24

**intimidating** 69:12

**intricate** 125:19

**introduced** 65:12

**intuitive** 18:20 91:13

**inventories** 19:24 20:3

**investigated** 82:16

**investigator** 70:20

**invited** 33:22,23

**involved** 18:16 33:1, 3 40:7,11 41:1 45:13 52:18 80:21 81:1 90:16 127:11

**irrational** 140:14

**isolated** 5:15

**issue** 25:24 33:7 45:12 58:3 62:17 68:16 124:19 129:25 130:23

**issues** 15:16 25:23 60:19 69:2 79:15 109:7 111:16 137:21

**items** 84:5

**J**

**Japanese** 77:19

**Japanese-based** 37:18

**Jeff** 49:12 50:20 53:15 54:25 63:15 64:14 89:1 98:11 114:9 119:19 120:4

**jeopardy** 82:25

**Jesus** 57:21

**Jo** 132:7

**job** 7:19 9:17 13:13, 21 82:25 89:6 98:1 104:13 138:6

**jobs** 13:17 14:5,8, 13 139:1

**John** 49:18 58:17 63:15 64:14,15 65:13 81:23 83:2,5 98:12 114:3,4 115:7

**joke** 40:15

**July** 106:5,6,7,10 107:8

**June** 106:5

**K**

**K1** 44:4

**Kate** 57:9

**Katherine** 124:6

**Kathy** 68:15,19 69:2,6 70:11 116:16 121:12

**keeping** 25:23 109:16

**Kennesaw** 37:9 122:6 137:6,7

**Keurig** 27:12,13

**kids** 17:3 19:17 25:21,23 27:15 28:3 42:9 47:14 53:4 74:21 76:2 108:18 125:2,4 133:24 138:1 139:19 140:9,23 141:13,19 143:1

**kind** 14:16 25:2 26:13 27:20 29:8 30:20 31:6,7 33:20 39:3 40:18 44:9 49:17 51:20 52:11, 16 58:20 60:12 61:5,12 62:15,22 63:4 64:8 67:11 79:12 81:7,21 97:10 98:5 106:3 117:3 120:8 124:16 126:14 136:22 138:6,10

**kindergarten** 44:5,24

**kinds** 27:13

**kinetic** 27:14

**Klonopin** 104:2,6,18 106:13,14

**knew** 12:5 27:5

41:20 57:5 58:17 60:2 62:19 64:10 68:10 72:14 78:18 84:12 92:5 93:3 97:21,25 100:3 101:1,5,10 102:7 105:11 116:18,21 133:22 140:2 141:12,14

**knowing** 43:5 139:23

**knowledge** 32:2,5 36:1 44:8 47:22 48:3,5 55:25 56:2 62:12,14 77:6,17 80:9,13 87:17 109:20 110:7

**Kristin** 105:13

**L**

**L-L-O-Y-D** 105:14

**lab** 126:19,20

**labeled** 111:25 123:16 128:11

**lack** 64:12 69:4

**lady** 76:1 136:25

**lamps** 22:15 23:11 24:9

**language** 77:18

**lap** 75:13

**large** 48:22

**lasted** 35:13 100:11

**late** 98:5

**laugh** 103:17

**laughing** 137:22

**laughter** 103:9

**law** 84:10 133:5

**lawsuit** 4:15 32:10 134:22

**lawsuit's** 14:17

**lawyers** 6:3

**lead** 30:13 130:1

**leader** 82:3 137:20

**leadership** 7:3 9:2 49:16 107:15 134:15 138:24

**leading** 56:16 66:21 67:3,5 81:22

**learn** 41:16 43:9 91:23 143:1

**learned** 32:17,25 90:6

**learning** 20:25 21:3,23 22:9,11

**leave** 58:8 100:18 101:22 102:1 138:9

**leaving** 96:13,15,16

**led** 45:20 67:7

**left** 9:8 71:24 101:2 132:8 135:10

**lesson** 76:5

**lessons** 31:14 44:4 130:1

**letter** 42:14,17 49:12 52:6 116:8

**letters** 57:13 99:3

**level** 9:10 19:10 33:10 34:23 36:10,13 38:9,10,11,18,24 44:9 49:8 53:1 58:14 65:7,21 67:13 71:19 80:2 82:1 94:18,20 110:8,11 134:12,17 135:3

**levels** 8:24 9:1 15:14 26:2 38:8

**Lexapro** 106:18 107:6

**license** 34:21 105:12

**lies** 82:7

**life** 37:7,8,15 39:13,14,25 66:3 79:23 98:23 121:23 122:4,10,14,17

**light** 23:11 52:15

**lighting** 23:11

**lights** 22:16

**limit** 79:8

**limited** 51:6 77:17

**lines** 78:23 103:13 109:25 143:5

**link** 47:11 126:18,19,20

**list** 31:4,13

**listed** 50:6

**listen** 51:17 56:1

**listening** 136:5

**literally** 114:11

**live** 16:16 35:17,18

**lived** 16:17,25 17:1,7

**living** 17:3

**Lloyd** 105:14

**Lloyd-moussa** 105:17 106:1

**location** 122:4

**Locklear** 98:23

**long** 5:17 6:15 7:22 11:16 12:12 28:2 43:3 50:21 53:21 54:2,3 60:22 67:22 97:6 104:24 107:25 136:1,9 137:4,10,12

**longer** 83:23,25 84:1 85:15

**looked** 53:12 114:20 123:17 138:19

**loss** 52:6,8

**lost** 43:15 107:15 109:25

**lot** 14:17 15:9 17:13 19:17 21:12 22:14 23:12 24:8,17 27:1,15 53:14 54:4 60:1,5,8 61:23 68:3 81:3 99:7 108:19,25 110:3 116:10 121:16 124:20 128:1,5 129:8 131:2 138:10

**lots** 54:5,8

**loudly** 5:7

**low** 104:10

**low-income** 16:14

**lower** 26:13

**lower-ability** 18:1

**lunch** 72:25 90:2 135:12

M

**M-A-L** 125:14

**M-A-N-D-A-L-A-S** 125:14

**M-O-U-S-S-A** 105:14

**Mableton** 6:14 14:13 57:10 87:6 92:2,5 93:4,11,20 105:24 107:16 108:8,12, 24 109:6,18,21,23 122:1 128:17 129:13 134:24 135:6,13 136:18 139:1,14

**made** 10:23 23:9,10 24:25 28:4 47:22 48:7 53:1 55:3 59:16 66:3 72:19 87:10 88:14 94:25 95:14 96:7,8 100:16 112:3,13 115:12 117:4 130:17 134:22 141:15

**magic** 123:9 138:1

**mail** 99:3

**mailroom** 72:13

**main** 29:8 33:7 34:9 130:23

**majority** 62:18 140:1

**make** 5:23,25 18:20 29:17 30:22 44:21 67:9 75:23 94:9 108:20 110:8 112:5,15 117:22 118:12 124:9 127:16 134:2 139:17

**makes** 24:25 96:14 120:16 124:11 138:24

**making** 17:16 53:4 78:3 98:25

**males** 60:14

**man** 116:22

**mandala** 125:25

**mandalas** 125:14,15

**mandatory** 29:21 130:14

**March** 54:17,18,19, 20,23 55:17 56:6 70:22 71:23 73:8, 17 74:3 78:6 79:25 80:5,11,19 81:12 86:18,22 104:7 105:3 112:7 113:24 114:23

**March-ish** 98:5

**Marcus** 131:2

**mark** 114:7

**marked** 111:21 123:12 128:8

**marketing** 141:7,9, 10

**married** 38:17

**mask** 92:14

**massage** 37:8,19

**master** 38:12 43:17

**master's** 7:2,4,6

**math** 8:18 20:3 44:20

**Mathis** 11:6 12:20, 24 13:2

**matter** 4:17 8:14 137:15

**meaning** 54:8

**means** 77:6

**meant** 30:9 85:24 88:21 126:25

**media** 57:2 62:13 110:24 130:5,11

**medical** 107:3,4

**medication** 106:19

**medications** 6:5

**medicine** 107:9 136:15

**meditate** 130:17

**meditating** 127:25

**meditation** 40:19 55:6,8 96:1 128:2 130:5,14

**meet** 54:20 65:11 68:6 121:4 123:24

**meeting** 22:8 29:15 48:8,10 50:16,23 51:4 52:22,25 53:16 54:2,5,16 56:5,14,24 57:3, 15,24 58:2,16,18, 22 59:2,12 60:22 61:6,25 62:1,24 63:12,13 64:17 65:5,22 67:12,17, 24 70:11,13,22 72:4 73:8,12,16 77:24 78:7 80:1,20 81:12,20,24 83:6 86:16,17,25 87:9, 25 88:11,14 89:7, 10 95:4 96:6 98:18 113:4,7,11,18,24 114:1,22 120:2 121:5,6 129:1,8

**meetings** 20:9 26:25 28:17 50:13 51:1,8 54:10,11 88:4 130:14

**Melissa** 121:15

**melt** 34:11

**member** 53:18 55:1 59:18 62:11 117:11 121:16

**members** 16:25 49:23 62:6,13 68:8,22 79:15 86:9 109:4 116:7 133:14

**memo** 27:19 81:9 83:22

**memory** 12:11,12 43:12 47:20

**men** 83:14

**menopause** 107:5

**mental** 107:9

**mentally** 136:18

**mentioned** 17:9 23:4 51:10 70:4 77:1 99:12 104:19 117:13 139:10,21

**mentioning** 139:10

**mess** 137:11

**message** 85:7 91:4 110:2

**messages** 98:24 100:17

**met** 4:13 51:3,25 53:25 54:22 55:7 56:9 63:15 65:12 97:10 132:5 142:16

**middle** 103:14

**middle-** 16:12

**Miguel** 30:2

**Milestone** 135:2

**Milestones** 19:23 97:15

**Mill** 10:16

**mind** 38:4 47:12 85:18 124:8 125:21 127:16

**mindful** 34:6 55:5

**mindfulness** 14:22 15:1,7 20:23 21:19 22:3 23:23,25 24:12,19 25:5 26:21 29:11 32:14, 15 33:2 34:5 39:8 40:6,11 41:2,14 42:12,23 49:9 50:18 51:14 65:22 73:10 80:2,6,11,15 82:22 98:20 109:7, 9 110:25 125:9,12 126:12 127:21 131:10 135:23 142:7

**mindfulschools-dot-org** 34:7,14 35:5

**mindset** 16:24

**mine** 66:11 68:17

**minority** 62:20 141:16

**minute** 92:14

**minutes** 60:24 100:12 108:3,9 122:9

**minutes-ish** 122:15, 18

**missing** 128:11

**Mister** 12:24,25

**mobile** 17:5

**mom** 139:9

**moment** 55:3,5,8 91:8

**moments** 102:11

**Moms** 100:5 121:10

**Monday** 45:24 64:21 97:8,13

**money** 21:4 35:8 36:18

**monkey** 74:19

**month** 47:1,3

**months** 35:14

**moonlighting** 66:4

**Moore** 11:15,19 12:6,8,15 20:24 25:16 30:15 35:22, 25 41:19 43:11,21 44:8 45:4,10 46:7 47:25 48:7 51:2 52:3,4 54:1 58:9, 11 59:10 64:8 73:22 81:2,10 84:14 87:4,5 88:18 89:15 90:6,15,23 91:4 94:21 99:14 111:4 112:21 115:14,18,19 116:24 119:8,9,16, 25 120:3 129:1 134:6 136:12

**Moore's** 15:5

**morning** 55:3,5 56:1, 25 93:15 94:6 96:1,12 100:22 101:18 108:8,9 115:24

**mother** 100:8

**Moussa** 105:14,15, 16

**mouth** 17:16 62:9 129:19

**move** 7:13 47:4 61:10 74:22 83:3, 4,10 86:11 119:23, 25

**moved** 10:17 13:3,5 26:20 83:8 86:15, 18 110:15 114:14, 15 115:10,21 122:1

**movement** 77:15

**movements** 77:14

**moving** 16:15 17:10 47:14 85:5

**multiple** 8:11 48:7 49:10 57:13

**mushroomed** 74:3

**music** 22:20 23:11 25:17,19 26:7,9, 12,15 76:3

**N**

**namaste** 76:2 77:2,9 84:7 85:19

**name's** 4:13

**names** 10:8 19:25 20:1 121:11

**Nancy** 138:17

**nap** 27:2

**napkins** 64:1

**necessarily** 17:21 20:9

**needed** 10:24 15:14 126:13 143:8

**negative** 28:24 38:3 41:23 43:6 91:20 109:24 138:17

**neighbor** 69:1

**neighbors** 116:17

**neutral** 83:13,19 84:9,10,22 85:11, 23 110:17

**news** 55:2 81:19 82:10,13 115:10, 22

**newsletter** 42:15

**nice** 27:7

**Nicholson** 14:1

**night** 89:15 95:3 101:9

**nominated** 133:10

**non-christian-based** 52:19

**non-school** 28:14

**noodle** 46:20

**north** 17:11

**nos** 8:5

**note** 42:14 113:15 130:4

**notebook** 112:8

**notes** 59:8 112:2,5, 15 113:10,14,17, 23 117:4 118:23 121:7

**notice** 62:4,5

**notices** 62:5

**notified** 66:7 115:2, 19,25

**notify** 93:15

**November** 103:3

**number** 26:5 55:22 93:2 117:25 118:3 129:23 135:11

**numbers** 93:3 117:17

**O**

**OB/GYN** 103:24

**object** 63:4

**objected** 58:21,25 63:5

**obligations** 30:24

**observation** 16:7

**observations** 15:22 66:22

**obtain** 7:4 36:10 38:24

**occurred** 120:10 130:19

**offended** 55:13

**offer** 98:15

**offered** 13:13 14:5 87:9

**office** 19:18 50:13 53:4 64:15 72:11 92:24 95:6,15 109:5

**officer** 89:20 100:12

**officers** 89:17,18

**offices** 95:7

**official** 132:23

**oldest** 123:18

**online** 34:19 35:15, 16

**open** 87:11 128:20 131:12

**opened** 36:24 43:4

**opening** 61:12

**openings** 91:3

**opinion** 64:13 78:1 83:20

**opportunities** 28:20

**opportunity** 28:10

**opposed** 15:23 33:20 93:20 101:18 103:18

**options** 94:10

**orderly** 25:23

**Originally** 57:4

**originated** 123:1

**orthodontist** 140:8, 22 141:2

**ostracized** 72:17 81:12

**outlet** 110:25

**over-the-top** 57:6

**overtones** 40:3 43:16

**Owens** 70:13,14,19

**owned** 68:25

**owner** 39:14 98:23

**P**

**P-A-W-E-L-K-I-E-W-I-C-Z** 131:24

**p.m.** 101:13,14,16 143:14

**pages** 112:23

**paid** 35:10 39:22 40:1

**pair** 121:10

**Palms** 75:18,19

**Pamela** 109:19

**panic** 102:6 103:5, 15,20 136:14

**paper** 61:8 62:5 96:17

**papers** 28:15 29:5 137:19

**paperwork** 105:2,23, 24

**paranoid** 137:16

**paraphrasing** 30:5 65:17 143:4

**parent** 28:16 58:4 60:8 61:24 109:24 116:8 124:18,19 132:13,20 134:12 139:23

**parent's** 140:12

**parents** 28:16 42:3, 11,18 62:7,9 80:14 82:3 89:16 126:13, 25 127:7 130:10, 11 133:12,18 136:8 137:7 139:24 140:2,22 141:12,18

**parents'** 135:22,25

**park** 17:5

**part** 17:11 18:20 19:15 30:25 34:9 36:3,4 45:16 75:2 76:6 77:8 78:5 79:18,19,21 80:25 82:7 86:21 97:22 113:15 119:24 120:12 124:2,19 126:17 127:21 130:19 138:15 140:1 142:23

**participation** 61:24

**partner** 132:20

**parts** 65:24 78:10 79:5

**passed** 103:2,14

**passing** 26:25 132:6

**past** 17:20 102:25 103:3 116:8 117:5 118:21,24 120:23 139:8

**Patrice** 11:15 71:16 119:5 121:1

**pattern** 125:18

**patterns** 126:4,5,6

**pause** 92:17

**Pawelkiewicz** 131:21

**pay** 35:8 39:24 56:17 76:22 138:1

**PE** 68:16,17,18 69:13 70:9 116:16 121:13

**Peaceful** 130:4

**pedophile** 99:9,10

**pejoratively** 60:11

**people** 31:4,15 34:24 40:20 41:13 61:16,21 62:25 68:3,9,13 72:10 80:1 84:13 86:1 95:8 99:2 115:13 123:4,10 130:16 134:19 137:9 139:7,11 140:17

**people's** 140:11

**peoples'** 74:6

**pep** 100:4

**perceived** 78:24

**percent** 119:14 135:10,13 142:15

**percentage** 62:16

**perception** 57:15

**perceptions** 51:12

**performing** 134:23

**period** 26:10 27:17 28:22 54:15 102:4

**periods** 27:8

**permission** 140:22

**person** 20:16 21:16 37:20 81:7 87:20 133:12

**personal** 16:7 30:8 52:11 66:9 69:2 134:3

**personality** 138:15

**personally** 124:24 131:6 133:22 141:11

**personnel** 63:14 68:16 137:21

**perspective** 39:7 40:2,5 51:21 68:1 70:25 91:18

**petulant** 97:24

**ph** 38:4

**Phillip** 124:9

**Phillipe** 124:8

**Philp** 124:6,7,8

**phone** 86:16 95:3

**phrase** 85:10 98:4 118:21

**physical** 61:8 98:19

**physically** 33:12 98:10

**physician** 102:16 104:1

**pick** 28:3 140:23

**picked** 81:19 82:10 92:4

**Pickett's** 10:16

**pictures** 66:13

**pieces** 125:18

**Piggy** 130:4

**pills** 103:2

**piping** 25:18

**place** 29:7 74:3 83:23,24 136:22, 24

**places** 137:7

**plan** 36:4 70:10

**planning** 27:8 28:15 72:12 102:17

**plans** 99:20

**plants** 22:17 23:13

**platform** 132:19

**play** 35:17

**played** 26:7

**playing** 22:20 23:11

**point** 5:16 11:18 12:12 14:17 15:8 16:10 20:19 22:1 23:25 32:9 34:4 36:24 41:12 50:8 51:18,24 52:2,24 53:24 61:4 63:16 65:4 66:17 72:10 74:6 78:17 81:3 91:2 100:13 110:4 120:4,21 124:15 125:5 135:22 139:18

**points** 74:22 100:10

**poisoning** 141:19

**police** 89:17 99:17, 20

**Pollen** 5:10

**pop** 123:25

**population** 10:19,21 16:10 17:17 18:14 108:18

**portray** 52:13,15

**position** 9:18 10:3 11:2 13:6 20:17 55:16,20,21 87:9 94:8 139:16

**positions** 10:8,14

**positive** 41:23,24,25 52:15 76:20

**posted** 117:25

**posters** 62:25

**power** 132:23

**practical** 79:13

**practice** 39:9 40:3 96:13 125:9

**practices** 52:19 53:12 83:22 85:13 98:20 131:10 135:23 142:7

**practicing** 39:18

**practitioner** 37:11,17

**prayer** 95:19 100:4 101:5

**prescribe** 106:14

**prescribed** 102:24 103:1,22 104:2,5 106:17 107:8 136:15

**prescription** 107:2

**presence** 73:2

**present** 29:17 56:11

**presented** 109:16

**presenters** 24:10

**president** 132:14

**pressed** 75:18,19

**pretty** 18:9 53:18 63:16 64:24 66:15 70:25 76:8 109:2,3 140:17

**Prevention** 49:14

**pride** 138:5

**primary** 12:1 21:1

**principal** 9:11,21,24 10:12,14 11:1,10, 11,14,16,20 12:6,9 13:3,21,24 14:9,18 20:6,14 58:11 66:5 82:15,18 87:7,11, 19 91:14 92:10 93:5 96:14 109:15, 18 116:10 132:19 136:10 138:20,23

**principals** 10:6,24 12:17 93:2

**principalship** 14:1

**principles** 30:4

**print** 36:22

**printed** 118:16

**prior** 12:8 20:4 21:19 42:1,10,23 43:7 59:25 60:16 65:21 66:15 67:12 87:22 88:11 92:9 100:1 103:15,16 105:3 128:15

**problems** 20:11 107:9

**procedure** 76:7 107:3,4

**process** 22:4,5,6 103:25 134:9

**produced** 117:19,20

**production** 118:17

**professional** 21:3,22 70:10 82:2

**professionally** 141:12

**professors** 37:10

**program** 8:13,15 14:24 16:3 32:18 36:19 46:23 60:12, 13 74:12,15

**programs** 14:22 20:23 21:19 22:3 23:23 25:6 26:21 36:16 40:25 41:14 42:11,12,23 49:9 50:18 65:19,23 73:10 80:2,6,11,15 82:22

**progress** 135:14

**progresses** 32:13

**progressive** 48:25

**project** 73:7

**promote** 84:11

**promoted** 9:22 86:3

**promoting** 84:12

**promotion** 13:21

**pronounce** 38:2 77:1

**protective** 25:13

**protocol** 87:18

**proud** 42:5

**provide** 132:18

**provided** 47:8

**PTA** 60:4,5 73:6 132:15

**PTSD** 102:10

**public** 62:1,6 87:10 99:2

**Publix** 137:14 139:22

**pull** 74:18

**purchased** 76:18

**purple** 74:19

**purports** 128:25

**purpose** 61:9 125:20

**pursue** 9:2 36:15 138:25

**pursuing** 38:14 39:4

**put** 17:15 57:16 62:4 69:14 86:19, 20 87:9 100:15 102:3 106:19 116:15 119:1 123:4,9 129:19 138:2

**putting** 56:18

**Q**

**qualifications** 38:6

**qualified** 38:9

**question** 5:3 11:12 28:6 58:21 67:8 73:25 74:9 77:11 79:3,5 109:22 111:8 114:7

**questioned** 137:9

**questions** 4:25 5:21 6:2 18:19 62:22 84:18 90:5 124:3 135:20 141:25 143:10

**quiet** 25:23 44:17 55:4 130:15

**quietly** 128:3

**quit** 137:10

**quote** 22:22 116:13

**quotes** 31:6

**R**

**R-E-I-K-I** 37:13

**Ragsdale** 41:18 45:23 49:20 89:3 112:11 117:10

**rained** 5:12 47:3

**rallies** 101:6

**rally** 100:4

**ran** 126:20

**random** 102:11

**Randy** 69:1,19 116:2

**rang** 101:2

**rate** 18:8

**reach** 109:24 110:15

**reached** 131:9

**reaction** 41:21,23 78:18

**reactions** 42:1

**read** 19:7,9 24:18 96:16 110:6 129:12,14 130:6 137:18

**reading** 8:17 19:24

**ready** 64:21 97:14 143:1

**real** 120:18

**reality** 17:3 79:13

**realized** 112:6

**realizing** 104:17

**realtime** 101:6

**rearranging** 22:18

**reason** 5:4 6:4 8:25 13:8 83:4 90:9,12 94:22 110:14

**reasons** 60:7 142:6

**recall** 23:1 54:4

**receive** 28:24 31:19 42:17 80:10

**received** 31:15 109:21 116:8,19

**receiving** 36:20 37:21

**recent** 123:22

**recess** 47:6,14

**recipient** 45:5

**recipients** 128:13

**recognize** 33:9 111:25

**recognized** 100:6,8

**recognizing** 34:11

**recollection** 65:3

**record** 4:11 18:21 49:25 63:8 75:5 117:16

**recording** 40:18

**records** 20:3 128:20 129:16 131:12

**recover** 136:16

**redistricting** 17:8

**reduced** 135:11

**reduction** 37:18,19

**refer** 77:15 101:12 116:2

**reference** 46:18 52:5

**referenced** 31:7 48:14 56:5 84:6 85:12 127:18 134:13

**references** 47:24 59:16 98:25

**referred** 82:14 105:6,7,13 125:11

**referring** 119:21 124:13

**refers** 126:3

**reflecting** 114:2

**reflection** 55:4

**refocused** 143:1

**refrigerator** 27:12

**registers** 26:12

**regular** 28:20 32:2

**regulation** 106:25 109:10

**regulations** 106:15

**Reiki** 37:11,17,18 38:7,10,12,14 39:4,9 40:2 43:17 56:18

**reinvigorate** 39:3

**related** 28:14 106:22 107:2,4

**relationship** 60:16,21

**relax** 27:9 142:17

**relaxed** 22:12 37:21, 24 38:1

**relaxing** 34:1 125:22

**relayed** 46:8 59:10, 11 61:3,11 62:18, 25 95:24 115:15 116:5

**relaying** 61:2 66:8

**released** 93:7

**relevant** 141:4

**religion** 56:19,20 57:20 84:11,13 86:3 127:17,23

**religious** 40:3,7 43:16 126:1 127:15,22

**remain** 83:13 84:9, 10 85:23

**remained** 84:22 97:12 107:6 136:2 143:5,7

**remaining** 83:19 85:11 110:17

**remediation** 8:17

**remember** 12:8 14:3 20:16 21:7,10,14 42:15 43:15,19 45:6 50:17 51:5 52:21 53:21 54:9 55:10 58:5 64:6,7 67:21 71:14 72:1 76:11 85:16,20 89:15 95:16 96:22, 23 105:1 117:7 120:22 121:3 124:16 129:4 131:12 137:12

**remembered** 42:7 140:3

**remind** 8:4 69:15 119:7

**removed** 66:6

**renew** 133:10

**Renki** 38:4

**renovations** 103:11

**rented** 40:1

**repeat** 136:3

**repeated** 56:16

**rephrase** 5:24

**reply** 116:9

**report** 11:3,10 20:14

**reported** 11:11 60:23 95:10 100:24

**reporter** 4:22 5:8 92:13

**reports** 15:22 108:21 111:6

**repositioning** 24:8

**repres** 132:20

**representing** 4:14

**reps** 20:10 132:20, 21

**reputation** 48:20

**reputational** 49:2

**request** 128:21

**requests** 66:1

**required** 26:5

**research** 22:11,24 24:14,21 26:11 126:14 135:14

**research-based** 53:13

**resorted** 82:9

**resource** 47:17 76:19 126:11 127:19 130:6

**respect** 19:20 45:8 76:25 82:21

**respected** 131:4

**respectful** 60:20

**response** 42:17 67:23,25

**responsibility** 71:11

**responsible** 15:3 39:19 47:21

**rest** 65:18 71:22 81:15 101:24

**rested** 40:22

**restroom** 72:13

**result** 103:18,21

**results** 76:20

**retaliating** 71:8

**retaliatory** 68:6

**return** 105:24

**returned** 107:11

**rezoning** 10:16

**rid** 100:17

**ridiculous** 95:9,18 123:3

**rings** 76:3

**Rivera** 49:18 50:12 54:20,22 55:11,14 56:1,9 65:10 66:16 68:12 73:13,19,21 74:9 77:22,25 78:10 79:6,13 81:3,8 83:1,19 86:14 88:5 89:14 93:15 95:4,13 113:9 128:23 129:18

**Rivera's** 129:3

**rocks** 56:18 123:9 130:2 138:2

**role** 132:16,17

**room** 19:14 27:21 28:11,25 29:3 33:16 35:4 40:1 53:25 73:2 132:14 140:10

**rows** 22:19

**Roy** 132:18

**Rubin** 130:25 131:19 132:9

**Ruiz** 30:2

**rule** 79:18,21

**rumor** 100:3 115:11, 12 123:1

**rumors** 53:14 56:12, 13 61:10 95:22,23 101:7 104:17 124:22

**run** 108:22

**running** 5:8

**runs** 35:5

**S**

**sad** 138:24 141:15

**safe** 17:12

**safety** 25:24

**salary** 107:17

**sand** 27:14

**sat** 44:22

**satisfied** 67:18

**sayonara** 76:6 77:18

**Scamihorn** 69:1 116:2,18,19 117:10 121:14

**Scamihorn's** 69:19

**scared** 44:19 72:19 98:14 140:12

**schedule** 73:4

**scheduled** 4:16

**schedules** 73:5

**scheduling** 108:22

**school** 4:15 6:11,12, 16 7:15 9:12,15 10:4 11:14 12:2 13:3,14,17,20 15:25 16:9 17:2 18:17 20:6,25 22:22 25:3,4 26:8, 20 27:8 28:7,21 29:9,13,15 31:10 32:13 35:10 36:3,7 37:10 39:3 40:10, 16,24,25 43:4 48:12 49:22 50:13, 15 51:12,23 55:19 57:2 60:5,8 63:14 65:7 67:15 68:23, 24 69:8,25 71:1,11 72:5,9,23 74:10,16 76:17,22 80:9,15 81:13,16 84:10 85:14 90:4 91:15 96:11,14,18 97:1, 7,8,11 98:4,9 99:4, 22 100:14,18 101:22,24 102:7, 21,22 107:12 108:14,23 111:11, 15 116:3,11,14 119:12 120:7 122:13 123:8,24 125:9 127:24 131:4 132:14,21, 23 133:3,7,15,16 134:23 136:2 139:5,13 140:23 141:3 142:20 143:7

**schoolers** 37:11

**schools** 12:4 13:12 17:13 18:10 21:24 23:1 34:7 60:14

71:13 94:11 128:1 133:5 137:24

**schools'** 55:4

**scores** 142:20

**screen** 32:23 75:14

**screenshots** 66:10

**screenshotted** 110:5

**scrutiny** 74:12

**seating** 22:18

**second-grade** 42:21

**secretary** 99:14

**section** 137:13

**security** 99:18

**send** 45:24 47:12,13 85:12 99:3 110:20, 23 136:21

**sending** 32:4 66:14 84:25

**sense** 5:23,25 24:25 25:1 62:15 120:16

**separate** 39:9 132:15

**sequence** 106:4

**servers** 127:2

**service** 45:22 49:4,6

**sessions** 30:16 35:18

**set** 27:7,11 48:8

**shared** 33:25 43:11

**Sharon** 12:10

**sheets** 29:23 125:23

**shell** 138:7

**Shiloh** 122:6

**shock** 90:22 94:14

**shocked** 43:24

**short** 27:17 50:3 67:21 92:17 102:4 135:17

**shortly** 113:18

**shoulders** 114:13

**show** 69:9 76:22

**showed** 19:19 24:21 68:22 74:11

**showers** 5:15

**shown** 128:13

**shows** 22:24

**shrugged** 114:13,20

**shy** 51:16

**sibling** 69:25

**sic** 77:22

**sick** 33:11,12

**side** 18:11 43:18 130:4 140:5 141:1

**siding** 86:4,8

**sign** 31:19 45:2 69:11 140:22

**signed** 31:15 44:6 105:23

**silly** 62:23

**simple** 127:8

**simply** 114:19

**sing** 32:22

**single** 47:20 142:19

**singled** 47:23

**sinner** 99:8

**sinus** 104:1

**sir** 4:19 5:10 7:7 8:21 9:16 10:13 11:21 12:3,23,25 13:4,7,15,18 14:11,15,23 15:15 17:10,22 21:17,20, 25 23:18 24:25 26:18,23 28:23 29:1 32:8,12 35:13,24 36:9,12 37:1,16 38:23 39:5,21 40:4,9 41:3 42:19,25 43:2,8,22 45:3 47:10 48:13,19 49:21,24 50:24 51:1 52:20 55:9 59:1 63:15 67:7,16 70:2 72:24 73:11, 18 74:7 76:19,24 80:4,23 82:19,23 83:1 86:23 87:16 90:14 95:2 98:17 101:23 106:9,11 107:10,18,20,23 110:9 111:1,13 112:1,4 113:25 114:25 115:23 121:24 125:10 126:10 127:6,10, 13 128:18 131:7, 20 132:11,24 133:20

**sister** 69:20

**sit** 26:24 29:5 59:17 102:8 128:3 137:1

**site** 66:7 126:11 127:19

**sitting** 127:25 140:13

**situation** 48:1 51:21 61:14 67:19 72:8

**situational** 104:3

**skyrocketing** 136:23

**sleep** 27:2 40:16,17 126:16 137:11

**sleeping** 42:9

**sleepy** 15:17

**slid** 52:12

**slightly** 79:4

**slowing** 32:23

**slowly** 16:13

**small** 85:25

**smoking** 95:20

**social/emotional** 109:10,17

**socioeconomic** 135:4

**socioeconomically** 16:22,23

**soft** 22:20 23:11

**softer** 22:17

**solution** 56:11

**solutions** 98:15

**son** 42:3,4

**sound** 17:16 94:15 97:24 140:14

**sounds** 68:20 129:10

**south** 17:11 18:11

**space** 27:6 67:21

**speak** 5:7 59:20 88:15

**speaking** 102:3 117:8

**special** 32:19 74:13, 16

**specialist** 130:5

**specific** 19:21 134:17

**speculation** 63:7

**speech** 131:23,25

**spell** 37:12

**spending** 36:18

**spoke** 58:5 62:20 64:8 98:12 99:14

**spoken** 71:8

**sports** 19:16

**spouse** 137:4

**spread** 65:18 78:17

**spreading** 124:22

**spring** 92:23 97:13 98:3,5 101:21 103:6

**squelch** 61:9

**squirrely** 47:15

**stable** 18:9

**stadium** 103:12

**staff** 53:18 55:1 57:14 68:7 73:9 88:14,17 109:4 119:14 121:16 130:13 133:13

**stakeholders** 133:6

**stand** 53:19 88:15

**standard** 87:18

**standards** 26:5

**standing-room** 61:19

**standpoint** 49:2 62:16 128:22

**start** 5:1,3 7:15 15:6 24:13,14 34:4,13 38:14 39:12,17 61:5 69:13

**started** 7:18 14:18 22:7 24:14,19 25:15,25 27:3 29:14 31:11 38:10 39:18 70:24 89:2,4 100:11 102:17 104:17 112:6,8 114:25 136:20,23 138:9 139:10

**starting** 16:11 25:18 53:16

**starts** 115:2 119:4

**state** 4:10 37:9 90:22 94:14

**statement** 61:12 95:14 124:10 134:22

**statements** 100:16 113:20

**states** 24:17 129:7

**stay** 7:22 9:17 72:16 93:21 94:3 97:6 101:9

**stayed** 9:4 10:3 40:20 71:24 72:16

**staying** 93:25

**stepdad** 103:1

**Stephanie** 126:7

**steps** 36:4 79:11

**stick** 57:16

**stickers** 111:18

**sticks** 44:16

**sticky** 113:15

**stirring** 68:10

**stock** 137:23

**stones** 122:23 123:5

**stood** 57:14 62:16 88:19,25 137:15 139:23

**stop** 56:22 61:10 65:19 73:13,20 74:10 76:8 79:16 84:3,4,14 95:9 105:8 121:25 129:11,21 137:25

**stopped** 76:8 78:25 83:24 105:9,10

**store** 68:25

**story** 47:4 76:1 77:16 139:2

**straight** 22:19

**strategies** 22:12 34:3 109:12

**strategy** 141:9,10

**stray** 78:23

**stress** 15:9,14,20 16:8 26:2 27:15,16 33:10 37:19 88:23 125:3

**stressed** 24:22 37:24,25

**stresses** 17:18 18:23,24

**strike** 99:6

**struggled** 16:18

**struggling** 15:16

**student** 10:17,19 17:25 18:1,6 22:25

**students** 8:17 15:15 16:9,19 17:20 18:7,22,25 19:6,7, 11 22:12,18 23:13 25:1,14 27:24 28:1 33:2,7,13,15,19,21 34:10 41:1 44:12 46:15 52:18 62:7 93:2 99:10 108:25 126:15 135:12 142:13

**students'** 142:9

**studies** 15:9 29:25

**stuff** 4:21

**stupid** 66:3,5

**subject** 18:15 24:23

**subjects** 68:7

**subscription** 35:12

**substantiated** 65:15

**suggesting** 129:19, 21

**suit** 74:20

**summarize** 128:25

**summarizes** 129:4

**Super** 137:6

**superintendent** 20:19

48:6 49:8 55:23 87:6,13,18 92:1 112:11

**supervising** 27:25

**support** 15:5 21:12, 13 69:4 84:14 99:5 109:8 110:21 119:13 143:8

**supported** 84:19 134:6,12

**supporting** 84:24

**supportive** 109:14 110:17 140:2

**supposed** 101:8

**supposedly** 53:2

**surely** 16:14

**surprised** 61:21 74:2,5 90:18,20 92:3

**survey** 51:21

**surveys** 15:24 16:1

**suspect** 4:20

**suspend** 70:17

**swap** 71:20

**Swinney** 20:20 48:6 49:12 50:9,19 51:2,4,19,25 52:23 53:25 54:24 56:15 58:7,10 66:8 73:22 81:2,8 87:4,12 88:5,6,12 89:1 91:1 94:21 95:11, 12 96:4 98:11 115:13,17 116:19 128:23 134:20

**Swinney's** 59:20

**Swords** 100:5 121:10

**sworn** 4:3,7

**symbols** 126:1 130:2

**system** 62:3

**systems** 25:20

**T**

**t-shirts** 63:1

**tables** 22:18 23:14

**tactile** 27:14

**takes** 125:21

**taking** 4:22 6:4 34:13,24 36:5,7 44:13 59:8 71:22 83:24 84:6 113:14

**talk** 4:24 26:24 29:25 44:12 45:25 46:3,13 69:1 71:6 75:12 88:17,25 98:11 111:2 116:10 117:11 138:11 141:21

**talked** 29:16,22 30:3 43:18 48:1 49:18, 21 57:13 70:15 90:2 97:23 121:12 129:8 136:14 142:4

**talking** 18:22 19:2 27:4 28:13,16 44:13 61:4 64:16 69:5 95:13 112:19 120:2 141:13

**talks** 74:23,25

**tantrum** 33:11

**tape** 55:6 56:1

**Target** 137:6 139:22

**taught** 8:2 43:3 53:22 92:11,12 130:16

**taxing** 12:11

**TBD** 91:7,9

**teach** 7:11,12 26:5 38:12

**teacher** 7:9,20,23, 24,25 8:10,20 9:5 18:6 20:3 25:9 28:21 31:12 34:24 38:12 41:17 42:21 47:11 53:18 68:15, 16,17 69:13,25 75:24 76:3 78:21 100:22,24 109:24 116:16 121:13 124:19 126:8 130:6,15 131:23, 25 132:8,21 134:13 142:18

**teacher's** 68:18

**teachers** 15:10,18 16:9,18 17:22,24 18:3,7,8,10 22:9, 14 23:4,5,6,8,15, 17,20,22 24:7,8 25:22,25 26:24 27:5,7,14 28:8,13, 25 29:2,4,14,18 30:13,19,23,25 31:10 32:3,17,21, 24 33:15,19,20,21, 22 34:25 35:2 36:18 40:13,14 47:5,9,11,13 51:11,13 59:8 68:7 70:9 71:18 75:1 76:9 78:15,16 79:11,15,17,21 82:5 88:25 93:1 96:9,16,21 97:20, 21 99:9 102:18 108:24 127:7 128:5 130:12 133:19 137:14 138:2 140:5 142:16,22

**teachers'** 45:13

**teaching** 8:20 15:21 33:8

**team** 124:20

**teams** 25:25 51:10 124:21 142:16

**tears** 33:11

**tech** 126:20

**technically** 79:10

**technique** 37:19 141:7

**techniques** 29:12 32:15 33:2,6,14,24 34:5 40:6

**telephone** 50:14

**telling** 51:16 82:4 83:11,15 84:12 86:16 99:5

**ten** 102:19

**tend** 5:17 15:15,18 19:11 22:16 38:1

**tended** 18:11 45:10

**tense** 25:12

**term** 37:6 125:17

**terms** 10:7,8 11:2,9 48:25 55:19 56:23 84:24 106:3

**territory** 136:16

**test** 19:21 142:19

**testimony** 6:6 92:17

**tests** 19:21

**theme** 29:8

**therapist** 37:9

**thing** 23:12 29:13 77:8 84:24 85:18 93:14 109:11 118:15 123:16

**things** 19:16 22:20, 25 23:9 24:18 25:11 28:14 30:8 34:25 39:6 42:9 46:1,14 47:9 49:17 59:22 60:5 61:3 62:19 68:8 73:1,14 75:24 78:1 79:14, 22 82:8 85:24 86:6 95:24 96:3 97:14 108:20 109:15,16 110:5 116:21 119:1,2 121:20 127:8 129:7,21 130:9,20,24 136:20 137:18 138:3 139:7,21 142:5

**thinking** 119:2

**third-grade** 47:11

**thought** 26:3 27:6 37:20 51:19 88:13 89:18 94:23 110:12,13 119:11 122:25 136:7,25 137:7 140:12 141:21

**Thoughtful** 29:15 30:15 40:13

**thoughts** 120:9,11 138:14

**threaten** 98:19

**threats** 99:18

**threw** 141:8

**throes** 140:15

**throw** 33:11

**Thursday** 29:15 30:16 31:3 40:13 54:23 78:8 97:11

**Thursdays** 30:24 31:1

**tight** 71:1

**time** 4:16,24 8:25 9:8 11:4,13 13:10 18:25 21:21 22:1 23:25 24:24 25:13 27:17,25 28:3,10, 17 29:16 34:4 35:20 36:24 38:7 40:21 43:15,21 44:3 46:13,16 47:6 48:16 50:8 51:5 52:6,9 54:15 55:17 56:23 57:5 58:6 60:9 65:4 66:10 67:21 69:2 70:21 82:17 86:11 87:7, 12,24,25 88:5 89:11,20 91:12 92:24 93:13 94:12, 24 96:23 97:16 99:20 102:4,5,14, 17 103:16 104:4, 20,24 105:22,25 108:20 111:12,14 112:25 115:25 120:3,9,18,21 122:2 125:1,5 126:19 128:15 130:15 132:4 133:4 137:12 138:8,25 142:17

**timeframe** 54:19

**times** 53:10 99:19 104:3,25 105:20 107:24 116:11 128:3 140:16

**tired** 15:17 44:19

**tissue** 63:20

**title** 9:18 18:10 49:16

**today** 6:5 143:3

**told** 14:7 22:10 23:5 46:23 48:7 56:15 61:16 68:11 70:2,8 74:14 75:1 76:8,9 86:2,13 87:4 90:19,21,23 91:19 93:9,10 94:25 95:2,3 100:23 106:16 109:23 112:21 115:20 119:16 120:5 137:25

**Tom** 11:6 12:20

**tone** 127:15

**top** 116:1 117:7 121:10 124:2

**tough** 109:3

**Tracie** 20:20

**track** 28:2

**tracked** 142:12

**tracks** 26:19

**trade** 71:12,17 91:11,14

**Traffic** 108:2

**traffic's** 108:1

**train** 35:2 136:7

**trained** 34:8

**trainer** 131:2 132:3, 4

**training** 21:5,10 23:6,15,16,21 33:20 34:5,13,17 35:3 39:2

**trainings** 23:2 34:19 35:9 131:5

**transfer** 87:19 90:16 93:20 95:1 115:20 136:17

**transferred** 9:14 11:13 14:12 87:3, 20 88:1 90:4,7,10, 13,24,25 91:5,20, 24 93:10,11 94:11, 19 96:10 104:15 107:16 109:20,23 110:10 128:16

**transferring** 96:10

**transient** 108:23,24

**transition** 8:19 18:8

**treat** 30:6

**treated** 134:4

**trend** 19:22

**trouble** 78:20

**Troy** 6:19,21,23

**true** 69:21 116:13 129:6 137:19

**trust** 107:15 138:23

**truth** 53:14 138:13

**truthful** 6:6

**tucked** 138:7

**turmoil** 64:18 94:15

**two-and-a-half** 107:23

**type** 15:23 17:25 18:5 26:7,12 27:19 34:20 36:20 37:4 48:21 63:13 95:22, 23 96:8

**types** 16:16 17:18 18:23 22:25 23:23 25:5 41:25 51:14 121:18

**typical** 96:12

**typically** 24:15 116:6 119:1 121:4 130:8

**U**

**uh-huh** 5:5 8:3 16:6 17:19 28:12 31:18, 20 69:23 70:7 77:3 81:14 84:20,23 91:6 92:8 101:19 104:21 112:10,24 117:2 119:6,15 120:15,20,24 122:16 124:5,7 125:7 128:24

**uh-uh** 5:5

**UK** 24:16

**umbrella** 37:5

**unable** 97:25

**uncommon** 45:13

**undergo** 35:8

**underlying** 52:17

**understand** 5:21 18:4 19:2,12 32:1 52:1 61:1 64:22 68:4 79:12 84:9 94:2 98:14 106:24 107:25 119:21 129:24 136:21 137:20

**understanding** 21:21 24:21 51:5 52:10, 16 57:17 81:21 93:18

**understood** 24:20 129:20

**unduly** 5:17

**unfairly** 134:4

**unfounded** 85:4,6

**United** 24:17

**University** 6:19 37:9

**unofficial** 139:5

**unpleasant** 68:7

**untouchable** 68:11 70:6,17 71:5

**untrue** 52:8,12

**untruths** 121:17

**upper-middle** 16:13

**upset** 57:18 63:16, 19 64:16

**utilized** 25:6 32:19 80:6,16

**V**

**Valenzuela** 132:7

**valued** 133:1

**variety** 32:24

**Vaughan** 7:20,23,25 8:1 14:1 87:7 92:10

**vengeance** 99:6

**verbal** 96:24

**verbally** 96:20 98:9

**verbiage** 130:23

**verify** 93:17

**verifying** 93:1

**verses** 30:22 31:14

**Vickers** 121:15

**video** 59:2,5,6 65:11 100:7

**videos** 35:17

**view** 51:18

**viewed** 69:11 100:12

**viewpoints** 59:20

**vividly** 137:13

**vocal** 53:19 59:14 62:20 64:11 81:22

**vocals** 26:19

**voice** 59:15 74:24

**voluntarily** 130:16

**voluntary** 29:15 40:24 44:2 88:22

**volunteer** 60:8 133:11

**voted** 133:12

**W**

**waiting** 29:22 140:10

**walk** 42:8 104:12

**walked** 53:10 55:18 58:4 88:24 100:9 140:10

**walking** 95:19 99:22 138:9

**wanted** 8:25 13:8,10 28:1 29:17,24 30:22,25 35:1 39:17 40:16,17,20 45:18 59:15 63:7 69:18,20 75:1 84:8,9 88:17 89:14 90:5 117:22 118:5, 12 120:1 130:17

**wanting** 48:10 59:14,15 81:23

**warned** 119:12,18, 20

**warrant** 93:4

**washed** 57:21

**watch** 60:7,11 72:18,22 73:3 99:21 101:11

**water** 27:11,12

**ways** 27:16 45:14 79:1 123:6 136:17

**wear** 123:5

**webpage** 126:24

**website** 32:19 35:6 62:5 66:3 76:15 126:9 127:5

**week** 30:10 35:14 54:23 72:1,6 73:4 86:24 88:1 98:6

**weekly** 31:9

**weeks** 5:13 105:10

**weepy** 15:19

**well-meaning** 110:4 137:24

**Wellness** 29:14

**West** 7:2 104:25

**Wheeler** 117:11

**when's** 50:16

**white** 74:20

**whoever's** 96:15

**widely** 131:1,4

**wife** 25:9 97:20

**wife's** 7:9

**window** 100:25 101:3

**windows** 100:20

**winter** 26:23

**Wolfe** 68:15 69:3 70:11 121:12

**Wolfe's** 68:19 69:6 116:16

**woman** 25:11

**women** 99:22 100:9, 25 101:20 123:5

**won** 109:25

**word** 5:21 14:21 24:2 38:19 60:17 62:8 64:12 70:5 77:1 78:17 92:21 112:17 114:14 126:2,3 135:7

**words** 5:5 14:19,20 17:15 28:9 30:6,20 71:6 77:25 84:16 85:3 129:19 134:18

**work** 11:19 13:9 25:11 38:21 43:17 48:12 75:23 104:8 105:12,24 107:14 108:11,14,25 109:12,13 123:21 132:9

**worked** 10:7 11:22 13:16 19:18 33:15 109:1

**working** 26:6 33:13, 18,21 34:20 35:19 39:12 60:21 121:22 124:25 129:13

**works** 36:17 131:2

**world** 128:2

**worth** 79:1

**wrath** 99:6

**write** 66:2 112:18 119:3 120:18,22

**writing** 96:20 112:8

**written** 85:10 96:25 112:20,22,25 130:7

**wrong** 65:9,14 77:2 82:21 83:4,12,16 85:2 86:15 114:21 116:14

**wrote** 113:16

**X**

**Xanax** 102:3,24 103:22 106:10

**Y**

**y'all** 24:2 54:5

**y'all's** 118:16

**year** 9:15 10:4 12:15 13:20 14:2,3 15:8 19:22 21:7 24:19 25:4,18 26:6,20 29:9,13 32:13 71:11,13,18, 20 81:16 90:5 96:11 98:7 101:22, 24 102:21,22 107:12 109:3 111:12,15 134:1 139:9,13,14,15 142:13,20 143:6

**yearly** 35:12

**years** 7:24,25 8:1,9 9:5,6 11:18 14:4 16:6 17:20 18:18 22:21 25:3 86:1 116:12 125:2 133:10 139:12

**yeses** 5:6 8:4

**yoga** 45:19,20 46:18,24 47:7 66:21 67:7 76:1 77:15 130:1,16

**yoga-based** 67:3

**younger** 44:12

**Youtube** 76:14

**Z**

**zealot** 64:13